FILED

2019 JUN 27  PM 1:57

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.

1  Armin Abazari
   DPM | JD Candidate
2  arminabazari@yahoo.com
   14 National Place
3  Irvine California 92602
   Telephone: (714) 930 5251
4  Pro Se

5      UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
              SOUTHERN DIVISION – SANTA ANA

6

| | |
|---|---|
| Armin Abazari, DPM, JD Candidate | Case No.: **8:19-cv-01290 DMG (FFMx)** |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **1. WIRE FRAUD 18 U.S.C. §1341;** |
| | **2. WIRE FRAUD 18 U.S.C. §1341;** |
| United States Department of Education; | **3. PEONAGE 18 U.S.C. §1581(A);** |
| State of Illinois; Navient Solutions, LLC, a | **4. PEONAGE 18 U.S.C. §1581(B);** |
| limited liability company; | **5. SALE INTO INVOLUNTARY** |
| Rosalind Franklin University of Medicine | **SERVITUDE 18 U.S.C. §1584(A);** |
| and Science, a corporation; and DOES 1 | **6. SALE INTO INVOLUNTARY** |
| through 55, | **SERVITUDE 18 U.S.C. §1584(A);** |
| Defendants. | **7. WIRE FRAUD 18 U.S.C. §1341;** |
| | **8. WIRE FRAUD 18 U.S.C. §1341;** |
| | **9. WIRE FRAUD 18 U.S.C. §1341;** |
| | **10. RICO 18 U.S.C. §1962(c);** |
| | **11. CONSPIRACY TO COMMIT** |
| | **VIOLATION OF §1962(c):** |
| | **18 U.S.C. §1962(d) and 42 U.S.C** |
| | **§1985(3);** |
| | **12. FEDERALLY PROTECTED** |
| | **ACTIVITIES 42 U.S.C. §1983 and** |
| | **18 U.S.C. §245(b)(1)(E);** |
| | **13. CONSPIRACY AGAINST** |
| | **RIGHTS 18 U.S.C. §241** |
| | **and 42 U.S.C. §1985(3);** |
| | **14. WIRE FRAUD 18 U.S.C. §1341;** |
| | **15. WIRE FRAUD 18 U.S.C. §1341;** |
| | **16. RICO 18 U.S.C. §1962(c);** |
| | **17. CONSPIRACY TO COMMIT** |
| | **VIOLATION OF §1962(c):** |
| | **18 U.S.C. §1962(d) and 42 U.S.C.** |
| | **§1985(3); AND** |
| | **18. DECLARATORY ACTION.** |
| | **JURY TRIAL DEMANDED** |

1

1    Plaintiff Dr. Armin Abazari, by and through himself, Pro se, filed the following

2    Complaint, complaining of Defendants Rosalind Franklin University of Medicine and

3    Science, Navient Solutions, LLC., American Podiatric Medical Association, United

4    States Department of Education, State of Illinois, and Does 1-55 ("Defendants") as

5    follows:

6

7                          **JURISDICTION AND VENUE**

8        1.       This Court has original subject matter jurisdiction pursuant to Article III,

9    §2; 28 U.S.C. §1331 (federal questions); 28 U.S.C. §1443 (civil rights, 42 U.S.C. §1985);

10       2.       Additionally, this court has subject matter jurisdiction pursuant to 28

11   U.S.C. §1332 because of complete diversity among the parties:

12       a.       Plaintiff Dr. Armin Abazari ("Dr. Abazari") is domiciled in California;

13       b.       Defendant Rosalind Franklin University of Medicine and Science

14   ("RFUMS") is a corporation organized and existing under the laws of the State of Illinois

15   with a registered institution at 3333 Green Bay Rd., North Chicago, Illinois 60064;

16       c.       Defendant American Podiatric Medical Association ("APMA") is a

17   corporation organized and existing under the laws of the State of Maryland with a

18   registered office at 9312 Old Georgetown Rd., Bethesda, Maryland 20814;

19       d.       Defendant Navient Solutions, LLC ("Navient") is a Delaware corporation

20   organized and existing under the laws of the State of Delaware with a Principal registered

21   office in 2001 Edmund Halley Drive Reston, Virginia, 20191;

22       e.       Defendant Department of Education ("DOE") is a government department

23   organized and existing in the District of Columbia with headquarters in the Lyndon

1   Baines Johnson, Department of Education Building 400 Maryland Ave, SW Washington,

2   DC 20202;

3            f.       Defendant State of Illinois is a state government with a main office for the

4   Governor of the State of Illinois at 207 State House, Springfield, Illinois 62706; and

5            g.       Each and every Defendant, as herein identified, has separately caused Dr.

6   Abazari to incur  greater than $75,000 in damages;

7            3.       This Court has personal jurisdiction over the Defendants in that

8   Defendants have purposely and voluntarily directed their activities into this District;

9   Defendants have availed themselves of benefits, profits, and protections from a direct

10  interactive FAFSA online application and business transaction directed into this District,

11  where personal information was exchanged for authorization securing Stafford

12  Subsidized, Stafford Unsubsidized, Grad Plus, Direct Subsidized and Direct

13  Unsubsidized funding for the Podiatry Program; Defendants purposefully use interstate

14  wires directed into the State of California to conduct business transactions in furtherance

15  of the alleged causes of actions herein; Defendants purposefully and voluntarily reach

16  and distribute the Podiatry education by advertisements to a national audience, with the

17  use of the name, reputation, and trademark of the of The Department of Education, of the

18  United States of America, to hold out to podiatry students in every state, "the quality of

19  the podiatric medical education program and the continued commitment of the institution

20  to support the educational program," by and through the direct use of a single and

21  centralized interstate wire transmission, IPEDS Data Center; Defendants actions are

22  criminal in nature and this District has a cognizable interest and right in protecting its

23  citizens from said acts herein alleged; Defendant's conduct and connection with this

1  District are such that they reasonably anticipated being hailed into court in this District;

2  and the causes herein alleged arise out of the contact with this District.

3    4.    Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(3) because

4  the Defendants all residents of different States and are all subject to this District's

5  personal jurisdiction.

6

7                                    **PARTIES**

8    5.    Dr. Abazari is and at all times relevant hereto was, a person domiciled in

9  the State of California, County of Orange.

10    6.    Defendant Rosalind Franklin University of Medicine and Science

11  ("RFUMS") is, and at all times relevant hereto was, a Company with its principal place

12  of business in the State of Illinois.

13    7.    Defendant State of Illinois, is and at all times relevant hereto was, a

14  government organized with headquarters in the State of Illinois.

15    8.    Defendant Department of Education ("DOE") is, and at all times relevant

16  hereto was, a United States government department organized with headquarters in the

17  District of Columbia.

18    9.    Defendant American Podiatric Medical Association ("APMA") is, and at

19  all times relevant hereto was, incorporated in and with a principal place of business in the

20  State of Maryland.

21    10.    Defendant Navient Solutions, LLC ("Navient") is, and at all times relevant

22  hereto was, incorporated in the State of Delaware with a Principal Place of Business in

23  Virginia.

1    11.    Does 1—55 are, and at all times relevant hereto were, by the nature of

2    their conduct, liable to Dr. Armin Abazari for the misconduct alleged herein. As such

3    time the true names and identities of the Doe Defendants are unknown as Dr. Abazari has

4    not ascertained the identity of Defendant's agents, representatives, servants and

5    employees that performed acts outside the course and scope of such agency and/or

6    employment and without the permission of Defendants. Furthermore, Dr. Armin Abazari

7    has not ascertained the identity of the other co-defendants that may have acted in concert

8    with one or more of the Defendants, or contributed to or be partially liable for the

9    infringement and/or other claims alleged herein. Dr. Armin Abazari will seek leave to

10   amend this Complaint to allege their true names and capacities when the same have been

11   ascertained.

12

13                   **GENERAL ALLEGATIONS COMMON TO ALL CAUSES**

14   12.    RFUMS, by and through its admissions faculties, with knowledge and

15   intent made use of interstate wires to court Dr. Abazari, a California resident, to induce

16   him into an agreement with Scholl, and to solicit Dr. Abazari to change his position in

17   "decid[ing] between schools", to his detriment, in leaving California for RFUMS's

18   program in Illinois, resulting in 272,000 in debt, without the "capab[ility] of servicing

19   [his] student loan debt":



November 19, 2008

Armin Abazari
14 National Place
Irvine, CA 92602

Dear Mr. Abazari,

Congratulations.  I am pleased to inform you that the Admissions Committee has acted favorably on your application for admission to the Dr. William M. Scholl College of Podiatric Medicine at Rosalind Franklin University of Medicine and Science.  You have been accepted as a member of the first-year class that will enter in August 2009

Please read carefully the attached documents noting the deadline for your response to this offer and other matters pertinent to your enrollment in the College. Print, sign and return a copy of the Offer of Acceptance form along with your tuition deposit to the Scholl Office of Admissions by the deadline date.  Please keep us informed of any changes in mailing addresses or any other vital information.  Beginning in January 2009 you will receive information, which will help in a smooth transition into Scholl College in August 2009.

