1      437.    APMA, RFUMS, DOE, Navient, and State of Illinois, intended to conduct

2    the affairs of the enterprise—to charge for benefits and services it doesn't provide—by a

3    pattern of racketeering activity, through: a violation of or attempted violation of 18

4    U.S.C. §1341 performed by DOE; a violation of or attempted violation of 18 U.S.C.

5    §1341 performed by the State of Illinois; a violation of or attempted 18 USC 1581(A)

6    performed by Navient; a violation of or attempted violation of 18 USC 1581(B)

7    performed by Navient; a violation of or attempted violation of 18 USC §1584(A)

8    performed by DOE; a violation of or attempted violation of 18 U.S.C. §1584(A)

9    performed by the State of Illinois; a violation of attempted violation of 18 U.S.C. §1341

10   performed by RFUMS; a violation of or attempted violation of 18 U.S.C. §1341

11   performed by RFUMS; a violation of or attempted violation of 18 U.S.C. §1341

12   performed by APMA.

13     438.    Navient, Department of Education, State of Illinois, RFUMS, and APMA,

14   each instigated the commission of a union, group, association and joint venture—with

15   purpose of selling and charging for benefits and services not rendered—as a violation of

16   or attempted violation of 18 U.S.C. §1341 performed by DOE; as a violation of or

17   attempted violation of 18 U.S.C. §1341 performed by the State of Illinois; as a violation

18   of or attempted 18 U.S.C. §1581(A) performed by Navient; as a violation of or attempted

19   violation of 18 U.S.C. §1581(B) performed by Navient; as a violation of or attempted

20   violation of 18 U.S.C. §1584(A) performed by DOE; as a violation of or attempted

21   violation of 18 U.S.C. §1584(A) performed by the State of Illinois; as a violation of

22   attempted violation of 18 U.S.C. §1341 performed by RFUMS; as a violation of or

1    attempted violation of 18 U.S.C. §1341 performed by RFUMS; as a violation of or

2    attempted violation of 18 U.S.C. §1341 performed by APMA.

3         439.    The DOE, State of Illinois, Navient, RFUMS, and APMA, each instigated

4    the commission of union, group, association and joint venture operating for the common

5    purpose of selling and distributing subprime student loan obligations, lacking in

6    educational benefits, services, and quality, as prime educational loan obligations, with

7    guaranteed benefits, services, and quality" as a violation of or attempted violation of 18

8    U.S.C. §1341 performed by DOE; as a violation of or attempted violation of 18 U.S.C.

9    §1341 performed by the State of Illinois; as a violation of or attempted 18 U.S.C.

10   §1581(A) performed by Navient; as a violation of or attempted violation of 18 U.S.C.

11   §1581(B) performed by Navient; as a violation of or attempted violation of 18 U.S.C.

12   §1584(A) performed by DOE; as a violation of or attempted violation of 18 U.S.C.

13   §1584(A) performed by the State of Illinois; as a violation of attempted violation of 18

14   U.S.C. §1341 performed by RFUMS; as a violation of or attempted violation of 18

15   U.S.C. §1341 performed by RFUMS; as a violation of or attempted violation of 18

16   U.S.C. §1341 performed by APMA.

17        440.    In every possible manner herein alleged, the DOE, Navient, RFUMS,

18   APMA, and State of Illinois sought to capitalize on Dr. Abazari's weakened physical

19   condition, in calculated and coordinated attacks, to increase physiological harm, and to

20   overpower Dr. Abazari objections, using force and inducing emotional submission—

21   through a psychological state of learned helplessness:



1

2 (Left—On or around February 7, 2016)   (Right—On or around November 14-2010)

3       441.    Navient and DOE are financially benefiting from the conspiracy in

4 extracting additional payments—in the amount of $110,174.09—above and beyond the

5 average debt of $162,660 represented to "Incoming Podiatry Students" for RFUMS

6 Podiatry program.

7       442.    RFUMS is financially benefiting from the conspiracy in being allowed to

8 evade accountability for victimizing countless students, while still remaining eligible to

9 participate in the William D. Ford Direct loan program pursuant to 20 U.S.C.

10 §1085(a)(1), to victimize even more students.

11       443.    State of Illinois is financially benefiting from the conspiracy by funneling

12 students into instate programs, by securing the enterprise's continued instate viability to

13 receive federal aid, while removing accountability.

14 **CAUSE OF ACTION 12:**

15 **(FEDERALLY PROTECTED ACTIVITIES 18 U.S.C. §245(b)(1)(E) and 42 U.S.C.**

16 **§1983)**

17       444.    Dr. Abazari repeats and realleges each and every allegation contained in

18 paragraphs 1 through 443 as if fully set forth herein.

19       445.    As noted by a screenshot of DOE records, the DOE created, owns, and

20 operates the Public Records IPEDS Data Collection System:



IPEDS 2015-16 Data Collection System

IPEDS Help Desk
(877) 225-2568
ipedshelp@rti.org

NCES National Center for Education Statistics

OMB NO. 1850-0582 : Approval Expires 12/31/2016

User ID | Password | LOGIN

## Fall

COMPONENTS

Institutional Characteristics
Completions
12-month Enrollment

KEYHOLDERS: Closed (Closed Oct 14)

COORDINATORS: Closed (Closed Oct 28)

## Winter

COMPONENTS

Student Financial Aid
Graduation Rates
200% Graduation Rates
Admissions
Outcome Measures

KEYHOLDERS: Closed (Closed Feb 10)

COORDINATORS: Closed (Closed Feb 24)

## Spring

COMPONENTS

Fall Enrollment
Finance
Human Resources
Academic Libraries

KEYHOLDERS: Closed (Closed Apr 06)

COORDINATORS: Closed (Closed Apr 20)

### Reporting Resources

Access resources that will help with successful submission.

### Registration

The 2015-16 data collection cycle opens August 5, 2015. The surveys available for completion as of that date include:

- ✔ Registration
- ✔ Institution Identification
- ✔ Report Mapping (if applicable)
- ✔ IC Header

Keyholders should be registered prior to August 26. The CEO of any institution without a registered Keyholder by that date will be contacted by the IPEDS Help Desk so that a one may be appointed. The Keyholder may be changed at any time during the collection cycle.

The IPEDS Help Desk is available by (877) 225-2568 or ipedshelp@rti.org to answer any questions you may have.

### Data Submission Requirement

The completion of all IPEDS surveys, in a timely and accurate manner, is mandatory for all institutions that participate or are applicants for participation in any Federal financial assistance program authorized by Title IV of the Higher Education Act of 1965, as amended. The completion of the surveys is mandated by 20 USC 1094, Section 487(a)(17).

The collection and reporting of racial/ethnic data are mandatory for all institutions that receive, are applicants for, or expect to be applicants for Federal financial assistance as defined in the Department of Education (ED) regulations implementing Title VI of the Civil Rights Act of 1964 (34 CFR 100.13), or defined in any ED regulations implementing Title IX of the Education Amendments of 1972. The collection of racial/ethnic data in vocational programs is mandated by Section 421(a)(1) of the Carl D. Perkins Vocational Education Act.

The reporting of racial/ethnic and gender data for institutional staff on the Human Resources component is also mandated by P.L. 88-352, Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972 (29 CFR 1602, subparts O, P, and Q), in odd-numbered years (i.e., 2007-08, 2009-10, etc.), for institutions with fifteen (15) or more full-time employees.

For those institutions not required to complete this survey on the basis of the above requirements, completion is voluntary and authorized by P.L. 103-382, National Education Statistics Act of 1994, Sec. 404(a).

IPEDS data are not collected under a pledge of confidentiality.

U.S. Department of Education

Software Provider Resources | Use of Cookies | Section 508 Compliance
Browsers Supported | Troubleshooting | NCES Privacy Policy

446. DOE expressly represents to the public and admits the benefit of any program or activity receiving federal financial assistance, as provided for by RFUMS, is "placement services for program completers," for the period 2008-2014:



**National Center for Education Statistics**

IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**
**UnitID** 145558
**OPEID** 00165900
**Address** 3333 Green Bay Road, North Chicago, IL, 60064-3095
**Web Address** www.rosalindfranklin.edu/

Institutional Characteristics 2009-10

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part A - Educational Offerings**

**1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]**
*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- Occupational, may lead to a certificate, degree, or other formal award
- Academic, leading to a certificate, degree, or diploma
- Continuing professional (postbaccalaureate only)
- Recreational or avocational (leisure) programs
- Adult basic or remedial instruction or high school equivalency
- Secondary (high school)

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part A - Mission Statement**

**2. Provide the institution's mission statement or a web address (URL) where the mission statement can be found. Typed statements are limited to 2,400 characters or less. The mission statement will be available to the public on College Navigator.**

Mission Statement URL: http://www.rosalindfran

Please begin URL with "http://" or "https://"

Mission Statement

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part B - Organization - Control and Level**

- Credit for life experiences
- Advanced placement (AP) credits
- None of the above

**6. What types of special learning opportunities are offered by your institution? [Check all that apply]**

- Distance learning opportunities (e-learning)
- ROTC
  - Army
  - Navy
  - Air Force
- Study abroad
- Weekend/evening college
- Teacher certification (below the postsecondary level)
  - Students can complete their preparation in certain areas of specialization
  - Students must complete their preparation at another institution for certain areas of specialization
  - This institution is approved by the state for the initial certification or licensure of teachers
- None of the above

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part C - Admission Requirements and Services - Student Services**
**7. If your institution grants a bachelor's degree or higher but does not offer a full 4-year program of study at the undergraduate level, how many years of completed college-level work are required for entrance?**

Number of years: Two

**8. Which of the following selected student services are offered by your institution? [Check all that apply]**

- Remedial services
- Academic/career counseling services
- Employment services for current students
- Placement services for program completers
- On-campus day care for children of students
- None of the above

**9. Does your institution have its own library or are you financially supporting a shared library with another postsecondary education institution?**

447. DOE expressly represents to the public and admits the benefit of any program or activity receiving federal financial assistance, as provided for by RFUMS, is "placement services for program completers," for the period 2008-2014:

# National Center for Education Statistics

IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**
UnitID        145558
OPEID        00165900
Address     3333 Green Bay Road, North Chicago, IL, 60064-3095
Web Address  www.rosalindfranklin.edu/

| IC Header 2013-14 |
| --- |

**Institution: Rosalind Franklin University of Medicine and Science (145558)**
move1

**Part A - Educational Offerings**
**1. Which of the following types of instruction/programs are offered by your institution? (Check one or more)**
*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- ☐ Occupational, may lead to a certificate, degree, or other formal award
- ☑ Academic, leading to a certificate, degree, or diploma
- ☑ Continuing professional (postbaccalaureate only)
- ☐ Recreational or avocational (leisure) programs
- ☐ Adult basic or remedial instruction or high school equivalency
- ☐ Secondary (high school)