The Committee extends congratulations to you on your fine academic record and personal qualifications.  We sincerely hope that you will choose to enroll at Scholl College.

If you have any questions regarding your enrollment, please do not hesitate to contact the Scholl Admissions Office by calling (800) 843-3059 or (847) 578-8400.

Sincerely,

Terence B. Albright, D.P.M.
Dean, Scholl College

Attachments

1

2      13.      RFUMS, by and through its admissions faculties, with knowledge and

3   intent benefitted from the use of interstate wires direct into California, courting Dr.

4   Abazari, a California resident, to induce him into an agreement with RFUMS and to

5   solicit Dr. Abazari to change his position in "decid[ing] between schools", to his

6   detriment, in leaving California for RFUMS's program in Illinois, resulting in 272,000 in

7   debt, without the "capabl[ility] of servicing [his] student loan debt":

**RE: Armin Abazari-Scholl inquiry ( Hello Mandy)**                                      armin.abazari@ya...inbox

Meinhardt, Mandy <Mandy.Meinhardt@rosalindfranklin.edu>                    Nov. 24, 2008 at 8:17 AM
To: Armin Abazari <arminabazari@yahoo.com>
Cc: Young, Kimberly J. <Kimberly.Young@rosalindfranklin.edu>

Hi Armin,

I am happy to extend your due date for Scholl College. If your interview at CSPM is on 12/5 why don't you let us know by the end of the following week - December 12, 2008. If you have any questions between now and then, please let me know.

As for your scholarship, all decisions made by the Scholarship Committee are final. We believe Scholl College offers the best educational experience available to podiatry students and overall outstanding service to help you manage your debt after graduation. Last year, Scholl College had a 0% default rate for student loans and our 10-year average is 0.5%. This is well below the national average of approximately 4.0% for medical school students. Scholl offers the largest scholarship program to all podiatric medical colleges. Last year we awarded in excess of $600,000 for students in their 2nd,3rd and 4th years of study with us.

Please let me know if you have any other questions!
Best,
Mandy

**From:** Armin Abazari [mailto:arminabazari@yahoo.com]
**Sent:** Sunday, November 23, 2008 1:57 PM
**To:** Meinhardt, Mandy
**Subject:** Armin Abazari-Scholl inquiry ( Hello Mandy)

Good Morning Mrs. Mandy Meinhardt,

I apologize for not getting back to you sooner but I just got back from my interview at DMU. Would it be possible for me to extend the deadline of 12/3 for my acceptance to Scholl because I want to have a little more time to decide between schools and attend a couple more interviews. I have California's interview on the 12/5 and I wanted more time to see the results of that interview as well. I also was wondering if possible would I be able to extend any initial scholarship offer of 4000? I want to take the least amount of student loans possible so I can finish Podiatry school with the least amount of debt. I spoke to Temple on the phone and they are willing to offer up to $000 in scholarship money. Thank you again Mrs. Mandy Meinhardt,

Best,
Armin Abazari

1

2          14.    Through the use of interstate wires directed into the State of California,

3    "Irvine CA 92602," RFUMS derives a benefit of a commitment to enroll from a interstate

4    transaction of $500 dollars, in exchange for a seat and signed offer of acceptance, in

5    furtherance of securing Dr. Abazari's enrollment into RFUMS's Podiatry program:



December 3, 2008

Armin Abazari
14 National Place
Irvine, CA 92602

Dear Mr. Abazari,

This letter acknowledges the receipt of your $500 deposit which will hold a place in the fall 2009 Dr. William M. Scholl College of Podiatric Medicine Class of 2013 at Rosalind Franklin University. I am delighted by your decision to attend what we believe to be the premiere medical college in the country.

Please keep us informed of any changes in mailing addresses or any other vital information. During the coming months you will receive information which will help in a smooth transition into Scholl College in August 2009.

If you have any questions, please feel free to contact me at kim.young@rosalindfranklin.edu or 1.800.843.3059.

Warm regards,

Kimberly Young
Assistant Director of Admissions
Scholl College

6

7          15.    RFUMS benefited from the use of interstate wires directed into the State

8    of California, with an interactive link transferring Dr. Abazari to the DOE's federal

9    student aid application—"www.fafsa.ed.gov"—where Dr. Abazari provided personal

1    information, from the State of California, where he was domiciled, over an interactive

2    online application form, in exchange for authorizing federal funding for RFUM's

3    education, on behalf of Dr. Abazari, a California resident.



4

5

1    16.    RFUMS benefited from the use of interstate wires directed into the State

2    of California, by directing Dr. Abazari to the DOE's federal student aid application—

3    "www.fafsa.ed.gov"—where Dr. Abazari provided personal information, from the State

4    of California, where he was domiciled, over an interactive online application form, in

5    exchange for authorizing federal funding for RFUM's education, on behalf of Dr.

6    Abazari, a California resident:

**FAFSA Results - 2009-2010 Student Aid Report**

From:  "Federal Student Aid" <FederalStudentAidFAFSA@cpsemail.ed.gov>

To:    arminabazari@yahoo.com

Dear ARMIN,

Your Free Application for Federal Student Aid (FAFSA) has been processed and the data will be made available to the school(s) listed on your FAFSA. The financial aid office at your school will contact you if additional information is required.

Your Student Aid Report (SAR), which contains a summary of your FAFSA information, is now available for you online.  Review your SAR as soon as possible to see if any additional information or corrections may be needed.

Use the link below to view your SAR.  You can select the link or copy the entire link and paste it into the address or location line of your Web browser. Make sure you copy and paste the entire link; it may appear on multiple lines.

https://fafsa.ed.gov/FOTWWebApp/sar/90?key=q7i3w3S70rbHv7YfEXX7g=

If you are an AOL user, click here:

<a href="https://fafsa.ed.gov/FOTWWebApp/sar/90?key=q7i3w3S70rbHv7YfEXX7g==">View SAR</a>

If you encounter any problems retrieving your SAR, go to www.fafsa.ed.gov/faq016.htm for assistance.  You may also call the Federal Student Aid Information Center at 1-800-4-FED-AID (1-800-433-3243).

Thank You,

U.S. Department of Education
Federal Student Aid

7    _____

8    17.    From said use of interstate wires directed into the State of California,

9    connecting Dr. Abazari to the DOE's federal student aid application—

10   "www.fafsa.ed.gov"— where Dr. Abazari provided personal information, from the State

11   of California, where he was domiciled, through an interactive online application form, in

12   exchange for authorizing federal funding for RFUM's education, on behalf of Dr.

13   Abazari, the DOE authorized the official act in distribution of federal funds on behalf of

14   Dr. Abazari to RFUMS, an Illinois institution:

From: **Tipton, Christie** christie.tipton@rosalindfranklin.edu
Subject: Disbursement Notification 11.04.09
Date: November 5, 2009 at 8:05 AM
To: Abazari, Armin Armin.Abazari@my.rfums.org

Armin Abazari:
0463381

### PLEASE READ CAREFULLY

This notice is to inform you that a financial aid award has been disbursed on 11/04/09 to your
University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over
for living expenses, you will not receive your overpayment until after the period (term) started that the
aid was disbursed for. For example, if the aid was disbursed for the Fall 2008 term, the
overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this
email is generated from the Business Office*. Contact the Financial Aid Office at 847-578-3217 with
any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Unsub Stafford | $10,667.00 | $10596.99 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the
Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the
"Disbursement to Account" amount is the Gross Amount less any origination and default fees set by
your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may
have a significant impact on you. They are:
  · Financial Aid must not pay for library fees, parking tickets, or housing damages.
  · Financial Aid received for a specific term cannot cover future or previous term charges in
    excess of $200.00
Please make arrangements to have these items paid if you have incurred them.