**Institution: Rosalind Franklin University of Medicine and Science (145558)**
move1

**Part B - Organization - Control and Levels**
**1. What is your institutional control or affiliation?**
*Be sure to select the correct control for your institution. Errors on this question have an impact throughout the IPEDS surveys. In federal reporting, in net price groupings, and on your institutions appearance to students. If you reported incorrectly in a previous year, please contact the Help Desk at 877.225.2568 to correct the error.*

- ○ Public - Select primary and or secondary controls below
  Primary control              Secondary control (if applicable)
  [Select One ▼]              [Select One ▼]
- ○ Private for-profit
- ⦿ Private not-for-profit independent (no religious affiliation)
- ○ Private not-for-profit religious affiliation - Select affiliation below
  [Select One ▼]

1

---

**Institution: Rosalind Franklin University of Medicine and Science (145558)**
move1

**Part C - Student Services - Distance Opportunities**
**4. Which of the following selected student services are offered by your institution? (Check all that apply)**

- ☐ Remedial services
- ☑ Academic/career counseling services
- ☐ Employment services for current students
- ☐ Placement services for program completers
- ☐ On-campus day care for children of students
- ☐ None of the above

**5. Does your institution have its own library or are you financially supporting a shared library with another postsecondary education institution?**

- ⦿ Have our own library
- ○ Do not have our own library but contribute financial support to a shared library
- ○ Neither of the above

**6. Indicate whether or not any of the following alternative tuition plans are offered by your institution.**

- ⦿ No
- ○ Yes
  - ☐ Tuition guarantee
  - ☐ Prepaid tuition plan
  - ☐ Tuition payment plan
  - ☐ Other (specify in box below)

**⊠ 7. Please indicate at what level(s) your institution offers distance education opportunities (courses and/or programs).**

- ☐ Undergraduate
- ☑ Graduate
- ☐ The institution does not offer distance education opportunities

⊠ You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website, and should be written to be understood by students and parents.

2

---



Select One

Institution: Rosalind Franklin University of Medicine and Science (145558) lnovas1

**Summary**

**Institutional Characteristics Component Summary**
**Academic Year Reporters**

IPEDS collects important information regarding your institution. All data reported in IPEDS survey components become available in the IPEDS Data Center and appear as aggregated data in various Department of Education reports. Additionally, some of the reported data appears specifically for your institution through the College Navigator website and is included in your institution's Data Feedback Report (DFR). The purpose of this summary is to provide you an opportunity to view some of the data that, when accepted through the IPEDS quality control process, will appear on the College Navigator website and/or your DFR. College Navigator is updated approximately three months after the data collection period closes and Data Feedback Reports will be available through the Data Center and sent to your institution's CEO in November 2014.

Please review your data for accuracy. If you have questions about the data displayed below after reviewing the data reported on the survey screens, please contact the IPEDS Help Desk at: 1-877-225-2568 or ipedshelp@rti.org.

| GENERAL INFORMATION | |
|---|---|
| Mission Statement | http://www.rosalindfranklin.edu/President/MissionVision.aspx |
| Are all the programs at your institution offered completely via distance education? | No |
| Special Learning Opportunities | N/A |
| Student Services | Academic/career counseling services<br>Placement services for program completers |
| Credit Accepted | N/A |

| PRICING INFORMATION | | |
|---|---|---|
| Average graduate student tuition and fees for academic year 2013-14 | Tuition | Fees |
| | $25,735 | $330 |
| Alternative tuition plans | N/A | |

448. DOE expressly represents to the public and admits the benefit of any podiatry program or activity receiving federal financial assistance, as provided for by RFUMS, is a "CIP Code 51.2101" as defined as:

> "[d]efinition: a program that prepares individuals for the independent professional practice of podiatric medicine, involving the prevention, diagnosis, and treatment of diseases, disorders, and injuries to the foot and lower extremities. Includes instruction in the basic medical sciences, anatomy of the lower extremity, functional orthopedics, foot biomechanics, podiatric radiology, dermatology, podiatric surgery, podopediatrics, sports medicine, physical diagnosis, emergency medicine and traumatology, practice management, and professional standards and ethics":

**ies** NATIONAL CENTER for EDUCATION STATISTICS

# IPEDS

| 🏠 Home | 🖉 CIP Selector | ⓘ Help | ✉ Contact NCES |

**CIP 2010** (change year)    Browse   Search   Crosswalk   Resources   Quick CIP ⓘ         Go

## Detail for CIP Code 51.2101
🖨 Print

**Title:** Podiatric Medicine/Podiatry.

**Definition:** A program that prepares individuals for the independent professional practice of podiatric medicine, involving the prevention, diagnosis, and treatment of diseases, disorders, and injuries to the foot and lower extremities. Includes instruction in the basic medical sciences, anatomy of the lower extremity, functional orthopedics, foot biomechanics, podiatric radiology, dermatology, podiatric surgery, podopediatrics, sports medicine, physical diagnosis, emergency medicine and traumatology, practice management, and professional standards and ethics.

**Action:** No Substantive Changes

**▾ Crosswalk** ⓘ

✓ CIP Title or Definition Changed

| CIP 2000 | | CIP 2010 | | | |
|---|---|---|---|---|---|
| Code | Title | Action | ✓ | Code | Title |
| 51.2101 | Podiatric Medicine/Podiatry (DPM). | – | | 51.2101 | Podiatric Medicine/Podiatry. |

**▾ Illustrative Examples** ⓘ

1   [Podiatric Medicine/Podiatry (DPM)]

2       449.    State of Illinois expressly supports this proposition by admitting to the

3   public that the benefit of any program or activity receiving federal financial assistance, as

4   provided for by RFUMS's podiatry program, is a "CIP Code 51.2101"—

5           "a program that prepares individuals for the independent
6           professional practice of podiatric medicine, involving the
7           prevention, diagnosis, and treatment of diseases, disorders, and
8           injuries to the foot and lower extremities"—
9
10  in association of the mark with RFUMS's podiatry program for the Dr. Abazari's

11  enrollment period 2009:



Copyright 2011

1

2          450.    State of Illinois expressly supports this proposition by admitting to the

3   public that the benefit of any program or activity receiving federal financial assistance, as

4   provided for by RFUMS, is a "CIP Code 51.2101"—

5          "a program that prepares individuals for the independent
6          professional practice of podiatric medicine, involving the
7          prevention, diagnosis, and treatment of diseases, disorders, and
8          injuries to the foot and lower extremities"—
9
10  in its association of the mark with RFUMS's podiatry program for the Dr. Abazari's

11  enrollment period 2014:

12



ILLINOIS BOARD OF HIGHER EDUCATION

Home | Governor Bruce Rauner | Chairman Tom Cross | Executive Director Dr. James L. Applegate | Search

Back | **Illinois Higher Education Enrollments & Degrees System** | New Search

Search Result:

Survey: Fall Enrollment (2014) — Institution Sector: All Sectors and Institutions

Field of Study/Programs: Podiatric Medicine/Podiatry. [51.2101] — Degree Level: Doctoral Professional Practice [18]

Group by: Year,Sector,Institution,Deg. Lvl,Cip Code — Result: Numbers

5 row(s) returned from the query!

Microsoft Excel | Export

| Year | Sector | Institution | Deg. Lvl | Cip Code | | Black | White | Hisp. | Asian | Nat. Haw. | Am. Indian | Alien | Two or more races | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | 3 | Rosalind Franklin University of Medicine & Science | 18 | 51 | Health Professions and Related Programs | 14 | 190 | 13 | 103 | 0 | 2 | 7 | 14 | 22 | 365 |
| **2014** | **3** | **Rosalind Franklin University of Medicine & Science** | **18** | | **Doctoral Prof. Practice Total** | **14** | **190** | **13** | **103** | **0** | **2** | **7** | **14** | **22** | **365** |
| **2014** | **3** | **Rosalind Franklin University of Medicine & Science** | | | **Institution Total** | **14** | **190** | **13** | **103** | **0** | **2** | **7** | **14** | **22** | **365** |
| **2014** | **3** | | | | **Independent NFP Inst. Total** | **14** | **190** | **13** | **103** | **0** | **2** | **7** | **14** | **22** | **365** |
| **2014** | | | | | **2014 Year Total** | **14** | **190** | **13** | **103** | **0** | **2** | **7** | **14** | **22** | **365** |

Copyright 2011 | State of Illinois | Privacy Notice | Site Map | Report Broken Links

451. As noted by billing records issued by RFUMS, RFUMS extracted federal financial assistance through distributions of Federal Stafford Subsidized, Federal Stafford Unsubsidized, and Federal Grad Plus loans, to fund Dr. Abazari's Podiatry Podiatry education from 2009-2013:



452.     As noted by billing records issued by RFUMS, RFUMS extracted federal

financial assistance through distributions of Federal Direct Unsubsidized and Federal

Direct Subsidized loans, to fund Dr. Abazari's Podiatry Education from 2009-2013:



1

2        453.    As noted by Federal Billing Records, the "U.S Department of Education"

3   admits that Dr. Abazari has been participating in a program or activity receiving federal

4   financial assistance through distributions of Federal Direct Unsubsidized and Federal

5   Direct Subsidized loans, to fund Dr. Abazari's Podiatry Education from 2009-2013,

6   where it represents itself as a lender of Dr. Abazari's student loans for Dr. Abazari's

7   podiatry education:

8



1

2          454.    As noted by the signed authorization to release student information,

3   RFUMS directly invoked the rights and protections under Family Educational and

4   Privacy Act (FERPA) pursuant to 20 U.S.C. 1232(g), regulations 34 CFR Part 99, upon a

5   document request by Dr. Abazari, admitting that the Podiatry Education was federally

6   funded from 2009-2013:



**ROSALIND FRANKLIN UNIVERSITY**
OF MEDICINE AND SCIENCE

**Authorization to Release Student Information**

**Return to:**
Rosalind Franklin University of Medicine and Science
Registrar
3333 Green Bay Road
North Chicago, IL 60064
Phone (847) 578-3228 • Fax (847) 775-6559

The non-directory information in your student educational record is confidential and protected by the Family Educational Rights & Privacy Act (FERPA). FERPA is also known as the Buckley Amendment, Statute 20 U.S.C. 1232(g), regulations 34 CFR Part 99. We cannot release certain information to another person without your written authorization. This form will allow our office to release specific information about you to the person(s) you designate below. For more information on the Federal Education Rights and Privacy Act, visit the Federal Department of Education: www.ed.gov/policy/gen/reg/ferpa/index.html

Name: _Armin Abazari_____ Date: _9/11/13_

Program of Study: _Podiatry_____

RFU ID: _463381_

_old ID number_

**I authorize the Registrar to release information regarding the following:**

☑ Entire Academic Record      ☑ Specific Information _all 2009 signed enrollment agreem and/or contracts given to students to sign during orientation week 2009 specifically for grad class 2013_

To the person or agency listed below:
_Armin Abazari    Himself    14 national place, Irvine, Ca_
Name                 Relationship      Address

_____    _____    _____
Name                 Relationship      Address

**Note**
• The third party must know the student's name, student ID, and current address
• Only limited information will be given over the telephone regardless if the Authorization to Release Information form is submitted

I understand this authorization will remain in effect until I request, in writing or in person, that it be nullified.