Sincerely,

1

2          18.     From specified use of interstate wires represented by allegation 17,

3   RFUMS directly received profits in Scholl College of Podiatric Medicine ("SCPM")

4   tuition, housing rental payments and a continued commitment for the rest of its tuition:



1

2        19.      RFUMS benefits by participating in the federal aid program, reaching and

3   distributing its educations by advertisements to a national audience, with the use of the

4   name, reputation and trademark of the United States Department of Education, deriving

5   profit in holding itself out to podiatry students as "the quality of the podiatric medical

6   education program and the continued commitment of the institution to support the

7   educational program," and being allowed to profit from participation in the Stafford and

8   William D. Ford program, by and through the direct use of a single interstate wire—a

9   centralized IPEDS Data Center—soliciting in every state:

# National Center for Education Statistics

## IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**
**UnitID**       145558
**OPEID**       00165900
**Address**     3333 Green Bay Road, North Chicago, IL, 60064-3095
**Web Address** www.rosalindfranklin.edu/

| IC Header 2013-14 |
|---|

Institution: Rosalind Franklin University of Medicine and Science (145558)
inovas1

**Part A – Educational Offerings**
**1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]**
*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- ☐ Occupational, may lead to a certificate, degree, or other formal award
- ☑ Academic, leading to a certificate, degree, or diploma
- ☑ Continuing professional (postbaccalaureate only)
- ☐ Recreational or avocational (leisure) programs
- ☐ Adult basic or remedial instruction or high school equivalency
- ☐ Secondary (high school)

Institution: Rosalind Franklin University of Medicine and Science (145558)
inovas1

1

**Part C – Student Services – Distance Opportunities**
**4. Which of the following selected student services are offered by your institution? [Check all that apply]**

- ☐ Remedial services
- ☑ Academic/career counseling services
- ☐ Employment services for current students
- ☑ Placement services for program completers
- ☐ On-campus day care for children of students
- ☐ None of the above

2

3      20.      The State of Illinois benefits by participating in the federal aid program,

4  promoting educations provided by instate institutions, like RFUMS, to a national

5  audience, with the use of the name, reputation and trademark of United States

6  Department of Education—specifically using the federal marks Podiatric

7  Medicine/Podiatry" and "51.210"—to represent instate education as "the quality of the

1   podiatric medical education program and the continued commitment of the institution to

2   support the educational program":



3

4        21.    At the time of enrollment 2009, RFUMS knowingly and willingly

5   advertised and derived business from targeting out of State residents through: statement

6   of "easy access" to either Milwaukee or O'Hare International airports—serving air

7   transport from the State of California; listing of "Places to Stay" at numerous hotels;

8   organizing and creating institution's "RFU bus" service for out of state residents; and

9   listing the transportation rates for airport taxis:

13

## Location

Rosalind Franklin University is located approximately 30 miles north of downtow
The proximity of our campus to major highways allows easy access to General Mitchell
International Airport (Milwaukee, WI), O'Hare International Airport (Chicago, IL) and the
greater Chicagoland area.
**\*If flying, we strongly discourage Midway Airport (Chicago, IL) due to the expense
of transportation from that airport.**

## Places to Stay

**Candlewood Suites Hotel**
1151 S. Waukegan Rd.
Waukegan, IL 60085
847.578.5250
A full service hotel with free transportation to the University.

**Comfort Inn**
3031 Belvidere Rd.
Waukegan, IL 60085
847.623.1400
Free deluxe continental breakfast and free transportation to the University.
www.comfortinn.com

**Hilton Garden Inn**
26255 N. Riverwoods Blvd.
Mettawa, IL 60045
847.735.8374
A full service hotel with easy access to Rt. 60 and I-94.

**Holiday Inn-Gurnee**
6161 W. Grand Ave.
Gurnee, IL 60031
847.336.6300
A full service hotel across the street from Gurnee Mills shopping mall.

**Marriott-Courtyard**
3800 Northpoint Blvd
Waukegan, IL 60085
847.689.8000
A full service hotel with free transportation to the University.
www.courtyard.com/chiwk

**Marriott-Residence Inn**
1440 S. White Oak Drive
Waukegan, IL 60085
847.689.9240
A full service hotel with free transportation to the University.
www.residenceinn.com/chirw

Please note:  There are many hotels/motels in the area where you can stay.  These listed
are suggestions.  When making a reservation, we suggest that you mention Scholl College
at Rosalind Franklin University.

1

**Transportation**

**Chicago O'Hare Airport/Midway Airport**

**American Taxi**
800.244.1177 or 847.255.9614
O'Hare Airport/RFU: approx. $46.00
Midway Airport/RFU: approx. $73.00
One way, all airport taxes and tolls included.
No Surcharges for credit cards.
$2.00 each additional person.

**Airport Shuttle**
Call for rates
http://www.airportshuttle.com

**Airport Express**
Call for rates
http://www.airportexpress.com

**O'Hare – Midway Limousine Service, Inc.**
http://www.ohare-midway.com/index.shtml

**Milwaukee/General Mitchell International Airport**

**Travel information provided by GMI Airport:**
http://www.mitchellairport.com/getting.html

**Airport Connection**
(Please make reservations 24 hours in advance)
Mitchell Airport/Waukegan Area:  $99.60
Tax and gratuity included, one way
You may make your return trip reservation at the same time
http://www.mkelimo.com/contact.html

**Chicago Metra Train Schedule and RFU Bus Pick-Up**

**Metra Rail-North Line**
http://metrarail.com/Sched/cnw_n/cnwn.shtml

**University Bus Pick-up Schedule** (Shuttle runs Mon-Fri only)
(Lake Bluff Train Station only)
The University has a bus that picks up and returns anyone traveling to/from the university.
**To RFU: 6:30 AM, 7:46 AM, and 8:30 AM**
**From RFU: 3:00 PM, 4:00 PM, 5:00 PM, 6:00 PM, and 7:00 PM**
Meet at the North Entrance of the Brick Walkway

1

2          22.      The DOE uses the forgoing mark "U.S. Department of Education" in

3    public association with Department of Education functions:

      U.S. Department of Education

4

5          23.      As represented by forgoing mailing (redacting personal information),

6    Defendant DOE admits that Dr. Abazari is a federal student loan borrower as it has held

7    out to Dr. Abazari, on or about 2011, the statement "U.S. DEPARTMENT OF

1    EDUCATION P.O. Box 5609 Greenville, TX 75403-5609" as the

2    "RECIPIENTS/LENDERS name, address, telephone number":



3

4        24.      As represented by screen shot of electronic transmitted records distributed

5    by RFUMS, Defendant RFUMS held out to Dr. Abazari that the aid received was of the

6    type "Sub Stafford" and "Unsub Stafford" and "Grad Plus":

From: **Tipton, Christie** <christie.tipton@lapacific.uiuc.edu>
Subject: Disbursement Notification 11.04.09
Date: November 5, 2009 at 8:55 AM
To: **Abazari, Armin** <armin.abazari@nhw-rturfus.org>

Armin Abazari:
0463381

### PLEASE READ CAREFULLY

This notice is to inform you that a financial aid award has been disbursed on 11/04/09 to your University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over for living expenses, you will not receive your overpayment until after the period (term) started that the aid was disbursed for. For example, if the aid was disbursed was for the Fall 2008 term started, the overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this email is generated from the Business Office*. Contact the Financial Aid Office at 847-578-3217 with any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Unsub Stafford | $10,647.00 | $14956.99 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the "Disbursement to Account" amount is the Gross Amount less any origination and default fees set by your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may have a significant impact on you. They are:
- Financial Aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term charges in excess of $200.00

Please make arrangements to have these items paid if you have incurred them.

Sincerely,

1

From: **Tipton, Christie** <christie.tipton@lapacific.uiuc.edu>
Subject: Disbursement Notification 11.04.09
Date: November 5, 2009 at 8:55 AM
To: **Abazari, Armin** <armin.abazari@nhw-rturfus.org>

Armin Abazari:
0463381

### PLEASE READ CAREFULLY

This notice is to inform you that a financial aid award has been disbursed on 11/04/09 to your University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over for living expenses, you will not receive your overpayment until after the period (term) started that the aid was disbursed for. For example, if the aid was disbursed was for the Fall 2008 term started, the overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this email is generated from the Business Office*. Contact the Financial Aid Office at 847-578-3217 with any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Sub Stafford | $2,833.00 | $2790.50 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the "Disbursement to Account" amount is the Gross Amount less any origination and default fees set by your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may have a significant impact on you. They are:
- Financial Aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term charges in excess of $200.00

Please make arrangements to have these items paid if you have incurred them.