Signature: _____   Date: _9/11/13_

┌─────────────────────────────────────────────────────────┐
│ **Termination of Authorization to Release Student Information** │
│ ☐ I hereby revoke the Authorization to Release Information form on file with the Registrar. │
│                                                           │
│ Signature: _____   Date: _____       │
└─────────────────────────────────────────────────────────┘

1

455.    As admitted to by Navient's Notice to Dr. Abazari, Navient expressly

admits Dr. Abazari has been participating in a program or activity receiving federal

financial assistance, where "Navient will be [Dr. Abazari's] servicer for federal loans":

214



An update about your SallieMae loans.

**Sallie Mae® – Department of Education Loan Services is now Navient℠ – Department of Education Loan Servicing.**

This past spring, Sallie Mae became two companies—Sallie Mae and Navient. Because of the loan(s) you have, you'll become a Navient customer starting this fall. Rest assured your loan(s) has not been sold.

**Who is Navient?**
Although our name is new, for more than 40 years we've learned, evolved and led in loan management. Navient will be your servicer for federal loans, including Department of Education loans. As Navient, we're proud to help you navigate the path to financial success and we're here to help you successfully manage and repay your loans, which we'll continue to service on behalf of the U.S. Department of Education.

We've worked to make this transition as easy as possible for you. As a result, there will be no change to:

•  Our phone numbers and addresses

•  Terms, conditions and benefits of your existing loans

**What to expect this fall**
As a Navient customer, you'll go to Navient.com to view, manage, and repay your loans, using the same login information that you've always used. Bookmark Navient.com today for future use.

If you're currently not required to make payments on your loan(s), there's nothing else you need to do. If you're already making payments, please review the information below for simple changes to make:

| If you currently pay through... | Here's what you'll need to do. |
| --- | --- |
| Our auto debit program | •  There's nothing you need to do. We'll take care of it for you. |
| | (The withdrawals from your bank account will soon reflect Navient.) |
| An online bill pay service (such as your bank's bill pay service or other entity that sends payments) | •  Log in to the website you use to send payments. |
| | •  Update our payee information with the name Navient. All other information can stay the same. |
| Our website | •  Starting this fall, you'll make payments on Navient.com. |
| | •  Bookmark Navient.com today for future use. |
| A personal check | •  Write your check out to Navient. |
| | •  Use the same addresses you use today. |

At Navient, we are excited to continue to service your loan(s) on behalf of the Department of Education. We'll continue to provide you with information over the coming months to help keep you up to date. In the meantime, if you have any questions, you can learn more at SallieMae.com/future.

For information visit SallieMae.com/future.

*You are receiving this communication because of your role as a borrower, cosigner/maker, or endorser.

The Sallie Mae logo and Sallie Mae are registered service marks of Sallie Mae Bank or its subsidiaries. SLM Corporation and its subsidiaries, including Sallie Mae Bank, are not sponsored by or agencies of the United States of America. ©2014 Sallie Mae Bank. All rights reserved.

© 2014 Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are service marks of Navient Solutions, Inc. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America.

Please do not respond to this automated message. Emails sent to this address are not monitored.

Privacy | Terms of Use
CC-14-10266 X881 07/14

456.    Dr. Abazari sought to enjoy or participate in benefit of any program or

activity receiving federal financial assistance, as directly required to be provided for by

RFUMS, as the "placement services for program completers," and CIP Code 51.2101, for

the period 2008-2014, by filing a lawsuit against RFUMS on or about November 2013

against RFUMS for failing to provide residency placement.

215

1

2          457.    Defendant RFUMS admits to providing this federal benefit as a

3   "placement services for program completers," and CIP Code 51.2101, from 2008-2012,

4   on at least 6 separate occasions, where it expressly states "100% of graduates will be

5   placed in a CPME approved residency program":

**Programmatic Outcomes**

| | |
|---|---|
| #1 | Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations. |
| #2 | Graduates will pass the Clinical Competency Exam |
| #3 | 100% of graduates will be placed in a CPME approved residency program. |
| #4 | The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training. |
| #5 | The College will graduate at least 90% of matriculated students. |

6

7          458.    RFUMS admits to having undertaken to provide "placement services for

8   program completers," and CIP Code 51.2101, in the ordinary course of business through

9   providing funding of residencies:

# COLLEGE FUNDED RESIDENCIES
## TRAINING YEAR 1997-1998

**Dr. William Scholl College of Podiatric Medicine**

| Name of Program | Address | Director | Total # of Approved Positions | Total # Positions Funded by Your College |
|---|---|---|---|---|
| Colombia Kingwood Medical Center (Houston Podiatric Foundation) | 22999 U.S. Highway 59 Kingwood, TX 77339 | Randal Lepow, DPM | 5 – RPR 1 – PSR-12 4 – PSR-24 | 1 – RPR |
| DVAMC – Black Hills Health Care System | 113 Comanche Road Fort Meade, SD 57741 | Judd Sparagon, DPM | 4 – RPR | 1 – RPR |
| DVAMC – Central Alabama Health Care System (Tuskegee) | 2400 Hospital Road Surgical Service Pod (112B) Tuskegee, AL 36083 | Joel Brustein, DPM | 4 – RPR | 4 – RPR |
| DVAMC – Chicago Health Care System (Westside) | 820 S. Damen Avenue Chicago, IL 60680 | John Grady, DPM | 2 – RPR 1 – PSR-24 | 1 – RPR |
| DVAMC – Minneapolis | One Veterans Drive (112P) Minneapolis, MN 55417 | Greg Rifleman, DPM | 4 – POR | 1 – POR |
| DVAMC – North Chicago | Podiatry Unit (112) 3001 Greenbay Road North Chicago, IL 60064 | William Chagares, DPM | 4 – PPMR 1 – PSR-12 | 1 – PPMR |
| DVAMC – Palo Alto Health Care System | 3801 Miranda Avenue (112) Palo Alto, CA 94304 | Wilfred Laine, DPM | 5 – RPR 4 – PSR-12 | 2 – RPR |
| DVAMC – Tampa | 13000 Bruce B. Down Blvd. Tampa, FL 33612 | James Black, DPM, PhD | 7 – RPR | 3 – RPR |
| Lakeview Hospital | 10010 West Bluemound Rd Milwaukee, WI 53226 | Louis Lapow, DPM | 1 – PSR-12 | 1 – PSR-12 |
| Northern Virginia Podiatric Residency Program | 601 S. Carlin Spring Road Arlington, VA 22204 | Stephen Stern, DPM | 2 – PSR-24 | 1 – PSR-24 |
| Riverside Osteopathic Hospital | 150 Truax Street Trenton, MI 48183 | Victoria Anton-Athens, DPM | 1 – POR | 1 – POR |
| Scholl College of Podiatric Medicine | 1001 N. Dearborn Chicago, IL 60610 | Richard Pulla, DPM | 6 – RPR | 6 – RPR |
| Sinai Hospital Of Baltimore | 2401 W. Belvedere Baltimore, MD 21215 | David Cohen, DPM | 1 – PSR-12 | 1 – PSR-12 |
| St. Mary of Nazareth Hospital Center | 2233 West Division Street Chicago, IL 60622 | Thomas Kiely, DPM | 1 – RPR 1 – PSR-12 | 1 – RPR 1 – PSR-12 |
| Vancouver Hospital | 855 W. 12th Avenue Vancouver, British Colombia Canada V5Z 1M9 | Albert Mollica, DPM | 2 – PSR-12 | 1 – PSR-12 |
| Western Pennsylvania Hospital | 4800 Friendship Avenue Pittsburgh, PA 15224 | Alan Catanzariti, DPM | 3 – PSR-24 | 1 – PSR-24 |

459.   RFUMS admits to having undertaken to provide "placement services for program completers," and CIP Code 51.2101, in the ordinary course of business, through providing funding of residencies, at Columbia Kingwood Medical Center, 7 DVAMC hospitals, Lakeview Hospital, Northern Virginia Podiatric Residency Program, Riverside

1    Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of Baltimore,

2    St. Mary of Nazareth Hospital Center, Vancouver Hospital, and Western Pennsylvania

3    Hospital:

### ROSTER OF RESIDENCY PROGRAMS BY SCHOOL

**BARRY UNIVERSITY SCHOOL OF PODIATRIC MEDICINE**
BUSPM - POR Program
BUSPM/Cedars Medical Center - PPMR
BUSPM/Cedars Medical Center - PSR-12
Decatur Hospital
Des Moines General Hospital
Doxey-Hatch Medical Center
DVAMC - Brockton-West Roxbury
DVAMC - Miami
DVAMC - New York, NY
DVAMC - North Chicago
DVAMC - Northport, NY
DVAMC - Tampa
DVAMC - West Palm Beach
Lee County Center for Foot & Ankle Surgery
Memorial Same Day - West
Palmetto General Hospital
Westchester General Hospital

**CALIFORNIA COLLEGE OF PODIATRIC MEDICINE**
CCPM - LAC/USC Medical Center
CCPM - Pacific Coast Hospital - POR
CCPM - Pacific Coast Hospital - PPMR
CCPM - Pacific Coast Hospital - PSR-24
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
Community Hospital Medical Center
DVAMC - Loma Linda
DVAMC - Manhattan
DVAMC - Phoenix
DVAMC - San Francisco
DVAMC - Tucson

**COLLEGE OF PODIATRIC MEDICINE AND SURGERY**
CPMS - Orthopedic Program
CPMS - Primary Care Program
CPMS - Surgical Program

**OHIO COLLEGE OF PODIATRIC MEDICINE**
Community General Hospital
Doxey-Hatch Medical Center
Dunlap Memorial Hospital
DVAMC - Chillicothe
DVAMC - Denver
DVAMC - East Orange
DVAMC - Huntington
DVAMC - Lebanon
DVAMC - Richmond
DVAMC - Tampa
Harvard Community
Hu Hu Kam Memorial
Jewish Hospital of Cincinnati
Kaiser Permanente Medical Center
Kennedy Hospital System

4

Mineral Area Medical Center
Memorial Hospital of Bedford County
Park Medical Center
Riverside Osteopathic Hospital
Youngstown Osteopathic Hospital

## PENNSYLVANIA COLLEGE OF PODIATRIC MEDICINE
DVAMC - Brooklyn/St. Albans
DVAMC - Coatesville
DVAMC - Northport
DVAMC - White River Junction
Elkins Park Hospital
Harris City Podiatric Surg. Res./Bellaire Hosp
Neumann Medical Center
New York Methodist Hospital
PCPM - Cooper Hospital Medical Center
PCPM - Orthopedic Residency
Sheehan Memorial Hospital
St. Francis Hospital-Mount Sinai Hospital - CT