Sincerely,

2

From: **Tipton, Christella**
To: **Disbursement Notification 11.04.09**
Date: **November 5, 2009 at 8:00 AM**
To: **Abazari Armin**

Armin Abazari:
0463381

### PLEASE READ CAREFULLY

This notice is to inform you that a financial aid award has been disbursed on  11/04/09  to your
University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over
for living expenses, you will not receive your overpayment until after the period (term) started that the
aid was disbursed for.  For example, if the aid was disbursed for the Fall 2008 term, the
overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this
email is generated from the Business Office.*  Contact the Financial Aid Office at 847-578-3217 with
any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Grad PLUS | $1,168.00 | $1121.28 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the
Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the
"Disbursement to Account" amount is the Gross Amount less any origination and default fees set by
your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may
have a significant impact on you.  They are:
- Financial Aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term charges in
excess of $200.00
Please make arrangements to have these items paid if you have incurred them.

Sincerely,

25.     As represented by electronic records distributed by RFUMS, Defendant
RFUMS held out to Dr. Abazari that the aid received was of the type "Direct Subsidized"
and "Direct Unsubsidized":

**Catherine Gikuri**                                    February 22, 2013  8:00 AM
To:  Armin Abazari
Disbursement Notification 02.19.13

Armin Abazari:

### PLEASE READ CAREFULLY

This notice is to inform you that a financial aid award has been disbursed on 02/19/13  to
your University Student Account where your tuition and fees are charged.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2013 Spring Term | Direct Subsidized | $2,125.00 | $2115.00 |

Any disbursed financial aid that remains on your University Student Account after your
tuition and fees are paid will be issued to you as an overpayment.  Overpayments will not be
released until after the associated academic term has started.

**Please contact Student Financial Services at 847-578-3217 with any questions or
requests you may have.  *Please do not reply to this email as it has been generated from
the Finance Department and not Student Financial Services.***

You have the right to cancel all or a portion of your financial aid disbursement(s) by
contacting Student Financial Services at 847-578-3217.

Please note that the amount disbursed to your University Student Account is the gross
amount less any fees charged by your lender.

We would like to remind you that your:
- Financial aid must not pay for library fees, parking tickets, or housing
damages.
- Financial Aid received for a specific term cannot cover future or previous term

1



2

3    26.    As represented by a screen shot of the DOE's public records, the DOE

4    holds out to the public that "subsidized and unsubsidized loans" are "federal student

5    loans for eligible students to help cover the cost of higher education":



6

7    27.    As represented by RFUMS in their scanned slide from the printed handout

8    record distributed by RFUMS at the time of enrollment, "Financial Aid Information"—

9    "Incoming Podiatry Students Presented by The Financial Aid Office", Federal Stafford

1   Loans means a "federally guaranteed loan program that allows students to borrow funds.

2   Stafford loans can be either subsidized or unsubsidized":



3

4       28.    As represented by RFUMS in their scanned slide from the printed handout

5   record distributed by RFUMS at the time of enrollment, "Financial Aid Information"—

6   "Incoming Podiatry Students Presented by The Financial Aid Office", "Grad Plus loans"

7   means "low interest federally sponsored loan available to credit eligible graduate

8   students":



9

1    29.    As represented by Defendant RFUMS in their scanned slide from the

2    printed handout record distributed by RFUMS at the time of enrollment, "Financial Aid

3    Information"—"Incoming Podiatriy Students Presented by The Financial Aid Office",

4    "Free Application for Federal Student Aid (FAFSA)" refers to an "application for federal

5    student financial aid, processed at no cost to the applicant. It is used to determine a

6    student's eligibility for federal grant, loan and work-study":



7

8    30.    As admitted by Defendant DOE, Dr. Abazari filled out both "FAFSA" and

9    it was "processed" by the DOE for the periods 2009—2013:



10



1

2

3

4        31.     Dr. Abazari, for the periods 2009-2013, acquired and used federal student

5 aid to fund the education at Defendant RFUMS.

6        32.     The DOE uses the forgoing Seal in public association with United States

7 Department of Education:



1

2                 **CAUSE OF ACTION 1:**

3     **(WIRE FRAUD 18 U.S.C. §1341—DEPARTMENT OF EDUCATION)**

4         33.     Dr. Abazari repeats and realleges each and every allegation contained in

5 paragraphs 1 through 32 as if fully set forth herein.

6         34.     The DOE knowingly participated in, devised, and intended to devise a

7 scheme and plan to obtain money from Dr. Abazari, through accruing of 70,000 dollars in

8 interests on loans, and obtaining loan obligations, for the false statement of service

9 "placement services for program completers" that it did not intend to render to Dr.

10 Abazari.

11         35.     Screen Shot of DOE Public Records IPEDS Data Collection System,

12 showing where the DOE publicly associates its Seal and mark "U.S. Department of

13 Education" with IPEDS by the use of interstate wire communications:

14



**IPEDS** 2015-16
Data Collection System

IPEDS Help Desk
(877) 225-2568
ipedshelp@rti.org

NCES National Center for Education Statistics

OMB NO. 1850-0582 : Approval Expires 12/31/2016



User ID    Password    LOGIN

# Fall

**COMPONENTS**
Institutional Characteristics
Completions
12-month Enrollment

**KEYHOLDERS:**
Closed
(Closed Oct 14)

**COORDINATORS:**
Closed
(Closed Oct 28)

# Winter

**COMPONENTS**
Student Financial Aid
Graduation Rates
200% Graduation Rates
Admissions
Outcome Measures

**KEYHOLDERS:**
Closed
(Closed Feb 10)

**COORDINATORS:**
Closed
(Closed Feb 24)

# Spring

**COMPONENTS**
Fall Enrollment
Finance
Human Resources
Academic Libraries

**KEYHOLDERS:**
Closed
(Closed Apr 06)

**COORDINATORS:**
Closed
(Closed Apr 20)

### Reporting Resources

Access resources that will help with successful submission.

### Registration

The 2015-16 data collection cycle opens August 5, 2015.
The surveys available for completion as of that date include:

✔ Registration
✔ Institution Identification
✔ Report Mapping (if applicable)
✔ IC Header

Keyholders should be registered prior to August 26. The CEO of any institution without a registered Keyholder by that date will be contacted by the IPEDS Help Desk so that a one may be appointed. The Keyholder may be changed at any time during the collection cycle.

The IPEDS Help Desk is available by (877) 225-2568 or ipedshelp@rti.org to answer any questions you may have.

### Data Submission Requirement

The completion of all IPEDS surveys, in a timely and accurate manner, is mandatory for all institutions that participate or are applicants for participation in any Federal financial assistance program authorized by Title IV of the Higher Education Act of 1965, as amended. The completion of the surveys is mandated by 20 USC 1094, Section 487(a)(17).

The collection and reporting of racial/ethnic data are mandatory for all institutions that receive, are applicants for, or expect to be applicants for Federal financial assistance as defined in the Department of Education (ED) regulations implementing Title VI of the Civil Rights Act of 1964 (34 CFR 100.13), or defined in any ED regulations implementing Title IX of the Education Amendments of 1972. The collection of racial/ethnic data in vocational programs is mandated by Section 421(a)(1) of the Carl D. Perkins Vocational Education Act.

The reporting of racial/ethnic and gender data for institutional staff on the Human Resources component is also mandated by P.L. 88-352, Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972 (29 CFR 1602, subparts O, P, and Q), in odd-numbered years (i.e., 2007-08, 2009-10, etc.), for institutions with fifteen (15) or more full-time employees.

For those institutions not required to complete this survey on the basis of the above requirements, completion is voluntary and authorized by P.L. 103-382, National Education Statistics Act of 1994, Sec. 404(a).

IPEDS data are not collected under a pledge of confidentiality.