## SCHOLL COLLEGE OF PODIATRIC MEDICINE
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
DVAMC - Black Hills Health Care System
DVAMC - Central Alabama Health Care System (Tuskegee)
DVAMC - Chicago Health Care System (Westside)
DVAMC - Minneapolis
DVAMC - North Chicago
DVAMC - Palo Alto Health Care System
DVAMC - Tampa
Lakeview Hospital
Northern Virginia Podiatric Residency Program
Riverside Osteopathic Hospital
Scholl College of Podiatric Medicine
Sinai Hospital of Baltimore
St. Mary of Nazareth Hospital Center
Vancouver Hospital
Western Pennsylvania Hospital

1

## SUMMARY INFORMATION

| | |
|---|---|
| BUSPM | Residents in school based programs receive salary and employee benefits as employees of Barry University. Residents located at other BUSPM funded residencies receive funding which is either sent directly to the program or to the resident. Fellowship grant provided to the third year resident of Hialeah Hospital only during their six-months participation at Hadassah Hospital in Jerusalem Israel. |
| CCPM | CCPM funds several different programs at different levels. DVAMC - San Francisco receives malpractice coverage for CCPM graduates. CCPM sponsored programs receive funding for stipends. Some programs also receive malpractice insurance. |
| CPMS | The PSR-24 has a stipend, all other programs are under general grant funding. Malpractice insurance is covered by the University. |
| OCPM | Stipend only. |

2

| | |
|---|---|
| PCPM | The college provides salary for all our funded residencies ($15,000). Health and malpractice insurance are also provided where necessary. |
| SCPM | These programs are as of March 15, 1997. This list is accurate as to the number of positions funded, however, the number of entry level positions may change at a particular program. Also, more programs may be added after this printing. Funding is sent to the institution, not the resident. |

3

1    460.    RFUMS admits in undertaking "placement services for program

2    completers," and CIP Code 51.2101, in the ordinary course of business, through having

3    acquired accreditation specifically for "Podiatric Medicine and Surgical Residency" in

4    addition to and separate from their Doctor of Podiatric Medicine accreditation:

ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE
ACCREDITATION SUMMARY

| Unit | Program | Accrediting Agency | Status |
|------|---------|--------------------|--------|
| Rosalind Franklin University of Medicine & Science | | | |
| | Overall accreditation as degree granting institution – Bachelor to Doctorate | The Higher Learning Commission/North Central Association of Colleges and Schools (HLC/NCA) | Full |
| Chicago Medical School | | | |
| | Doctor of Medicine | Liaison Committee on Medical Education (LCME) | Accredited, on probation |
| | Continuing Medical Education | Accreditation Council for Continuing Medical Education (ACCME) | Full |
| Dr. William M. Scholl College of Podiatric Medicine | | | |
| | Doctor of Podiatric Medicine | Council on Podiatric Medical Education (CPME) | Full |
| | Continuing Podiatric Medical Education | Council on Podiatric Medical Education | Full |
| | | IFDPR-Licenses School to offer | Full |
| | Podiatric Medicine and Surgical Residency | CPME | Full |
| School of Graduate and Postdoctoral Studies | | | |
| | Medical Laboratory Immunology *Post-graduate Program | Committee on Postdoctoral Education Programs (CPEP) of the American College of Microbiology | Full |

7    461.    RFUMS uses force, or threat of force, to interfere with, or attempt to

8    interfere with, Dr. Abazari's acquiring of said benefit of any program or activity

9    receiving federal financial assistance, in a "placement services for program completers,"

10    and CIP Code 51.2101, by depriving Dr. Abazari placement upon completion.

11    462.    Despite knowingly and willingly invoking the protections of Family

12    Educational and Privacy Act (FERPA) pursuant to 20 U.S.C. 1232(g), regulations 34

13    CFR Part 99, in direct violation of said act, RFUMS withheld documentation that was

14    distributed in private meetings with Christine Rasinski, and to which remained in the

15    exclusive possession of RFUMS, which therein sought to procure from Dr. Abazari,

16    through deception, a signed agreement to release RFUMS of liability for non placement

17    of Dr. Abazari into residency upon graduation:

From: "Rasinski, Christine" <Christine.Rasinski@rosalindfranklin.edu>
Date: June 8, 2011 at 8:17:51 AM PDT
To: "Abazari, Armin" <Armin.Abazari@my.rfums.org>, "Abraham, Bijoy" <Bijoy.Abraham@my.rfums.org>, "Alianello, Nicholas" <Nicholas.Alianello@my.rfums.org>, "Allanson, Maureen" <Maureen.Allanson@my.rfums.org>, "Amidi, Arezou" <Arezou.Amidi@my.rfums.org>, "Andress, William" <William.Andress@my.rfums.org>, "Arens, David" <David.Arens@my.rfums.org>, "Arroyo, Irene" <Irene.Arroyo@my.rfums.org>, "Baptist, Christopher" <Christopher.Baptist@my.rfums.org>, "Barnica, Elizabeth" <Elizabeth.Barnica@my.rfums.org>, "Bawa, Vaishnavi" <Vaishnavi.Bawa@my.rfums.org>, "Bernstein, Jennifer" <Jennifer.Bernstein@my.rfums.org>, "Budzinski, Michael" <Michael.Budzinski@my.rfums.org>, "Budz, Tomasz" <Tomasz.Budz@my.rfums.org>
Cc: "Yorath, Martin Charles" <Martin.Yorath@rosalindfranklin.edu>, "Jarrett, Beth D." <Beth.Jarrett@rosalindfranklin.edu>
Subject: Clerkship Office Paperwork


Please report to the Clerkship Office Scholl College - HSB Room L616 today BEFORE 2:15pm or tomorrow, Thursday, between 8:00am and Noon to pick up your clerkship informational folder and to sign off on paperwork, this should take you no more than 5 minutes.  You must present in person, no one can sign for you.


Christine Rasinski
Coordinator
Clerkship & Residency Placement Office
Scholl College of Podiatric Medicine
847-578-8408 - Office
847-775-6520 - Fax

1    _____

2        463.    RFUMS uses force, or threat of force, to interfere with, or attempt to

3    interfere with, Dr. Abazari's acquiring of said benefit of any program or activity

4    receiving federal financial assistance, as provided for by RFUMS, as a "placement

5    services for program completers," and CIP Code 51.2101, by not providing funding of

6    residencies so that Dr. Abazari would have placement.

7        464.    RFUMS uses force, or threat of force, to interfere with, or attempt to

8    interfere with, Dr. Abazari's acquiring of said benefit of any program or activity

9    receiving federal financial assistance, as provided for by RFUMS, as a "placement

10   services for program completers," and CIP Code 51.2101, by singling Dr. Abazari, for

11   desperate treatment, in withholding the express guarantee of "100% of graduates will be

12   placed in a CPME approved residency program," despite him being a graduate and

13   having passed Part I and Part II examinations:

<u>**Programmatic Outcomes**</u>

#1   Graduates will pass the National Board of Podiatric Medical Examiners
     Part I and Part II examinations.

#2   Graduates will pass the Clinical Competency Exam

#3   100% of graduates will be placed in a CPME approved residency program.

#4   The College will graduate students that have the necessary knowledge,
     skills, and attitudes for entry into residency training.

#5   The College will graduate at least 90% of matriculated students.

1

2          465.    Dr. Abazari's right or privilege to a benefit, within a program or activity

3   receiving federal financial assistance, by the "placement services for program

4   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

5   20 USC §1094(a)(17).

6          466.    Dr. Abazari's right or privilege to a benefit, within a program or activity

7   receiving federal financial assistance, by the "placement services for program

8   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

9   20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

10         467.    Dr. Abazari's right or privilege to a benefit, within a program or activity

11  receiving federal financial assistance, by the "placement services for program

12  completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

13  20 USC §1094(a)(21).

14         468.    Dr. Abazari's right or privilege to a benefit, within a program or activity

15  receiving federal financial assistance, by the "placement services for program

16  completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

17  20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7).

18         469.    Dr. Abazari's right or privilege to a benefit, within a program or activity

19  receiving federal financial assistance, by the "placement services for program

1   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

2   20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7).

3      470. Dr. Abazari's right or privilege to a benefit, within a program or activity

4   receiving federal financial assistance, by the "placement services for program

5   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

6   20 USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7).

7      471. Dr. Abazari's right or privilege to a benefit, within a program or activity

8   receiving federal financial assistance, by the "placement services for program

9   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

10   20 USC §1094(a)(1).

11      472. Dr. Abazari's right or privilege to a benefit, within a program or activity

12   receiving federal financial assistance, by the "placement services for program

13   completers," and CIP Code 51.2101, has been expressly secured to him under mandate of

14   20 USC §1094(a)(17).

15      473. Dr. Abazari made an objection on November 12, 2015 to the DOE via the

16   Borrower Defense:

17

ARMIN ABAZARI--APPLICATION BORROWER"S DEFENSE TO REPAYMENT LOAN DI                       arminabazari@ya....Sent
SCHARGE

Armin Abazari <arminabazari@yahoo.com>                                                   Nov 12, 2015 at 3:12 PM
To: FSAOperations@ed.gov <FSAOperations@ed.gov>

To Whom It May Concern,

If I could please, I would to submit my Application For Borrower's Defense To Repayment Loan Discharge to the United States Department of Education.

Order of Attached Files:
1) Application For Borrower's Defense To Repayment Loan Discharge
2) State Document: NOTICE OF INTENT under Oath
3) State Document: IBHE Board Action December 9, 2003 on Podiatry Degree Authorization
4) Federal Document: IPEDS checked box "Placement Services for Program Completers" 2008-2014
5) Scholl College 2008-2009 Viewbook: False and Deceptive
6) Letter to Abin Tinkleman from COTH/APMA/CPME
7) Dean of Rosalind Franklin's Podiatry College, Nancy Parsley Lobbying on Behalf of American Podiatric Medical Association
8) APMA IRS 990 FORM: This Political Organization Gave Money To Defendants, a 501(c) organization, as a "College Advisor Program Grant"
9) A picture is worth a thousand words
10) First Amended Complaint
11) Motion For Reconsideration (Petition for Rehearing)
12) Date of Enrollment
13) Degree

Sincerely,
Armin Abazari

14 Files   17.9MB

APPLICATION FOR BORROWER'S DEFENSE TO REPAYMENT LOAN DISCHARGE.docx
103kB

NOI-Podiatry.pdf
64kB

Scholl New Operating And/or Degree-Granting Authority For Independent Institutions IBHE.pdf
375kB

2008-09.pdf
117kB

2009-10.pdf
107kB

2010-11.pdf
224kB

2011-12.pdf
227kB

2012-13.pdf

229kB

2013-14.pdf
229kB

2008-09 SCPM Viewbook copy.pdf
2MB

APMACPMECOTH memo.pdf
52kB

Nancy Lobbying.pdf
411kB

AbazariBrief (dragged).pdf
13MB

Degree.pdf
189kB

474.    On April 7, 2016, Dr. Abazari then served an open Letter of objection to

Hon. John B. King, Jr., Acting Secretary of Education.