**U.S. Department of Education**



Software Provider Resources    Use of Cookies    Section 508 Compliance
Browsers Supported    Troubleshooting    NCES Privacy Policy

1

2          36.      As indicated by the forgoing screenshots, through the use of interstate wire

3    communications, the DOE held out to the public and Dr. Abazari, in two places

4    electronically recorded, in expressly stated terms, by the use of a specially created and

5    designated IPEDS Data Collection System, that the institution RFUMS provides

6    "placement services for program completers" for the period 2012-2013:

7

# National Center for Education Statistics

## IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**

| | |
|---|---|
| **UnitID** | 145558 |
| **OPEID** | 00165900 |
| **Address** | 3333 Green Bay Road, North Chicago, IL, 60064-3095 |
| **Web Address** | www.rosalindfranklin.edu/ |

| IC Header 2012-13 |
|---|

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part A - Educational Offerings**
**1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]**
*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

☐ Occupational, may lead to a certificate, degree, or other formal award
☑ Academic, leading to a certificate, degree, or diploma
☑ Continuing professional (postbaccalaureate only)
☐ Recreational or avocational (leisure) programs
☐ Adult basic or remedial instruction or high school equivalency
☐ Secondary (high school)

Institution: Rosalind Franklin University of Medicine and Science (145558)

☑ Academic/career counseling services
☐ Employment services for current students
☑ Placement services for program completers
☐ On-campus day care for children of students
☐ None of the above

| GENERAL INFORMATION | |
|---|---|
| Mission Statement | http://www.rosalindfranklin.edu/President/MissionVision.aspx |
| Are all the programs at your institution offered completely via distance education? | No |
| Special Learning Opportunities | N/A |
| Student Services | Academic/career counseling services<br>Placement services for program completers |
| Credit Accepted | N/A |

| PRICING INFORMATION | | |
|---|---|---|
| Average graduate student tuition and fees for academic year 2012-13 | Tuition | Fees |
| | $27,854 | $330 |
| Alternative tuition plans | N/A | |

37.     Dr. Abazari's right or privilege to a benefit, within a program or activity

receiving federal financial assistance, by the "placement services for program

25

1    completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

2    20 USC §1094(a)(17).

3        38.    Dr. Abazari's right or privilege to a benefit, within a program or activity

4    receiving federal financial assistance, by the "placement services for program

5    completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

6    20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

7        39.    Dr. Abazari's right or privilege to a benefit, within a program or activity

8    receiving federal financial assistance, by the "placement services for program

9    completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

10   20 USC §1094(a)(21).

11       40.    Dr. Abazari's right or privilege to a benefit, within a program or activity

12   receiving federal financial assistance, by the "placement services for program

13   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

14   20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7).

15       41.    Dr. Abazari's right or privilege to a benefit, within a program or activity

16   receiving federal financial assistance, by the "placement services for program

17   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

18   20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7).

19       42.    Dr. Abazari's right or privilege to a benefit, within a program or activity

20   receiving federal financial assistance, by the "placement services for program

21   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

22   20 USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7).

1    43.    Dr. Abazari's right or privilege to a benefit, within a program or activity

2    receiving federal financial assistance, by the "placement services for program

3    completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

4    20 USC §1094(a)(1).

5    44.    Dr. Abazari's right or privilege to a benefit, within a program or activity

6    receiving federal financial assistance, by the "placement services for program

7    completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

8    20 USC §1094(a)(17).

9    45.    As indicated by the forgoing screenshots, through the use of interstate wire

10   communications, the DOE held out to podiatry students and Dr. Abazari, in two places

11   electronically recorded, in expressly stated terms, by the use of a specially created IPEDS

12   Data Collection System, that the institution RFUMS provides "placement services for

13   program completers" for the period 2013-2014:

14

# National Center for Education Statistics

## IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**
**UnitID** 145558
**OPEID** 00165900
**Address** 3333 Green Bay Road, North Chicago, IL, 60064-3095
**Web Address** www.rosalindfranklin.edu/

| IC Header 2013-14 |
|---|

Institution: Rosalind Franklin University of Medicine and Science (145558)
inovas1

**Part A – Educational Offerings**
**1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]**

*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- ☐ Occupational, may lead to a certificate, degree, or other formal award
- ☑ Academic, leading to a certificate, degree, or diploma
- ☑ Continuing professional (postbaccalaureate only)
- ☐ Recreational or avocational (leisure) programs
- ☐ Adult basic or remedial instruction or high school equivalency
- ☐ Secondary (high school)

Institution: Rosalind Franklin University of Medicine and Science (145558)
inovas1

1

**Part C – Student Services – Distance Opportunities**
**4. Which of the following selected student services are offered by your institution? [Check all that apply]**

- ☐ Remedial services
- ☑ Academic/career counseling services
- ☐ Employment services for current students
- ☑ Placement services for program completers
- ☐ On-campus day care for children of students
- ☐ None of the above

2

3

Institution: Rosalind Franklin University of Medicine and Science (145558)Inovas1
Summary

### Institutional Characteristics Component Summary
### Academic Year Reporters

IPEDS collects important information regarding your institution. All data reported in IPEDS survey components become available in the IPEDS Data Center and appear as aggregated data in various Department of Education reports. Additionally, some of the reported data appears specifically for your institution through the College Navigator website and is included in your institution's Data Feedback Report (DFR). The purpose of this summary is to provide you an opportunity to view some of the data that, when accepted through the IPEDS quality control process, will appear on the College Navigator website and/or your DFR. College Navigator is updated approximately three months after the data collection period closes and Data Feedback Reports will be available through the Data Center and sent to your institution's CEO in November 2014.

Please review your data for accuracy. If you have questions about the data displayed below after reviewing the data reported in the survey screens, please contact the IPEDS Help Desk at: 1-877-225-2568 or ipedshelp@rti.org.

| GENERAL INFORMATION | |
|---|---|
| Mission Statement | http://www.rosalindfranklin.edu/President/MissionVision.aspx |
| Are all the programs at your institution offered completely via distance education? | No |
| Special Learning Opportunities | N/A |
| Student Services | Academic/career counseling services<br>Placement services for program completers |
| Credit Accepted | N/A |

| PRICING INFORMATION | | |
|---|---|---|
| Average graduate student tuition and fees for academic year 2013-14 | Tuition | Fees |
| | $25,735 | $330 |
| Alternative tuition plans | N/A | |

46.     The DOE makes false representations and misrepresentations, from 2008-2014, by specially creating a Data recording system, transmitted over wire communication, to Abazari and the podiatry students stating that Dr. Abazari would be provided the federal service of "placement services for program completers" for the periods 2008-2014, to which he was attending at RFUMS.

47.     The DOE specifically choses to make these false representations by selectively conveying certain information regarding placement services, within the information it provided to Dr. Abazari, and podiatry students, because it sought to influence a student's decision to choose federal loans, over private student loans, based on these service guarantees it provides.

1    48.    The DOE specifically choses these false statements for inducing and

2    charging Dr. Abazari interests and loans by obtaining money and interest from him under

3    false pretenses, for services it does not render.

4    49.    On November 12, 2015 Dr. Abazari, Dr. Abazari placed the Defendant

5    DOE of these formal obligations of "placement services for program completers" by

6    attaching the corresponding IPEDS records from 2008-2014 and specifically calling into

7    attention both the place "IPEDS checked box" and statement "Placement Services for

8    Program Completers" reference within those public records.

ARMIN ABAZARI--APPLICATION BORROWER"S DEFENSE TO REPAYMENT LOAN DISCHARGE
arminabazari@ya.../Sent

Armin Abazari <arminabazari@yahoo.com>
To: FSAOperations@ed.gov <FSAOperations@ed.gov>
Nov 12, 2015 at 3:12 PM

To Whom It May Concern,

If I could please, I would to submit my Application For Borrower's Defense To Repayment Loan Discharge to the United States Department of Education.

Order of Attached Files:
1) Application For Borrower's Defense To Repayment Loan Discharge
2) State Document: NOTICE OF INTENT under Oath
3) State Document: IBHE Board Action December 9, 2003 on Podiatry Degree Authorization
4) Federal Document: IPEDS checked box "Placement Services for Program Completers" 2008-2014
5) Scholl College 2008-2009 Viewbook: False and Deceptive
6) Letter to Alan Tinkleman from COTH/APMA/CPME
7) Dean of Rosalind Franklin's Podiatry College, Nancy Parsley Lobbying on Behalf of American Podiatric Medical Association
8) APMA IRS 990 FORM: This Political Organization Gave Money To Defendants, a 501(c) organization, as a "College Advisor Program Grant"
9) A picture is worth a thousand words
10) First Amended Complaint
11) Motion For Reconsideration (Petition for Rehearing)
12) Date of Enrollment
13) Degree

Sincerely,
Armin Abazari

14 Files    17.9MB


APPLICATION FOR BORROWER'S DEFENSE TO REPAYMENT LOAN DISCHARGE.docx
109kB

NOI-Podiatry.pdf
64kB

Scholl New Operating And/or Degree-Granting Authority For Independent Institutions IBHE.pdf
275kB