475.    Dr. Abazari called the Office of the Secretary of Education 4 times with

no resolve on 4/25/16; 4/26/16; 5/5/16; and 5/6/16.

1    476.    On May 13, 2016 Dr. Abazari served another objection to Hon. John B.

2  King., Acting Secretary of Education.

3    477.    According to DOE's records, after having sat on Plaintiff's borrower

4  defense claims for 1 year and 7 months, the DOE continued to lull Dr. Abazari into a

5  false sense of security by stating "we are continuing to evaluate your claim," so the DOE

6  and Navient could collectively bill more interest for federal services and benefits not

7  rendered to Dr. Abazari, instead of loan discharge:

**From:** "U.S. Department of Education" < noreply@studentloans.gov >
**Date:** June 19, 2017 at 11:05:35 AM PDT
**To:** arminabazari@yahoo.com
**Subject:** Borrower Defense Claim Status Update



Dear Armin,

This email is being sent to update you on the current status of your claim for borrower defense to repayment. We are continuing to evaluate your claim but have not yet made a decision if the claim will be approved. Once a decision has been made on your claim, you will be notified of the decision. If it is determined that additional information is needed, we will reach out to request that information from you then.

If you have chosen to have your loans placed on forbearance or stop collection activity while your claim is reviewed, we will continue to notify your servicer to extend that status until your claim has been decided.

Sincerely,

U.S. Department of Education

Connect with us:

  

8

9    478.    On January 1st 2019, Dr. Abazari served a notice of termination of

10  contract directly to Navient.

11    479.    On the 21st of January 2019, Dr. Abazari served another notification of his

12  objections to Navient.

13

1    480.    On the 4th of February 2019, Dr. Abazari served another notification of

2    his objections to Navient.

3    481.    On the 19th of February 2019, Dr. Abazari served another notification of

4    his objections to Navient.

5    482.    On 8th of March 2019, Dr. Abazari served another notification of his

6    objections to Navient.

7    483.    RFUMS, DOE, and State of Illinois, have collectively engaged in, and are

8    engaging in, racial and ethnic profiling, selecting certain ethnic and racial groups of

9    podiatry students, such as Dr. Abazari, as an Iranian Muslim for desperate and dis-

10   favorable treatment:



11

12   484.    The APMA, has engaged in, and is engaging in, racial and ethnic

13   profiling, selecting certain ethnic and racial groups of podiatry students, such as Dr.

14   Abazari, as an Iranian Muslim, for desperate and dis-favorable treatment:

226

**Demographic Characteristics**

Table 2 shows that podiatric physicians in 2000 were predominantly male (approximately 74%) and non-Hispanic White (approximately 85%). Graduates of podiatric medical programs in the 1999-2000 academic year, however, showed greater diversity than the profession as a whole. There were slightly more women (30.4%) among graduates, and substantially more minorities. Only 69% of podiatry graduates in 1999-2000 were non-Hispanic White, while 16% were Asian or Pacific Islander and 7% were Black/African-American. Hispanics/Latinos, who made up 12.6% of the U.S. population in 2000, constituted only 3% of podiatry graduates in that year.

Table 2. Podiatric Physicians and Podiatry Graduates, Sex & Race/Ethnicity, U.S., 2000

| Demographic Category | Podiatric physicians 2000 | Podiatry Grads, '99-'00 | U.S. Pop, 2000 |
|---|---|---|---|
| Female | 26.0% | 30.4% | 51.2% |
| Non-Hispanic White | 85.0% | 68.7% | 69.4% |
| Black/ African-American | * | 6.9% | 11.8% |
| American Indian/ Alaska Native | * | 0.0% | 0.6% |
| Asian & Pacific Islander | * | 15.6% | 3.8% |
| Hispanic/ Latino | * | 3.0% | 12.6% |

1

2    485.    The APMA, RFUMS, DOE, and State of Illinois collectively engaged in,

3  and are engaging in, racial and ethnic profiling, selecting, and targeting of podiatry

4  students, such as Dr. Abazari, as an Iranian Muslim, for desperate and dis-favorable

5  treatment, where Dr. Abazari has passed both Boards Part 1 and Boards Part II, without

6  any failures, but was directly denied a federal guarantee of  "placement services for

7  program completers"; CIP Code 51.2101; "100% of graduates will be placed in a CPME

8  approved residency program," while lesser qualified students who are not Iranian

9  Muslims, and who have directly failed one or more national qualifying Board exams for

10  minimum competency, were permitted to participate in said benefits and services, to

11  which Dr. Abazari has been excluded:

227

III.&   National&Board&Scores&

| & | Pass& | Fail& | Total& |
|---|---|---|---|
| Part&&Class&of&2013)& | 86& | 18& | 104& |
| Part&Repeat&Examinees& | 13& | 5& | 18& |
| Part&I&Class&of&2012)& | ##& | #& | ##& |

&

486.    The DOE, APMA, RFUMS, and State of Illinois, with knowledge and intent use force or threat of force to interfere with, or attempt to interfere with, Dr. Abazari's acquiring of federal benefits of a program or activity receiving federal financial assistance, by deliberately withholding the guarantee of "100% of graduates will be placed in a CPME approved residency program" to render him directly defenseless and "[in]capable of servicing [his] student loan debt," and then further systematically use the Government authority to withhold Dr. Abazari's right of discharge at federal law, pursuant to 20 U.S.C. §1087e (h), in order obstruct Dr. Abazari's acquisition of lawful debt relief, thereby singling out Dr. Abazari as Iranian Muslim for desperate treatment of limitless debt obligations —now $110,174.09, above and beyond the debt limit of $162,660 provided to other students:



487.    The DOE, APMA, RFUMS, and State of Illinois, with knowledge and

intent use force or threat of force to interfere with, or attempt to interfere with, Dr.

Abazari's acquiring of federal benefits of a program or activity receiving federal financial

assistance, by deliberately withholding the guarantee of "placement services for program

completers", and CIP Code 51.2101, to render him directly defenseless and "[in]capable

of servicing [his] student loan debt," and then further systematically use the Government

authority to withhold Dr. Abazari's right of discharge at federal law, pursuant to 20

U.S.C. §1087e (h), in order obstruct Dr. Abazari's acquisition of lawful debt relief,

thereby singling out Dr. Abazari as Iranian Muslim for desperate treatment of limitless

debt obligations, despite numerous specification codified by statute under 20 USC

§1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20

USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant

to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7);

20 USC §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7):

Principal Balance 152,289.08 July 5, 2015; Outstanding Interest $16,160.71
Principal Balance 225,139.23 June 2, 2016; Unpaid Interest $2,540.93
Principal Balance 225,139.23 June 2, 2017; Unpaid Interest $17,524.86
Principal Balance 225,139.23 June 2, 2018; Unpaid Interest $32,554.30
Principal Balance 225,139.23 June 2, 2019; Unpaid Interest $47,694.86.

488.    With knowledge of race and ethnicity of students, the State of Illinois goes

out of its way to throw the governments force behind the denial of Dr. Abazari—an

Iranian Muslim—the federal benefit of "placement services for program completers", and

CIP Code 51.2101, by deliberately rendering Dr. Abazari defenseless and "[in]capable of

servicing [his] student loan debt," in the clear and present fact RFUMS admits that

1    "100% of graduates will be placed in a CPME approved residency program" and the

2    State goes on record in stating:

¶ 4        In 2003, RFUMS applied to the Illinois Board of Higher Education (IBHE) for permission to operate a program (Scholl College) offering the degree of "Doctor of Podiatric Medicine" (DPM). In its description of the proposed program, RFUMS included the statement that "[a]fter graduation Scholl College places its graduates in 24[-] and 36[-]month residency training programs." The application also stated that Scholl College expected to enroll about 90 students each year, for a total of 360 in the 4-year program. The IBHE approved the application for the DPM program.

3

4    489.    Navient acted with knowledge and intent to interfere with, or attempt to

5    interfere with, Dr. Abazari's seeking to use "U.S. Department of Education

6    (ED)...jurisdiction," so that he may enjoy or participate in a benefit of any program or

7    activity receiving federal financial assistance, in the "placement services for program

8    completers," and CIP Code 51.2101, for the period 2008-2014, where Navient sought on

9    or after February 22, 2019 to withhold and restrict access to financial records in

10   furtherance of an investigation to enforce federal rights:



NAVIENT Department of Education Loan Servicing

My Inbox | My Account

**Correspondence Summary**

**Documents We Sent to You** provides access to correspondence that contains non-public, personal information (NPI data) which was recently referenced in an email to you. These documents will be available online at this website for 12 months.

**Documents You Sent to Us** provides access to any correspondence you or your cosigner may have provided to Navient that does not contain non-public, personal information (NPI data) such as a Driver's License or Social Security card for someone other than yourself. You can view these documents online at this website for 7 days.

If you would like to retain a permanent copy of a document, it should be saved to your computer. The documents listed below are in Adobe Reader format. If you wish to view the correspondence and have not already installed Adobe Reader, please install it first. A free copy of Adobe Reader is available for download at http://get.adobe.com/reader/otherversions/. If you have any questions or if you would like us to mail you copies of any of these documents, please contact us at (800) 722-1300.

Documents We Sent to You | Documents You Sent to Us

| DATE | MAIL SUBJECT | CORRESPONDENCE | | | |
|---|---|---|---|---|---|
| 22-Feb-2019 | New document ready to view! | The Customer Advocate Unit received your inquiry | PDF | IMG | |
| 06-Feb-2019 | New document ready to view! | The Customer Advocate Unit received your inquiry | PDF | IMG | |
| 22-Jan-2019 | Change in Loan Terms | Change in Terms Letter | PDF | IMG | |
| 20-Jan-2019 | What you need to know about your repayment | Payment Schedule Options | PDF | IMG | HTML |
| 20-Jan-2019 | Change in Loan Terms | Change in Terms Letter | PDF | IMG | |
| 10-Jan-2019 | New document ready to view! | We?re researching your request | PDF | IMG | |
| 10-Jan-2019 | New document ready to view! | The Customer Advocate Unit received your inquiry | PDF | IMG | |
| 03-Dec-2018 | Your Interest Statement is Available | Your semi-annual interest statement | PDF | IMG | HTML |
| 02-Jun-2018 | Quarterly Interest Statement Available | Your quarterly forbearance statement is available | PDF | IMG | HTML |
| 03-Apr-2018 | Quarterly Interest Statement Available | Quarterly Interest Statement | PDF | IMG | HTML |
| 20-Mar-2018 | New document ready to view! | Administrative Forbearance Processed | PDF | IMG | |
| 03-Mar-2018 | Quarterly Interest Statement Available | Your quarterly forbearance statement is available | PDF | IMG | HTML |

Logout

About SSL Certificates

About Us | Terms of Use | Protecting Your Privacy | Social Media Policies | Contact Us
Accessibility | About Our Ads | Site Map

© 20192019 Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are the service marks of Navient Solutions, LLC.
Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

490. On a January 14, 2019 letter, Navient states that "[o]n March 19, 2018, we received a request to place your loans in the Borrower Defense to Repayment Forbearance while your claim was reviewed":



NAVIENT | Department of Education Loan Servicing

Office of the Customer Advocate
PO Box 9600
Wilkes-Barre, PA 18773-9600
Phone: 866-432-7939
Fax: 570-821-4550
Advocate@navient.com

January 14, 2019

Mr. Armin Abazari
14 National Pl
Irvine, CA 92602-0703

**RE: Your Student Loan Account #9687861285**

Dear Mr. Abazari:

Thank you for reaching out to the Office of the Customer Advocate with your concerns regarding your student loan account. We hope you find the following information helpful.