2008-09.pdf
217kB

2009-10.pdf
217kB

2010-11.pdf
224kB

2011-12.pdf
257kB

2012-13.pdf

9

10

228kB
**2013-14.pdf**
229kB
**2008-09 SCPM Viewbook copy.pdf**
2MB
**APMACPMECOTH memo.pdf**
52kB
**Nancy Lobbying.pdf**
411kB
**AbazariBrief (dragged).pdf**
13MB
**Degree.pdf**
189kB

1 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

2      50.     In the clear and present fact the DOE's expressed statements, and having

3   been placed on notice by Dr. Abazari, the DOE knowingly and willingly has billed for

4   70,000 dollars in interests alone, on top of 200,000 dollars of loans, and continues to bill

5   and charge Dr. Abazari for said federal loan interest payments, for the federal service of

6   "Placement Services for Program Completers," that it did not render pursuant to 20 USC

7   §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20

8   USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant

9   to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7);

10   20 USC §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

11      51.     On April 7, 2017, Dr. Abazari confronted the DOE in formally stating to

12   Hon. John B. King expressly "**I am a victim** of Rosalind Franklin's **conversion of**

13   **United States federal loan monies**" (emphasis supplied):

April 7, 2016-Open Letter

To:
Hon. John B. King, Jr.
Acting Secretary of Education
Lyndon Baines Johnson Department of Education Building
400 Maryland Avenue SW
Washington, DC 20202

***Re: Abazari v. Rosalind Franklin University of Medicine and Science, et al.***
**-*Circuit Court Number- 13 L 0856***
**-U.S. Supreme Court Docket No. 15-8158 (Cert Denied 4/4/16)**

My name is Armin Abazari and I am a victim of Rosalind Franklin's conversion of United States federal loan monies for unauthorized criminal conduct under 110 ILCS 1010/8 in the deliberate failing to provide placement into residency upon graduation (See. Notice of Intent, Doctor of Podiatric Medicine Program)(See. IPEDs: Institutional Characteristics Part C. #8) and substantial misrepresentation (34 CFR 668.71(b)) in their Podiatry Program (See. Abazari v. Rosalind Frankling University of Medicine & Science, IL App.2d 140952 at ¶33). Mr. Abazari approaches the issue by simple question and

1   answer:

2   52.     In its May 2, 2016 letter, Defendant DOE acted with malicious intent to

3   defraud and cheat Dr. Abazari—by preventing Dr. Abazari from controlling his risk of

4   loss by prolonging the period by which needless accruement of interest on his loans

5   occured—through further misrepresentations to prolong the duration of the scheme to

6   defraud Dr. Abazari of money for services it does not render pursuant to 20 USC

7   §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20

8   USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant

9   to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7);

10  20 USC §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

11

12

13

1       53.    In its May 2, 2016 letter, the DOE misrepresents to Dr. Abazari that he

2  had "private student loan debt" and therefore "U.S. Department of Education (ED) does

3  not have jurisdiction," as noted by the scanned screenshot of the letter:



4

1    54.    On May 13, 2016, Dr. Abazari responded by confronting the DOE on its

2    blatant misrepresentation of the facts stating "I did not indicate anywhere on the April 7,

3    2016 letter that I intended or was seeking to have my 'private student loan debt be

4    discharged.' I don't have private loans." and further drawing attention to the DOE's

5    conscious disregard of student rights on four additional separate occasions:

> Mr. King, I am respectfully responding to your mailed packet and approaching you once again with my grievances:
>
> Firstly, I believe you are in error because I did not indicate anywhere on the April 7, 2016 letter that I intended or was seeking to have my "private student loan debt be discharged". I don't have private loans. In fact, the first few sentences of my letter state in unequivocal terms that "I am a victim of Rosalind Franklin's conversion of **United States federal loan monies** for unauthorized criminal conduct under 110 ILCS 1010/8" (emphasis supplied)(See. 4/7/16 Open Letter). I believe if your office was truly concerned and interested in actually stopping the fraud and suffering incurred, both my email address and phone number were listed in the letter as points of further information gathering, rather, you made it easy for yourself and sent out a nonspecific and inapplicable letter; you simply disregarded my concerns as though they didn't exist. In fact, I tried to contact your office by phone on my own initiative but the number you have provided to the public is useless. I tried to call the Office of the Secretary at least four different times on 4/25/16, 4/26/16, 5/5/16, and 5/6/16 and I was led directly to a voice recording with no call back, regardless if a message was left or not.

6

7    55.    Not until after having been confronted by Dr. Abazari, did the DOE then

8    admit and change its position to Dr. Abazari being a federal student loan borrower by

9    stating, on June 10, 2016, "we regret the difficulties that you are experiencing with your

10   federal student loan debt," as noted by screenshot of the letter:

11

34



Mr. Armin Abazari
14 National Place
Irvine, California 92602-0703

**JUNE 10, 2016**

Dear Mr. Abazari:

Thank you for your inquiry to Secretary King regarding your concern about the federal student loan debt that you obtained while attending Rosalind Franklin University of Medicine and Science. You are asking for total loan forgiveness for your federal student loan debt because you believe that you were a victim of fraud. You stated that Rosalind Franklin University offered falsified degrees that have no market value.

We understand your concern regarding Rosalind Franklin University of Medicine and Science, and we regret the difficulties that you are experiencing with your federal student loan debt. You stated that your balance that has increased to over $200,000. You explained that the school has a history of federal indictments and civil fraud claims, and you want the school to be held accountable.

The promissory note that a borrower signs before receiving a federal student loan specifies that the borrower is responsible for paying all accrued interest except for interest paid by the federal government for subsidized loans during in-school, grace, and deferment periods. The promissory note is a binding legal document. When a borrower signs it, he or she is agreeing to repay the loan according to the promissory note's terms.

Under the law, you may be eligible for a borrower defense to repayment discharge of the William D. Ford Direct Loans (Direct Loans) that you secured to attend a school if that school committed fraud by doing something or failing to do something, misrepresented its services, or otherwise violated applicable state law related to your loans or the educational services for which you paid. This can apply to you regardless of whether your school closed or you are otherwise eligible for a loan discharge under other applicable laws. The law requires borrowers to submit a claim in order to receive debt relief. Through borrower defense to repayment, you may be able to have your entire outstanding federal Direct Loan forgiven and be reimbursed for amounts you have already paid.

Please note that the U.S. Department of Education (ED) will acknowledge a borrower's claim under state law as a defense to repayment of a loan only if the cause of action directly relates to the loan or to the school's provision of educational services for which the loan was provided. It will not recognize, as a defense against repayment of the loan, borrower claims that are not directly related to the loan or the educational services, such as personal injury tort claims or claims based on allegations of harassment. ED is creating a process to make it as easy as possible for borrowers who attended schools that did not meet legal obligations to seek loan forgiveness (discharge) based on borrower defense to repayment.

More information on borrower defense to repayment, including a borrower defense claim form for borrowers to use, and how to get your loan discharged will be made available at https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/borrower-defense at a later time.

## Federal Student Aid
AN OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, DC 20202
StudentAid.gov

1

2      56.    The DOE has caused Dr. Abazari to incur $107,340 dollars in excess

3   beyond the average loan debt for podiatry students at RFUMS, where Dr. Abazari has

4   loan debt of $272,000 dollars, and still accruing, compared to the average podiatry loan

5   debt for RFUMS at $162, 660.

1    57.    DOE used interstate wire for its scheme to defraud by way of Internet, by

2    and through the form of the online IPEDS system, specifically designed to convey

3    information of services to borrowers, to achieve its scheme to defraud Dr. Abazari of

4    money for service in placement it did not render.

5    58.    Defendant used the interstate wire for its scheme to defraud by way of

6    Internet online IPEDS system, in the ordinary course of business, by representing

7    "placement services for program completers" to student loan borrowers in the same place

8    under the category of institutional characteristics, over the span of 5 years, when said

9    services were not provided, despite mandates under 20 USC §1094(a)(1); 20 USC

10   §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20 USC §1092(a)(1)(M),

11   pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant to 20 USC

12   §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7); 20 USC

13   §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

14   59.    Dr. Abazari could only access said information by using the DOE's

15   specially disgned and created IPEDS data selection system accessed through the use of

16   this specially created wire.