Navient Department of Education Loan Servicing currently services two Federal Stafford Loans, two Direct Graduate PLUS Loans and 11 Direct Stafford Loans for you.

Your federal student loans referenced in this letter are owned by the U.S. Department of Education. The terms of the federal student loan programs are not determined by Navient, they are established by federal law, in particular by the Higher Education Act of 1965, as amended, and U.S. Department of Education regulations. Among other things, the law and regulations set borrowing limits, interest rates, eligibility for subsidies, repayment plans, capitalization of interest, and loan forgiveness. As your loan servicer, Navient is required to administer your loans on behalf of the U.S. Department of Education in accordance with the law.

You also agreed to the terms of the loans when you signed the Promissory Notes (copies enclosed).

The U.S. Department of Education (ED) has created a process for borrowers who attended schools that may have violated the law to seek loan discharge based on Borrower Defense to Loan Repayment. On March 19, 2018, we received a request to place your loans in the Borrower Defense to Repayment Forbearance while your claim was reviewed. At that time, the loans were placed on hold from March 7, 2019 to March 8, 2019. If ED requires further time to review your application, they will send a new update to extend the Forbearance. Please understand that this program is not administered by Navient. You can call the ED's Defense to Repayment hotline at 855-279-6207 to verify the status of your claim.

491. Navient acts with knowledge and intent to interfere with, or attempts to interfere with, Dr. Abazari's seeking to use "U.S. Department of Education (ED)...jurisdiction," so that he may enjoy or participate in a benefit of any program or activity receiving federal financial assistance, in the "placement services for program completers," and CIP Code 51.2101, for the period 2008-2014, where Navient admits on "[o]n March 19, 2018, we received a request to place your loans in the Borrower Defense

1    to Repayment Forbearance while your claim was reviewed," while Navient and DOE

2    continue to aggressively bill Dr. Abazari interest:

3    Principal Balance 152,289.08 July 5, 2015; Outstanding Interest $16,160.71
4    Principal Balance 225,139.23 June 2, 2016; Unpaid Interest $2,540.93
5    Principal Balance 225,139.23 June 2, 2017; Unpaid Interest $17,524.86
6    Principal Balance 225,139.23 June 2, 2018; Unpaid Interest $32,554.30
7    Principal Balance 225,139.23 June 2, 2019; Unpaid Interest $47,694.86.
8
9        492.    DOE acts with knowledge and intent to interfere with, or attempts to

10   interfere with, Dr. Abazari's seeking to use "U.S. Department of Education

11   (ED)...jurisdiction" to acquire the enjoyment or participation in a benefit of any program

12   or activity receiving federal financial assistance, in the "placement services for program

13   completers," and CIP Code 51.2101, for the period 2008-2014, where Dr. Abazari files a

14   Boarrower's Defense application in November 12, 2015, but the DOE waits until "March

15   19, 2018....to place [Dr. Abazari's] loans in the Borrower Defense to Repayment

16   Forbearance," while Navient and DOE continue to aggressively bill Dr. Abazari interest,

17   despite mandates set forth or in accordance with 20 USC §1094(a)(1); 20 USC

18   §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20 USC §1092(a)(1)(M),

19   pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant to 20 USC

20   §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7); 20 USC

21   §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7):

22   Principal Balance 152,289.08 July 5, 2015; Outstanding Interest $16,160.71
23   Principal Balance 225,139.23 June 2, 2016; Unpaid Interest $2,540.93
24   Principal Balance 225,139.23 June 2, 2017; Unpaid Interest $17,524.86
25   Principal Balance 225,139.23 June 2, 2018; Unpaid Interest $32,554.30
26   Principal Balance 225,139.23 June 2, 2019; Unpaid Interest $47,694.86.
27
28       493.    The State of Illinois acts with knowledge and intent to interfere with, or

29   attempts to interfere with, Dr. Abazari's seeking to enforce the allowance of enjoyment

1    or participation in a benefit of any program or activity receiving federal financial

2    assistance, in the "placement services for program completers," and CIP Code 51.2101,

3    for the period 2008-2014, where it admits that "Scholl College places its graduates in 24

4    month and 36 month residency training programs":



FINCH UNIVERSITY/THE CHICAGO MEDICAL SCHOOL - DR. WILLIAM M. SCHOLL
COLLEGE OF PODIATRIC MEDICINE

On-Campus

- Doctorate of Podiatric Medicine
- Bachelor of Science in Biological Sciences

The Herman M. Finch University of Health Sciences/The Chicago Medical School (FUHS/CMS) has entered into an agreement with the Dr. William M. Scholl College of Podiatric Medicine involving the transfer of assets of Scholl College to FUHS/CMS as well as the physical move of Scholl College from facilities at 1001 N. Dearborn St., Chicago, Illinois to FUHS/CMS's campus located in North Chicago. The acquisition of Scholl College's assets and the facilities relocation to North Chicago with FUHS/CMS places Scholl College as the fourth college within the FUHS/CMS system.

Finch University, through the newly acquired Scholl College, will request degree authorization to grant the Doctor of Podiatric Medicine (D.P.M.) and the Bachelor of Science (B.S.) in Biological Science to students interested in entering the profession of podiatric medicine. The programs attract professional students ranging in age from 21 to the 40's from the majority of states and representatives from many ethnic and all racial groups. Curricula for the programs will remain the same as previously offered by Scholl College.

Students who are enrolled present evidence of strong preparation for professional studies. Each year approximately 80% of the students admitted possess a baccalaureate or advanced degree. In each case a candidate must complete 90 semester credit hours (135 quarter hours) of course work at an accredited college or university prior to enrollment. Candidates are required to complete the Medical College Admission Test (MCAT) prior to admission.

Scholl College expects to matriculate 90 students per year for a total enrollment of approximately 360 students. Students complete a curriculum comprised of basic science, clinical science and clerkship training. After graduation Scholl College places its graduates in 24 and 36 month residency training programs located throughout the United States. Upon completion of training, podiatric physicians prepare for state professional licensure examinations as well as board certification examinations. Scholl College has trained approximately one-third of the practicing podiatrists in the United States.

The D.P.M. program is accredited by the Council on Podiatric Medical Education of the American Podiatric Medical Association and approved by the United States Department of Education. FUHS/CMS is accredited by the Higher Learning Commission and is a member of the North Central Association of Colleges and Schools.

Persons interested in obtaining further information about this notice should contact: Margot Surridge, 3333 Green Bay Road, Chicago, Illinois, Tele. (847) 578-8594.



5

6         494.    RFUMS acts with knowledge and intent to interfere with, or attempts to

7    interfere with, Dr. Abazari's enjoyment or participation in a benefit of any program or

8    activity receiving federal financial assistance, in the "placement services for program

9    completers," and CIP Code 51.2101, for the period 2008-2014, where it employs the

10   assistance of Student Officers to lull students such as Dr. Abazari into a false sense of

1    security by directing them to "TRUST THE SYSTEM, TRUST YOUR FACULTY"

2    (capital letters emphasizing screaming) and "[faculty] will not mislead us" ("mislead"

3    emphasizing use of legal term of art "mislead") and "when someone tell you to do

4    something, simply do it":

From: **Class Officers SCPM 2013** <co-scpm2013@rfums.org>
Date: Wed. Sep 29, 2010 at 9:37 AM
Subject: CLASS UPDATES
To: SCPM2013 <SCPM2013@rosalindfranklin.edu>

Hello Everyone:

   Attached to this email is a group of updates regarding the issues that were brought up in the last class meeting. Please read it and if you have any questions, please feel free to contact me.

Have a wonderful day!

Brian

1 File    16.7kB
   Letter to the Class.docx
   17kB

5

     a.   There was one comment that was mentioned in each of the meetings that I
         attended over the past week; TRUST THE SYSTEM, TRUST YOUR
         FACULTY. This school has been around longer than any of us have been
         alive and is now the leading school for podiatric medical education. They
         must be doing something right, and we need to trust that they are doing
         everything in order to make us the best physicians that we can be. There
         will be challenges and they will make us work for it, but they will not
         mislead us or deny us of any information that is essential to our education.
         Therefore, when someone tells you to do something, simply do it,

6         knowing that in some way, it will make you a better doctor.

7     495.    RFUMS acts with knowledge and intent to interfere with, or attempts to

8    interfere with, Dr. Abazari's seeking to enforce the allowance of enjoyment or

9    participation in a benefit of any program or activity receiving federal financial assistance,

10    in the "placement services for program completers," and CIP Code 51.2101, for the

11    period 2008-2014, Defendant RFUMS admits to providing to "placement services for

12    program completers," from 2008-2012, through 16 of its faculty members, on at least 6

13    separate occasions, where it expressly states "100% of graduates will be placed in a

14    CPME approved residency program."

1      496.    In clear and present fact Dr. Abazari has not been provided "placement

2    services for program completers," and CIP Code 51.2101, and a formal complaint filed in

3    State court on November of 2013, the State of Illinois uses force or threat of force to

4    interfere with or attempt to interfere with Dr. Abazari's acquiring of said benefit of any

5    program or activity receiving federal financial assistance, as provided for by RFUMS, as

6    a "placement services for program completers," and CIP Code 51.2101, by placing

7    multiple judges with ties to RFUMS ,on a case involving claims against RFUMS, so the

8    they can alter State decisions to the benefit of RFUMS, despites mandates set forth or in

9    accordance with 20 USC §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E);

10   20 U.S.C. §1087e (h); 20 USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20

11   USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii),

12   pursuant to 20 USC §1094(a)(7); 20 USC §1094(a)(21); 20 USC §1092(a)(1)(R),

13   pursuant to 20 USC §1094(a)(7).