17   60.    In every possible manner herein alleged, the DOE sought to capitalize on

18   Dr. Abazari's weakened physical condition, in calculated and coordinated attacks, to

19   increase physiological harm, and to overpower Dr. Abazari objections, using force and

20   inducing emotional submission—through a psychological state of learned helplessness:



1

2    (Left—On or around February 7, 2016 )   (Right—On or around November 14-2010)

3                              **CAUSE OF ACTION 2:**

4                  **(WIRE FRAUD 18 U.S.C. §1341—STATE OF ILLINOIS)**

5        61.    Dr. Abazari repeats and realleges each and every allegation contained in

6    paragraphs 1 through 60 as if fully set forth herein.

7        62.    Screen Shot of United States Department of Education Public Records

8    provides public association of National Education Statistics with the DOE's mark "U.S.

9    Department of Education" within the use of interstate wire communications:

      National Center for Education Statistics - http://nces.ed.gov
      U.S. Department of Education
10   ─────────────────────────────────────────────

11       63.    Screen Shot of the DOE's public records specifically indicate that the

12   DOE holds out to Dr. Abazari, and podiatry students, the certification mark goods and

13   services "CIP Code 51.2101," in association with National Education Statistics

14           "[d]efinition: a program that prepares individuals for the
15           independent professional practice of podiatric medicine, involving
16           the prevention, diagnosis, and treatment of diseases, disorders, and
17           injuries to the foot and lower extremities. Includes instruction in
18           the basic medical sciences, anatomy of the lower extremity,
19           functional orthopedics, foot biomechanics, podiatric radiology,
20           dermatology, podiatric surgery, podopediatrics, sports medicine,
21           physical diagnosis, emergency medicine and traumatology,
22           practice management, and professional standards and ethics"
23
24   by and through the use of specially created interstate wire communications:

37



1

2      64.      The forgoing is the mark of the State of Illinois, a state seal:



3

4      65.      Screen Shot of State of Illinois's, Illinois Board of Higher Education,

5   public records providing public notice of the association of State of Illinois's seal and

6   copyright of "State of Illinois" with DOE's certification mark for goods and services

7   "CIP Code 51.2101" and DOE's certification mark for goods and services "Podiatric

8   Medicine/Podiatry," pursuant to the Lantham Act (15 U.S.C. § 1127: "certification

9   mark"), and Defendant RFUMS's podiatry program, for the period 2008, by and through

10   the use of specially created interstate wire communications:

11



1

2       66.     Screen Shot of State of Illinois's, Illinois Board of Higher Education,

3 public records providing public notice of the association of State of Illinois's seal and

4 copyright of "State of Illinois" with DOE's certification mark for goods and services

5 "CIP Code 51.2101" and DOE's certification mark for goods and services "Podiatric

6 Medicine/Podiatry," pursuant to the Lantham Act (15 U.S.C. § 1127: "certification

7 mark"), and Defendant RFUMS's podiatry program for the period 2009, by and through

8 the use of specially created interstate wire communications:



1

2          67.     Screen Shot of State of Illinois's, Illinois Board of Higher Education,

3    public records providing public notice of the association of State of Illinois's seal and

4    copyright of "State of Illinois" with DOE's certification mark for goods and services

5    "CIP Code 51.2101" and DOE's certification mark for goods and services "Podiatric

6    Medicine/Podiatry," pursuant to the Lantham Act (15 U.S.C. § 1127: "certification

7    mark"), and Defendant RFUMS's podiatry program for the period 2014, in the use of

8    interstate wire communications:



1

2        68.   As noted by a screen shot of the Illinois Board of Higher Education public

3  records, the State of Illinois makes the admission by and through the use of specially

4  created interstate wire communications that

5         "[a]fter graduation Scholl College places its graduates in 24 month
6         and 36 month residency training programs located across the
7         United States. Upon completion of training, podiatric physicians
8         prepare for state professional state licensure examinations as well
9         at board certification examinations":



**FINCH UNIVERSITY/THE CHICAGO MEDICAL SCHOOL - DR. WILLIAM M. SCHOLL COLLEGE OF PODIATRIC MEDICINE**

On-Campus

- Doctorate of Podiatric Medicine
- Bachelor of Science in Biological Sciences.

The Herman M. Finch University of Health Sciences/The Chicago Medical School (FUHS/CMS) has entered into an agreement with the Dr. William M. Scholl College of Podiatric Medicine involving the transfer of assets of Scholl College to FUHS/CMS as well as the physical move of Scholl College from facilities at 1001 N. Dearborn St., Chicago, Illinois to FUHS/CMS's campus located in North Chicago. The acquisition of Scholl College's assets and the facilities relocation to North Chicago with FUHS/CMS places Scholl College as the fourth college within the FUHS/CMS system.

Finch University, through the newly acquired Scholl College, will request degree authorization to grant the Doctor of Podiatric Medicine (D.P.M.) and the Bachelor of Science (B.S.) in Biological Science to students interested in entering the profession of podiatric medicine. The programs attract professional students ranging in age from 21 to the 40's from the majority of states and representatives from many ethnic and all racial groups. Curricula for the programs will remain the same as previously offered by Scholl College.

Students who are enrolled present evidence of strong preparation for professional studies. Each year approximately 80% of the students admitted possess a baccalaureate or advanced degree. In each case a candidate must complete 90 semester credit hours (135 quarter hours) of course work at an accredited college or university prior to enrollment. Candidates are required to complete the Medical College Admission Test (MCAT) prior to admission.

Scholl College expects to matriculate 90 students per year for a total enrollment of approximately 360 students. Students complete a curriculum comprised of basic science, clinical science and clerkship training. After graduation Scholl College places its graduates in 24 and 36 month residency training programs located throughout the United States. Upon completion of training, podiatric physicians prepare for state professional licensure examinations as well as board certification examinations. Scholl College has trained approximately one-third of the practicing podiatrists in the United States.

The D.P.M. program is accredited by the Council on Podiatric Medical Education of the American Podiatric Medical Association and approved by the United States Department of Education. FUHS/CMS is accredited by The Higher Learning Commission and is a member of the North Central Association of Colleges and Schools.

Persons interested in obtaining further information about this notice should contact: Margot Surridge, 3333 Green Bay Road, Chicago, Illinois. Tele. (847) 578-8594.



69.     As noted by a screen shot of Defendant RFUMS syllabus, transmitted to

students through the use of interstate wire communications, Defendant RFUMS makes

the admission, from 2008-2012, by and through 16 of its faculty members, on at least 6

separate occasions, that "100% of graduates will be placed in a CPME approved

residency program."

1     70.    As noted within two screen shots of Defendant RFUMS Applied

2    Biomechanics Clinical Capstone syllabus, taught by Dr. Beth Jarrett, Dr. David Kibrit,

3    Mr. Ryan Cruz, Dr. Neil Horsley, Mr. Steve Kim, and Dr. Bijan Najafi, transmitted to

4    students through the use of interstate wire communications, Defendant RFUMS makes

5    the admission, from 2011-2012, that "100% of graduates will be placed in a CPME

6    approved residency program":



**Applied Biomechanics Capstone Clinical Experience (PAPB705)**

**Syllabus**

**Department of Applied Biomechanics**
*Dr. William M. Scholl College of Podiatric Medicine*

**2011 - 2012 ACADEMIC YEAR**

Co-Course Coordinators:
Beth Jarrett, DPM, C.Ped.
G704A, Ext. 8415
Beth.Jarrett@rosalindfranklin.edu
Office hours: M,W,F noon-1:00pm

David Kibrit, DPM
Ext. 8448
David.Kibrit@rosalindfranklin.edu
Office hours: By appointment only

Administrative Assistant:  Linda Miranda
Ext. 8412
Linda.Miranda@rosalindfranklin.edu

Instructional Staff:
Ryan Crews
Neil Horsley
Steve Kim
Bijan Najafi

March 8, 2011

7   _____

<u>**Programmatic Outcomes**</u>

#1    Graduates will pass the National Board of Podiatric Medical Examiners
      Part I and Part II examinations.

#2    Graduates will pass the Clinical Competency Exam

#3    100% of graduates will be placed in a CPME approved residency program.

#4    The College will graduate students that have the necessary knowledge,
      skills, and attitudes for entry into residency training.

1

#5    The College will graduate at least 90% of matriculated students.