14      497.    The State of Illinois, acts with knowledge and intent to interfere with, or

15   attempts to interfere with, Dr. Abazari's seeking to enforce the allowance of enjoyment

16   or participation in a benefit of any program or activity receiving federal financial

17   assistance, in the "placement services for program completers," and CIP Code 51.2101,

18   for the period 2008-2014, where it admits, but never provides, "[i]n its description of the

19   proposed program, RFUMS included the statement that '[a]fter graduation Scholl College

20   places its graduates in 24[-] and 36[-]month residency training programs.'" Abazari v

21   Rosalind Franklin University of Medicine & Science 2015 IL App (2d) 140952, ¶4:

¶ 4          In 2003, RFUMS applied to the Illinois Board of Higher Education (IBHE) for permission
to operate a program (Scholl College) offering the degree of "Doctor of Podiatric Medicine"
(DPM). In its description of the proposed program, RFUMS included the statement that
"[a]fter graduation Scholl College places its graduates in 24[-] and 36[-]month residency
training programs." The application also stated that Scholl College expected to enroll about 90
students each year, for a total of 360 in the 4-year program. The IBHE approved the application
for the DPM program.

498.     The State of Illinois with knowledge and intent to interfere with, or

attempts to interfere with, Dr. Abazari's enjoyment or participation in a benefit of any

program or activity receiving federal financial assistance, in the "placement services for

program completers," and CIP Code 51.2101, for the period 2008-2014, where State

Judge Birkett is empowered with the ability to make statements in Abazari v Rosalind

Franklin University of Medicine & Science 2015 IL App (2d) 140952, ¶67, and

a)  he was "listed as a potential witness or whose name may be mentioned in the

Rezko trial"—a criminal trial involving RFUMS Board of Trustee

Members—and allowing him to sit on an appeal against the same Defendant

RFUMS;

b)  he had received $15,000 in contribution indirectly and $11,000 directly from a

Board of Trustee previously;

c)  RFUMS admits from 2008-2012, through 16 of its faculty members, on at

least 6 separate occasions, that it provides the express garuntee that a "100%

of graduates will be placed in a CPME approved residency program";

d)  in the ordinary course of business provided funding to the residencies at

Columbia Kingwood Medical Center, 7 DVAMC hospitals, Lakeview

Hospital, Northern Virginia Podiatric Residency Program, Riverside

Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of

1     Baltimore, St. Mary of Nazareth Hospital Center, Vancouver Hospital, and

2     Western Pennsylvania Hospital; and

3   e) in the ordinary course of business acquired accreditation specifically for

4     "Podiatric Medicine and Surgical Residency" in addition to and separate from

5     their Doctor of Podiatric Medicine accreditation.

6   499.  The State of Illinois with knowledge and intent to interfere with, or

7 attempts to interfere with, Dr. Abazari's enjoyment or participation in a benefit of any

8 program or activity receiving federal financial assistance, in the "placement services for

9 program completers," and CIP Code 51.2101, for the period 2008-2014, where State

10 empowers Judge Winters to participate in a scheme and plan to "recommend that we try

11 the case...before Judge Winter, not a jury," where

12   a) Dr. Abazari had expressly "demand[ed] a trial by jury on all triable issues" in

13     the prior filed pleading; and

14   b) Judge Winter's served as Treasurer of an entity that partners with RFUMS, at

15     a time concurrent with her presiding over claims against RFUMS.

16   500.  The State of Illinois with knowledge and intent to interfere with, or

17 attempts to interfere with, Dr. Abazari's enjoyment or participation in a benefit of any

18 program or activity receiving federal financial assistance, in the "placement services for

19 program completers," and CIP Code 51.2101, for the period 2008-2014, where the State

20 of Illinois places Judge Birkett and Judge Winters, judges with ties to RFUMS, at two

21 different stages of the litigation process, for the purpose of fix the proceedings to deny

22 Dr. Abazari his benefits, despite mandates set forth or in accordance with 20 USC

23 §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20

1    USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant

2    to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7);

3    20 USC §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

4          501.    As represented by a screenshot of NorthPointe's website, NorthPointe

5    Resources admits that it "partner[s] with Roslaind Franklin University" in a joint venture

6    to provide formal education to RFUMS's psychological doctoral students in the form of

7    "experience working with I/DD":



8



We partnered with The University of Illinois Rehabilitation Research and Training Center on Developmental Disability and Health (RRTCDD) to develop and launch a nationwide health initiative (HealthMatters) designed to teach and assist agencies in developing wellness initiatives within their organizations and communities.

LEARN MORE

Franklin University to provide psychology doctoral students an opportunity to gain experience working with persons with I/DD so they may better understand and serve the needs of a diverse population.

LEARN MORE

Program to provide horticulture classes. Program participants spend spring, summer, and fall learning about gardening— planting and caring for flowers and vegetables in the Killian Center garden. The vegetables that are grown are harvested and distributed to the CILA homes throughout late summer and fall.

LEARN MORE

1

2      502.    As reported by Northpointe Resources, in a 2013 publication, during a

3   time Judge Diane Winter was performing active judiciary services on a complaint filed

4   on or around November 12, 2013, for Dr. Abazari's complaint, against RFUMS, Judge

5   Diane Winter knowingly and willingly served as Treasurer of NorthPointe Resources,

6   that "partner[s] with Roslaind Franklin University," in a joint venture to provide formal

7   education to RFUMS students:



1

2      503.    As reported by Northpointe Resources, in its 2014 publication, the

3   relationship remained in effect and active up until and through 2014:



4

1      504.    Dr. Abazari made a formal express demand request for a jury trial, against

2    RFUMS, on a filed complaint, for educational infringements, in the State of Illinois, on

3    November 12, 2013:

4         "53. Plaintiff demands a trial by jury on all triable issues." (Bates Stamp

5    C:00019).

6      505.    In the clear and present fact Dr. Abazari made said jury trial request for a

7    jury trial, on a complaint filed on November 12, 2013, the State of Illinois, knowingly

8    and willingly, by and through its agent, Judge Winters, subverted and hampered Dr.

9    Abazari's right in the use of his attorney's professional services and right to jury trial, by

10   scheming and planning with Mr. Jesser, then Dr. Abazari's so called "attorney," to

11   dismiss Dr. Abazari's claims through "recommend[ing] that we try the case...before

12   Judge Winter, not a jury":

I recommend that we try the case, if not settled, before Judge Winter, not a jury. Jurries, before whom I have often appeared, can be prejudiced, and unsympathetic to a DPM who received a doctoral degree but whose school did not enable him to procure a residency.

With a judge, I start-off with an intelligent "trier of fact."
With a jury, I have to educate them to everything, and that is an unnecessary burden where I have a professional plaintiff like you, suing a professional school like RFU.
I would have a harder "sell" with a jury than a judge like Judge Winter.

Juries are often composed of lower-income citizens whose day-to-day financial struggles make them, again, unsympathetic to doctorates.
13   It is my professional opinion that Judge Winter, without a jury, can provide as fair and likely fairer verdict in this case, than a jury.

14     506.    The State of Illinois believed that there was a high likelihood that State of

15   Illinois was interfering with, or attempting to interfere, Dr. Abazari's enjoyment or

16   participation in a benefit of any program or activity receiving federal financial assistance,

17   in the "placement services for program completers," and CIP Code 51.2101, for the

18   period 2008-2014, where Dr. Abazari's so called "attorney," "recommend[s] that we try

19   the case...before Judge Winter, not a jury," despite the very fact Dr. Abazari "demands a

20   trial by jury on all triable issues" (Bates Stamp C:00019) on a prior formal pleading, and

21   Judge Winder was simultaneously serving as a Treasurer of NorthPointe Resources, that

1    "partner[s] with Roslaind Franklin University," in a joint venture to provide formal

2    education to RFUMS students.

3         507.    The State of Illinois took steps to avoid the truth by allowing Judge Diane

4    Winter to "try the case...before Judge Winter, not a jury," despite the very fact Dr.

5    Abazari "demands a trial by jury on all triable issues" (Bates Stamp C:00019) on a prior

6    formal pleading, and Judge Winter was simultaneously serving as a Treasurer of

7    NorthPointe Resources, that "partner[s] with Roslaind Franklin University," in a joint

8    venture to provide formal education to RFUMS students.

9         508.    The "recommend[ing] that we try the case...before Judge Winter, not a

10   jury," where Dr. Abazari had expressly "demand[ed] a trial by jury on all triable issues"

11   on judicial record and Judge Winter's position as a Treasurer of an entity that partners

12   with RFUMS, at a time concurrent with her presiding over claims against RFUMS,

13   constituted a red flag to the State of Illinois and RFUMS regarding the legitimacy of

14   Judge Diane Winter's involvement in claims against RFUMS.

15        509.    As represented by a screen shot of RFUMS's 2003 financial 990 form, the

16   State of Illinois was on Notice that Stuart Levine and Robert Weinstein were on the

17   RFUMS's Board of Trustees:

18

Rosalind Franklin University of Medicine and Science                          EIN:  36-2181973
Form 990                                                                      SCHEDULE V
Fiscal Year Ended June 30, 2004

Part V. List of Officers, Directors, and Trustees

| Name and Address | Title and Time Devoted to Position | Compensation | Contributions to Employee Benefit Plans | Expense Account and Other Allowances |
|---|---|---|---|---|
| Stuart P. Levine 3333 Green Bay Road North Chicago, IL 60064 | Chairman of the Board of Trustees Voluntary | | | |
| Robert Weinstein 3333 Green Bay Road North Chicago, IL 60064 | Secretary/Treasurer of Trustees Voluntary | | | |
| K. Michael Welch 3333 Green Bay Road North Chicago, IL 60064 | President and Chief Executive Officer Full-time | 527,083 | 185,458 | 43,580 |
| Marshall A. Falk 3333 Green Bay Road North Chicago, IL 60064 | Chancellor Voluntary | 23,754 | 302 | None |
| Nancy Garn 3333 Green Bay Road North Chicago, IL 60064 | Executive Vice President Full-Time | 265,051 | 40,043 | None |
| Margot Surridge 3333 Green Bay Road North Chicago, IL 60064 | Vice President for Finance and Administration Full-Time | 220,167 | 54,177 | None |
| Michael Sarras 3333 Green Bay Road North Chicago, IL 60064 | Vice President for Research and Dean, Graduate School Full-Time | 227,404 | 51,778 | None |
| Nabih Ramadan 3333 Green Bay Road North Chicago, IL 60064 | Vice President for Clinical and External Affairs Full-Time | 263,337 | 51,025 | None |
| Timothy Hansen 3333 Green Bay Road North Chicago, IL 60064 | Vice President for Faculty and Educational Affairs Full-Time | 224,919 | 44,042 | None |
| Terence Albright 3333 Green Bay Road North Chicago, IL 60064 | Dean, Dr. William M. Scholl College of Podiatric Medicine Full-Time | 207,000 | 42,583 | None |
| Wendy Rheault 3333 Green Bay Road North Chicago, IL 60064 | Dean, College of Health Professions Full-Time | 168,987 | 32,928 | None |
| Anthony W Gargiulo 3333 Green Bay Road North Chicago, IL 60064 | Director, Voluntary | | | |
| Jacob Kiferbaum 3333 Green Bay Road North Chicago, IL 60064 | Director, Voluntary | | | |