2          71.    As noted within two screen shots of Defendant RFUMS Principals of

3   Podiatric Radiology syllabus, taught by Mr. Casimir Strugielski, Dr. Robert Baron, Dr.

4   Daniel Evans, Dr. Adam Fleischer, transmitted to students through the use of interstate

5   wire communications, Defendant RFUMS makes the admission, from 2009, that "100%

6   of graduates will be placed in a CPME approved residency program":

7

# PRAD 601 A+B
# Principles of Podiatric
# Radiology

*Dr. William M. Scholl College of Podiatric Medicine*
*Department of Radiology*

# 2009 Academic Year

***Casimir Strugielski, BS, RT(R), ASRT***
*Course Coordinator and Instructor of Record*
*Office: Clinics Rosalind Franklin University of Medicine and Science*
*Phone: 847-578-8435*
*Hours: Monday-Friday by appointment (contact Ms. Ulrich x8432)*

**Lecturers:**
**Dr. Robert Baron**
**Dr. Daniel Evans**
**Dr. Adam Fleischer**

8

9

**PROGRAMMATIC OUTCOMES:**

1. Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations with an overall pass rate above the national average.
2. 100% of graduates will be placed in a CPME approved residency program.
3. The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training.
4. The College will graduate at least 90% of matriculated students.
5. Graduates will be capable of servicing their student loan debt.
6. The College will graduate students that understand the need for and have participated in community service.

1 _____

2          72.     As noted within two screen shots of Defendant RFUMS Podiatric

3   Medicine and Podiatric Orthopedics Component syllabus, taught by Dr. Philip

4   Gianfortune, Dr. Ruth Songco-Chi, Dr. James Wrobel, Dr. Beth Jarrett, and Dr. Debra

5   Levinthal, transmitted to students through the use of interstate wire communications,

6   Defendant RFUMS makes the admission, from 2008-2009, that "100% of graduates will

7   be placed in a CPME approved residency program":

William M. Scholl of Podiatric Medicine

Department of Medicine

**ESSENTIAL SKILLS CLINICAL EXPERIENCE**
**Podiatric Medicine and Podiatric Orthopedics Component**
**(PMED 601 A,B,C)**

Academic Year 2008-2009
(Revised 7/2008)

**CHAIRMAN**
Philip Gianfortune, DPM

**CLINICAL EXPERIENCE COORDINATOR**
Ruth Songco-Chi, DPM
James Wrobel, DPM

**CLINICAL EXPERIENCE FACULTY**
Beth Jarrett, DPM
Debra Levinthal, DPM

1 _____

**Programmatic Outcomes**

#1    Graduates will pass the National Board of Podiatric Medical Examiners Part I
      and Part II examinations with an overall pass rate above the national average.

#2    100% of graduates will be placed in a CPME approved residency program.

#3    The College will graduate students that have the necessary knowledge, skills,
      and attitudes for entry into residency training.

#4    The College will graduate at least 90% of matriculated students.

#5    Graduates will be capable of servicing their student loan debt.

#6    The College will graduate students that understand the need for and have
      participated in community service.

2 _____

3          73.    As noted within two screen shots of Defendant RFUMS Peripheral

4 Vascular Diseases syllabus, taught by Dr. Paul Lucas, transmitted to students through the

5 use of interstate wire communications, Defendant RFUMS makes the admission, from

46

1    2008-2009, that "100% of graduates will be placed in a CPME approved residency

2    program":

<div align="center">

**William M. Scholl College of Podiatric Medicine**

**Department of Medicine**

**PERIPHERAL VASCULAR DISEASES**
**(PMED602)**

**Academic Year  2008-2009**
(Revised 7/2008)

</div>

**Course Coordinator / Instructor:**
Paul Lucas, DPM
Plucasdpm@yahoo.com

**Office Hours by appointment through:**
Ms. Vernell Williams
Administrative Assistant x-8412
vernell.williams@rosalindfranklin.edu

3    _____

<div align="center">

**Programmatic Outcomes**

</div>

#1    Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations with an overall pass rate above the national average.

#2    100% of graduates will be placed in a CPME approved residency program.

#3    The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training.

#4    The College will graduate at least 90% of matriculated students.

#5    Graduates will be capable of servicing their student loan debt.

#6    The College will graduate students that understand the need for and have  participated in community service.

4    _____

5        74.    As noted within two screen shots of Defendant RFUMS's Internal

6    Medicine syllabus, taught by Dr. Severko Hrywnak, transmitted to students through the

7    use of interstate wire communications, Defendant RFUMS makes the admission, from

<div align="center">47</div>

1  2008-2009, that "100% of graduates will be placed in a CPME approved residency

2  program":

<div align="center">

**William M. Scholl College of Podiatric Medicine**

**Department of Medicine**

**INTERNAL MEDICINE**
**(PMED 704)**

**Academic Year 2008-2009**
(Revised 6/2008)

</div>

**Course Coordinator / Instructor**
Severko Hrywnak

Office Hours by Appointment
Office Phone : 312. 685-8400

3

<div align="center">

**Programmatic Outcomes**

</div>

#1  Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations with an overall pass rate above the national average.

#2  100% of graduates will be placed in a CPME approved residency program.

#3  The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training.

#4  The College will graduate at least 90% of matriculated students.

#5  Graduates will be capable of servicing their student loan debt.

#6  The College will graduate students that understand the need for and have participated in community service.

4

5  75.  As noted within two screen shots of Defendant RFUMS's Internal

6  Medicine syllabus, taught by Dr. Ronald Wise, transmitted to students through the use of

1    interstate wire communications, Defendant RFUMS makes the admission, from 2008-

2    2009, that "100% of graduates will be placed in a CPME approved residency program":

**William M. Scholl College of Podiatric Medicine**

**Department of Medicine**

**DERMATOLOGY**
**(PMED 603)**

**Academic Year 2008-2009**
(Revised 6/27/08)

**Course Coordinator / Instructor**
Ronald Wise, MD, FAAD

Office Hours by appointment:
Office Phone: 312 332-7303
FAX: 312 332-7202

3    _____

**Programmatic Outcomes**

#1    Graduates will pass the National Board of Podiatric Medical Examiners Part I    and Part II
       examinations with an overall pass rate above the national average.

#2    100% of graduates will be placed in a CPME approved residency program.

#3    The College will graduate students that have the necessary knowledge, skills, and attitudes for
       entry into residency training.

#4    The College will graduate at least 90% of matriculated students.

#5    Graduates will be capable of servicing their student loan debt.

#6    The College will graduate students that understand the need for and have participated in
       community service.

4    _____

5           76.     As noted by several screenshots of Defendant APMA records, RFUMS

6    has achieved performance of placement into residency by funding of residency programs,

1   in the course of ordinary business, directly at Columbia Kingwood Medical Center, 7

2   DVAMC hospitals, Lakeview Hospital, Northern Virginia Podiatric Residency Program,

3   Riverside Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of

4   Baltimore, St. Mary of Nazareth Hospital Center, Vancouver Hospital, and Western

5   Pennsylvania Hospital:

**ROSTER OF RESIDENCY PROGRAMS BY SCHOOL**

**BARRY UNIVERSITY SCHOOL OF PODIATRIC MEDICINE**
BUSPM - POR Program
BUSPM/Cedars Medical Center - PPMR
BUSPM/Cedars Medical Center - PSR-12
Decatur Hospital
Des Moines General Hospital
Doxey-Hatch Medical Center
DVAMC - Brockton-West Roxbury
DVAMC - Miami
DVAMC - New York, NY
DVAMC - North Chicago
DVAMC - Northport, NY
DVAMC - Tampa
DVAMC - West Palm Beach
Lee County Center for Foot & Ankle Surgery
Memorial Same Day - West
Palmetto General Hospital
Westchester General Hospital

**CALIFORNIA COLLEGE OF PODIATRIC MEDICINE**
CCPM - LAC/USC Medical Center
CCPM - Pacific Coast Hospital - POR
CCPM - Pacific Coast Hospital - PPMR
CCPM - Pacific Coast Hospital - PSR-24
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
Community Hospital Medical Center
DVAMC - Loma Linda
DVAMC - Manhattan
DVAMC - Phoenix
DVAMC - San Francisco
DVAMC - Tucson

**COLLEGE OF PODIATRIC MEDICINE AND SURGERY**
CPMS - Orthopedic Program
CPMS - Primary Care Program
CPMS - Surgical Program

**OHIO COLLEGE OF PODIATRIC MEDICINE**
Community General Hospital
Doxey-Hatch Medical Center
Dunlap Memorial Hospital
DVAMC - Chillicothe
DVAMC - Denver
DVAMC - East Orange
DVAMC - Huntington
DVAMC - Lebanon
DVAMC - Richmond
DVAMC - Tampa
Harvard Community
Hu Hu Kam Memorial
Jewish Hospital of Cinncinati
Kaiser Permanente Medical Center
6   Kennedy Hospital System