Page 1

510.   As noted from a screen shot from public record of the Illinois Sunshine, the State of Illinois was on Notice that RFUMS's Stuart Levine, paid 10,000 on December 29, 2001 for Judge Joe Birkett to get elected:

| Stuart Levine | Citizens to Elect Joe Birkett (/committees/11419/) | $10,000.00 (/contributions/809216/) | Dec 29, 2001 |

< 1 ... 5 6 7 ... 13 >

511.   As noted from a screen shot from public record of the Illinois Sunshine, the State of Illinois was on Notice that RFUMS's Stuart Levine, paid 1,000 on June 22, 2002 for Judge Joe Birkett to get elected:

| Stuart Levine | Citizens to Elect Joe Birkett (/committees/11419/) | $1,000.00 (/contributions/907748/) | Jun 22, 2002 |

512.   In a public published article on March 23, 2008, by the Republican News Watch, the State of Illinois was on Notice that Judge Joe Birkett's was involved in a criminal trial involving RFUMS Board of Trustee Members, "listed as a potential witness or whose name may be mentioned in the Rezko trial":

**Joe Birkett**

Birkett is currently DuPage County State's Attorney and former Republican candidate for Lt. Governor. Birkett is among those listed as a potential witness or whose name may be mentioned in the Rezko trial. During his failed race for Illinois Attorney General in 2002, Birkett received a $15,000 contribution from John Parisot, a friend of Levine and witness in the Rezko fraud trial. Birkett also received $11,100 directly from Levine.

513.   The State of Illinois believed that there was a high likelihood that State of Illinois was interfering with, or attempting to interfere with, Dr. Abazari's enjoyment or participation in a benefit of any program or activity receiving federal financial assistance, in the "placement services for program completers," and CIP Code 51.2101, for the period 2008-2014, where Judge served as Appellate Judge on Dr. Abazari's claims, despite the fact that Judge Joe Birkett had received $15,000 in contribution indirectly and $11,000 directly from Levine,—then RFUMS Board of Trustee—had been "listed as a potential witness or whose name may be mentioned in the Rezko trial"—a criminal trial

245

1    involving RFUMS Board of Trustee Members—and presiding over a case on appeal

2    involving the same Defendant RFUMS.

3         514.    The State of Illinois took steps to avoid the truth by allowing Judge Diane

4    Winter to allow Judge Joe Birkett to sit on Appeals, despite the fact that Judge Joe Birkett

5    had received $15,000 in contribution indirectly and $11,000 directly from Levine—then

6    RFUMS Board of Trustee—had been "listed as a potential witness or whose name may

7    be mentioned in the Rezko trial"—a criminal trial involving RFUMS Board of Trustee

8    Members—and was presiding over a case on appeal involving the same Defendant

9    RFUMS.

10        515.    The placement of a State Judge Birkett on the bench for Dr. Abazari's

11   claims against RFUMS, where Judge Joe Birkett had received $15,000 in contribution

12   indirectly and $11,000 directly from Levine—then RFUMS Board of Trustee—had been

13   "listed as a potential witness or whose name may be mentioned in the Rezko trial"—a

14   criminal trial involving RFUMS Board of Trustee Members—and was presiding over a

15   case on appeal involving the same Defendant RFUMS, constituted a red flag to the State

16   of Illinois and RFUMS regarding the legitimacy of Judge Joe Birkett's involvement in

17   claims against RFUMS.

18        516.    RFUMS admits from 2008-2012, through 16 of its faculty members, on at

19   least 6 separate occasions, the express statement "100% of graduates will be placed in a

20   CPME approved residency program":

**Programmatic Outcomes**

| | |
|---|---|
| #1 | Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations. |
| #2 | Graduates will pass the Clinical Competency Exam |
| #3 | 100% of graduates will be placed in a CPME approved residency program. |
| #4 | The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training. |
| #5 | The College will graduate at least 90% of matriculated students. |

1

2        517.    The APMA, the American Podiatric Medical Association, podiatry experts

3    on the subject, expressly admit that that "enough slots for students who are graduating

4    from schools of podiatric medicine" has been achieved, which resolved a "availability of

5    podiatric residencies":

> **Q. Is the availability of podiatric residencies an issue?**
> **A.** There are currently enough slots for students who are graduating from schools of podiatric medicine. There are fewer applicants to the colleges, which may be reflected later on. Surpluses in residency positions may exist in the future as fewer students attend the colleges. (See "In the News," p. 14).

6

7        518.    The State of Illinois knowingly and willingly makes statements in Abazari

8    v Rosalind Franklin University of Medicine & Science 2015 IL App (2d) 140952, ¶67 to

9    interfering with, or attempts to interfere with, Dr. Abazari's enjoyment or participation in

10    a benefit of any program or activity receiving federal financial assistance, in the

11    "placement services for program completers," and CIP Code 51.2101, for the period

12    2008-2014, where the State of Illinois holds Dr. Abazari up to public obloquy, to

13    intimidate him and other students from pursuing their benefits, pursuant to Abazari v

14    Rosalind Franklin University of Medicine & Science 2015 IL App (2d) 140952, ¶67:

247

¶ 67          I would also comment on the policy aspects of today's decision. When do causes of action like this end? Plaintiff essentially claims that defendants' podiatry school had a duty to admit only enough students to fill the residencies available upon graduation. This is a practical impossibility. In fact, many professions–law, medicine, architecture, etc.–rely on the cream rising to the top. Factors such as the applicant's experience, attitude, motivation, judgment, integrity, class rank, and grade point average play an essential role in securing postgraduate placement. There is no way to predict those students who will make it. The inability of educational institutions to guarantee academic success (and, *a fortiori*, placement in residencies) was the reason the United States Court of Appeals for the Seventh Circuit held that, if presented with the issue, our supreme court would hold that Illinois does not recognize the tort of educational malpractice or negligent admission. See *Ross v. Creighton University*, 957 F.2d 410, 415-16 (7th Cir. 1991). Subsequently, in *Waugh v. Morgan Stanley & Co.*, 2012 IL App (1st) 102653, ¶¶ 40, 42, the First District Appellate Court adopted *Ross*'s reasoning and held that the tort of educational malpractice is not cognizable in Illinois. The reasoning of both courts was that academic success cannot be scientifically predicted, subject as it is to intangible factors such as the student's attitude, motivation, temperament, experience, and home environment. *Id.* ¶ 37; *Ross*, 957 F.2d at 414. It would be equally poor policy to hold defendants accountable for plaintiff's failure to obtain a residency, which depends not only on academic success (which itself is not subject to scientific prediction) but on other factors tangible and intangible. Thus, even if there had been no residency shortage, defendants could not have guaranteed plaintiff a residency. Notably, plaintiff's complaint l s u ms hing about his performance in the podiatry program other than the vague allegation that he received "adequate t e excellent 'grades' i h coursework."

1

2          519.    The State of Illinois knowingly and willingly interfers with, or attempts to

3     interfere with, Dr. Abazari's enjoyment or participation in a benefit of any program or

4     activity receiving federal financial assistance, in the "placement services for program

5     completers," and CIP Code 51.2101, for the period 2008-2014, by further holding Dr.

6     Abazari up to public obloquy to intimidate him and other students from seeking said

7     benefits, pursuant to Abazari v Rosalind Franklin University of Medicine & Science 2015

8     IL App (2d) 140952, ¶67, where

9          a)          RFUMS admits from 2008-2012, through 16 of its faculty members, on

10                        at least 6 separate occasions, that it provides the express guarantee that

11                        a "100% of graduates will be placed in a CPME approved residency

12                        program;"

13          b)          provided funding to the residencies at Columbia Kingwood Medical

14                        Center, 7 DVAMC hospitals, Lakeview Hospital, Northern Virginia

248

1              Podiatric Residency Program, Riverside Osteopathic Hospital, Scholl

2              College of Podiatric Medicine, Sinai Hospital of Baltimore, St. Mary of

3              Nazareth Hospital Center, Vancouver Hospital, and Western

4              Pennsylvania Hospital;

5        c)    acquired accreditation specifically for "Podiatric Medicine and Surgical

6              Residency" in addition to and separate from their Doctor of Podiatric

7              Medicine accreditation;

8        d)    APMA, the American Podiatric Medical Association, podiatry experts

9              on the subject, expressly admit that "enough slots for students who are

10             graduating from schools of podiatric medicine" has been achieved,

11             which had resolved an "availability of podiatric residencies."

12       520.  The placement of a State Judge Birkett and empowering him to make

13   statements in Abazari v Rosalind Franklin University of Medicine & Science 2015 IL

14   App (2d) 140952, ¶67, where

15       a)    he was "listed as a potential witness or whose name may be mentioned in the

16             Rezko trial"—a criminal trial involving RFUMS Board of Trustee

17             Members—and allowing him to sit on an appeal against the same Defendant

18             RFUMS;

19       b)    he had received $15,000 in contribution indirectly and $11,000 directly from a

20             Board of Trustee previously;

21       c)    RFUMS admits from 2008-2012, through 16 of its faculty members, on at

22             least 6 separate occasions, that it provides the express garuntee that a "100%

23             of graduates will be placed in a CPME approved residency program";

1    d) in the ordinary course of business provided funding to the residencies at

2      Columbia Kingwood Medical Center, 7 DVAMC hospitals, Lakeview

3      Hospital, Northern Virginia Podiatric Residency Program, Riverside

4      Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of

5      Baltimore, St. Mary of Nazareth Hospital Center, Vancouver Hospital, and

6      Western Pennsylvania Hospital;

7    e) in the ordinary course of business acquired accreditation specifically for

8      "Podiatric Medicine and Surgical Residency" in addition to and separate from

9      their Doctor of Podiatric Medicine accreditation; and

10    f) APMA, the American Podiatric Medical Association, podiatry experts on the

11      subject, expressly admit that "enough slots for students who are graduating

12      from schools of podiatric medicine" has been achieved, which had resolved an

13      "availability of podiatric residencies";

14 constituted a red flag to the State of Illinois and RFUMS regarding the legitimacy of

15 Judge Joe Birkett's involvement in claims against RFUMS.

16    521.  The State of Illinois knowingly and willingly interferes with, or attempts

17 to interfere with, Dr. Abazari's enjoyment or participation in a benefit of any program or

18 activity receiving federal financial assistance, in the "placement services for program

19 completers," and CIP Code 51.2101, for the period 2008-2014, by directly waiting to

20 change the State of Illinois's narrative

21      —from—

22