

.ıll AT&T 4G          4:47 PM          72% ▭

william    ibhe.org/Aca...03_Finch.pdf    ✕

**FINCH UNIVERSITY/THE CHICAGO MEDICAL SCHOOL - DR. WILLIAM M. SCHOLL COLLEGE OF PODIATRIC MEDICINE**

On Campus
- Doctorate of Podiatric Medicine
- Bachelor of Science in Biological Sciences

The Herman M. Finch University of Health Sciences/The Chicago Medical School (FUHS/CMS) has entered into an agreement with the Dr. William M. Scholl College of Podiatric Medicine involving the transfer of assets of Scholl College to FUHS/CMS as well as the physical move of Scholl College from facilities at 1001 N. Dearborn St., Chicago, Illinois to FUHS/CMS's campus located in North Chicago. The acquisition of Scholl College's assets and the facilities relocation to North Chicago with FUHS/CMS places Scholl College as the fourth college within the FUHS/CMS system.

Finch University, through the newly acquired Scholl College, will request degree authorization to grant the Doctor of Podiatric Medicine (D.P.M.) and the Bachelor of Science (B.S.) in Biological Science to students interested in entering the profession of podiatric medicine. The programs attract professional students ranging in age from 21 to the 40's from the majority of states and representatives from many ethnic and all racial groups. Curricula for the programs will remain the same as previously offered by Scholl College.

Students who are enrolled present evidence of strong preparation for professional studies. Each year approximately 30% of the students admitted possess a baccalaureate or advanced degree. In each case a candidate must complete 90 semester credit hours (135 quarter hours) of course work at an accredited college or university prior to enrollment. Candidates are required to complete the Medical College Admission Test (MCAT) prior to admission.

Scholl College expects to matriculate 90 students per year for a total enrollment of approximately 360 students. Students complete a curriculum comprised of basic science, clinical science and clerkship training. After graduation Scholl College places its graduates in 24 and 36 month residency training programs located throughout the United States. Upon completion of training, podiatric physicians prepare for state professional licensure examinations as well as board certification examinations. Scholl College has trained approximately one-third of the practicing podiatrists in the United States.

The D.P.M. program is accredited by the Council on Podiatric Medical Education of the American Podiatric Medical Association and approved by the United States Department of Education. FUHS/CMS is accredited by The Higher Learning Commission and is a member of the North Central Association of Colleges and Schools.

Persons interested in obtaining further information about this notice should contact: Margot Surridge, 3333 Green Bay Road, Chicago, Illinois. Tele. (847) 578-8594.

1 ← ↻ ⇫ ≡🔍

2                    —to—

¶ 67        I would also comment on the policy aspects of today's decision. When do causes of action like this end? Plaintiff essentially claims that defendants' podiatry school had a duty to admit only enough students to fill the residencies available upon graduation. This is a practical impossibility. In fact, many professions–law, medicine, architecture, etc.–rely on the cream rising to the top. Factors such as the applicant's experience, attitude, motivation, judgment, integrity, class rank, and grade point average play an essential role in securing postgraduate placement. There is no way to predict those students who will make it. The inability of educational institutions to guarantee academic success (and, *a fortiori*, placement in residencies) was the reason the United States Court of Appeals for the Seventh Circuit held that, if presented with the issue, our supreme court would hold that Illinois does not recognize the tort of educational malpractice or negligent admission. See *Ross v. Creighton University*, 957 F.2d 410, 415-16 (7th Cir. 1991). Subsequently, in *Waugh v. Morgan Stanley & Co.*, 2012 IL App (1st) 102653, ¶¶ 40, 42, the First District Appellate Court adopted *Ross*'s reasoning and held that the tort of educational malpractice is not cognizable in Illinois. The reasoning of both courts was that academic success cannot be scientifically predicted, subject as it is to intangible factors such as the student's attitude, motivation, temperament, experience, and home environment. *Id.* ¶ 37; *Ross*, 957 F.2d at 414. It would be equally poor policy to hold defendants accountable for plaintiff's failure to obtain a residency, which depends not only on academic success (which itself is not subject to scientific prediction) but on other factors tangible and intangible. Thus, even if there had been no residency shortage, defendants could not have guaranteed plaintiff a residency. Notably, plaintiff's complaint does not say anything about his performance in the podiatry program other than the vague allegation that he received "adequate to excellent 'grades' in his coursework."

3

4   once RFUMS had fully acquired tuition in the amount of 200,000 in federal financial

5   assistance.

1    522.    In every possible manner herein alleged, the DOE, Navient, RFUMS, and

2    State of Illinois sought to capitalize on Dr. Abazari's weakened physical condition, in

3    calculated and coordinated attacks, to increase physiological harm, and to overpower Dr.

4    Abazari objections, using force and inducing emotional submission—through a

5    psychological state of learned helplessness:



6

7    (Left—On or around February 7, 2016)   (Right—On or around November 14-2010)

8    **CAUSE OF ACTION 13:**

9    **(CONSPIRACY AGAINST RIGHTS 18 U.S.C. §241 and 42 U.S.C. §1985(3))**

10    523.    Dr. Abazari repeats and realleges each and every allegation contained in

11    paragraphs 1 through 522 as if fully set forth herein.

12    524.    Dr. Abazari's has a right or privilege to a benefit, within a program or

13    activity receiving federal financial assistance, in the "placement services for program

14    completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan discharge.

15    525.    As noted by a screen shot of billing records from 2009, issued by the

16    RFUMS, RFUMS admits that Dr. Abazari has been participating in a program or activity

17    receiving federal financial assistance through distributions of Federal Stafford

18    Subsidized, Federal Stafford Unsubsidized, and Federal Grad Plus loans, to fund Dr.

19    Abazari's Podiatry Education:



Armin Abazari:
0463381

**PLEASE READ CAREFULLY**

This notice is to inform you that a financial aid award has been disbursed on 11/04/09 to your University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over for living expenses, you will not receive your overpayment until after the period (term) started that the aid was disbursed for. For example, if the aid was disbursed was for the Fall 2008 term, the overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this email is generated from the Business Office*.  Contact the Financial Aid Office at 847-578-3217 with any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Unsub Stafford | $10,667.00 | $10596.99 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the "Disbursement to Account" amount is the Gross Amount less any origination and default fees set by your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may have a significant impact on you. They are:
- Financial Aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term charges in excess of $200.00

Please make arrangements to have these items paid if you have incurred them.

Sincerely,

1

Armin Abazari:
0463381

**PLEASE READ CAREFULLY**

This notice is to inform you that a financial aid award has been disbursed on 11/04/09 to your University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over for living expenses, you will not receive your overpayment until after the period (term) started that the aid was disbursed for. For example, if the aid was disbursed was for the Fall 2008 term, the overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this email is generated from the Business Office*.  Contact the Financial Aid Office at 847-578-3217 with any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Sub Stafford | $2,833.00 | $2790.50 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the "Disbursement to Account" amount is the Gross Amount less any origination and default fees set by your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may have a significant impact on you. They are:
- Financial Aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term charges in excess of $200.00

Please make arrangements to have these items paid if you have incurred them.

Sincerely,

2

From: **Tytus, Christie** <christie.tytus@rosalindfranklin.edu>
Subject: Disbursement Notification 11.04.09
Date: November 5, 2009 at 9:08 AM
To: Abazari, Armin <Armin.Abazari@my.rfums.org>

Armin Abazari:
0463381

**PLEASE READ CAREFULLY**

This notice is to inform you that a financial aid award has been disbursed on 11/04/09 to your University Student Account where your tuition and fees are charged.

If the tuition and fees due are paid in full by this disbursement leaving additional financial aid left over for living expenses, you will not receive your overpayments until after the period (term) started that the aid was disbursed for. For example, if the aid was disbursed was for the Fall 2008 term, the overpayment will not be released until after the Fall 2008 term started.

If you have questions regarding your Financial Aid Package, *please do not reply to this email as this email is generated from the Business Office*. Contact the Financial Aid Office at 847-578-3217 with any questions or requests you may have.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2009 Winter Term | Grad PLUS | $1,168.00 | $1121.28 |

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting the Financial Aid Office at 847-578-3217.

Please note that the "Gross Amount" is the loan amount you obtained from your lender and the "Disbursement to Account" amount is the Gross Amount less any origination and default fees set by your lender.

We would like to remind you of the new regulations passed by the Department of Education. They may have a significant impact on you. They are:
- Financial Aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term charges in excess of $200.00
Please make arrangements to have these items paid if you have incurred them.

Sincerely,

526.     As noted by billing records issued by the RFUMS on 2013, RFUMS admits that Dr. Abazari has been participating in a program or activity receiving federal financial assistance through distributions of Federal Direct Unsubsidized and Federal Direct Subsidized loans, to fund Dr. Abazari's Podiatry Education:

Catherine Gikuri                                    February 22, 2013  8:33 AM
To: Armin Abazari
Disbursement Notification 02.19.13

Armin Abazari:

**PLEASE READ CAREFULLY**

This notice is to inform you that a financial aid award has been disbursed on 02/19/13 to your University Student Account where your tuition and fees are charged.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2012 Spring Term | Direct Subsidized | $2,125.00 | $2115.00 |

Any disbursed financial aid that remains on your University Student Account after your tuition and fees are paid will be issued to you as an overpayment. Overpayments will not be released until after the associated academic terms has started.

Please contact Student Financial Services at 847-578-3217 with any questions or requests you may have. *Please do not reply to this email as it has been generated from the Finance Department and not Student Financial Services.*

You have the right to cancel all or a portion of your financial aid disbursement(s) by contacting Student Financial Services at 847-578-3217.

Please note that the amount disbursed to your University Student Account is the gross amount less any fees charged by your lender.

We would like to remind you that your:
- Financial aid must not pay for library fees, parking tickets, or housing damages.
- Financial Aid received for a specific term cannot cover future or previous term

1

2

Catherine Gilouri                                      February 22, 2013  8:33 AM
To:  Armin Abazari
Disbursement Notification 02.19.13

Armin Abazari:

**PLEASE READ CAREFULLY**

This notice is to inform you that a financial aid award has been disbursed on 02/19/13  to
your University Student Account where your tuition and fees are charged.

| Award Period | Award Description | Gross Amount | Disbursement to Account |
|---|---|---|---|
| 2012 Spring Term | Direct Unsubsidized | $5,882.00 | $5882.00 |

Any disbursed financial aid that remains on your University Student Account after your
tuition and fees are paid will be issued to you as an overpayment.  Overpayments will not be
released until after the associated academic term has started.

**Please contact Student Financial Services at 847-578-3217 with any questions or
requests you may have.  _Please do not reply to this email as it has been generated from
the Finance Department and not Student Financial Services._**

You have the right to cancel all or a portion of your financial aid disbursement(s) by
contacting Student Financial Services at 847-578-3217.

Please note that the amount disbursed to your University Student Account is the gross
amount less any fees charged by your lender.

We would like to remind you that your:
· Financial aid must not pay for library fees, parking tickets, or housing
  damages.
· Financial Aid received for a specific term cannot cover future or previous term
  charges in excess of $200.00

3

4          527.     As noted by Federal Billing Records, the "U.S Department of Education"

5    admits that Dr. Abazari has been participating in a program or activity receiving federal

6    financial assistance through distributions of Federal Direct Unsubsidized and Federal

7    Direct Subsidized loans, to fund Dr. Abazari's Podiatry Education from 2009-2013, as a

8    lender of Dr. Abazari's student loans for Dr. Abazari's podiatry education:



RECIPIENT'S/LENDER'S name, address, telephone number

U.S. DEPARTMENT OF EDUCATION

OMB No. 1545-1576

2011
Form 1098-E

Student Loan Interest Statement

[redacted]

1 Student loan interest received by lender

$ 694.41

BORROWER'S name, address, city, state, and zip code

IRVINE CA

Copy B For Borrower

CORRECTED (if checked)

This will serve as a substitute IRS "Form 1098-E" that reflects student loan interest paid during 2011. This important tax information has also been reported to the IRS. Although the statement reflects the total amount of interest paid, it is not necessarily the amount that is eligible for deduction. We recommend that you contact your tax advisor concerning your eligibility. Additionally, IRS Publication 970, Tax Benefits for Higher Education (Cat. No. 25221V), provides information and can be obtained by accessing the IRS Web site at http://www.irs.ustreas.gov/individuals/index.html or by calling 1.800 TAX FORM (1 800 829 3676). Information on the amount of interest paid is also available on our secure Web site at myedaccount.com

Instructions for borrowers

A person (including a financial institution, a governmental unit, and an educational institution) that receives interest payments of $600 or more during the year on one or more qualified student loans must furnish this statement to you.

You may be able to deduct student loan interest that you actually paid in 2011 on your income tax return. However, you may not be able to deduct the full amount of interest reported on this statement. Do not contact the recipient/lender for explanations of the requirements for (and how to figure) any allowable deduction for the interest paid. Instead, for more information, see Pub. 970, Tax Benefits for Education, and the "Student Loan Interest Deduction Worksheet" in your Form 1040 or 1040A instructions.

528. As noted by a screenshot of DOE records, the DOE created, owns, and operates the Public Records IPEDS Data Collection System:

IPEDS 2015-16 Data Collection System

IPEDS Help Desk
(877) 225-2568
ipedshelp@rti.org

NCES National Center for Education Statistics

**Fall**

COMPONENTS

Institutional Characteristics
Completions
12-month Enrollment

KEYHOLDERS: Closed
COORDINATORS: Closed

**Winter**

COMPONENTS

Student Financial Aid
Graduation Rates
200% Graduation Rates
Admissions
Outcome Measures

KEYHOLDERS: Closed (Closed Feb 10)
COORDINATORS: Closed (Closed Feb 24)

**Spring**

COMPONENTS

Fall Enrollment
Finance
Human Resources
Academic Libraries

KEYHOLDERS: Closed
COORDINATORS: Closed

**Reporting Resources**

Access resources that will help with successful submission.

**Registration**

The 2015-16 data collection cycle opens August 5, 2015. The surveys available for completion as of that date include:

- ✔ Registration
- ✔ Institution Identification
- ✔ Report Mapping (if applicable)
- ✔ IC Header

Keyholders should be registered prior to August 26. The CEO of any institution without a registered Keyholder by that date will be contacted by the IPEDS Help Desk so that a one may be appointed. The Keyholder may be changed at any time during the collection cycle.

The IPEDS Help Desk is available by (877) 225-2568 or ipedshelp@rti.org to answer any questions you may have.

**Data Submission Requirement**

The completion of all IPEDS surveys, in a timely and accurate manner, is mandatory for all institutions that participate or are applicants for participation in any Federal financial assistance program authorized by Title IV of the Higher Education Act of 1965, as amended. The completion of the surveys is mandated by 20 USC 1094, Section 487(a)(17).

The collection and reporting of racial/ethnic data are mandatory for all institutions that receive, are applicants for, or expect to be applicants for Federal financial assistance as defined in the Department of Education (ED) regulations implementing Title VI of the Civil Rights Act of 1964 (34 CFR 100.13), or defined in any ED regulations implementing Title IX of the Education Amendments of 1972. The collection of racial/ethnic data in vocational programs is mandated by Section 421(a)(1) of the Carl D. Perkins Vocational Education Act.

The reporting of racial/ethnic and gender data for institutional staff on the Human Resources component is also mandated by P.L. 88-352, Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972 (29 CFR 1602, subparts O, P, and Q), in odd-numbered years (i.e., 2007-08, 2009-10, etc.), for institutions with fifteen (15) or more full-time employees.

For those institutions not required to complete this survey on the basis of the above requirements, completion is voluntary and authorized by P.L. 103-382, National Education Statistics Act of 1994, Sec. 404(a).

IPEDS data are not collected under a pledge of confidentiality.

U.S. Department of Education

Software Provider Resources | Use of Cookies | Section 508 Compliance
Browsers Supported | Troubleshooting | NCES Privacy Policy

1    529.   DOE expressly represents to the public and admits the benefit of the

2    program or activity receiving federal financial assistance, as provided for by RFUMS, is

3    "placement services for program completers," for the period 2008-2014:

**National Center for Education Statistics**

IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**
**UnitID**      145558
**OPEID**       00165900
**Address**     3333 Green Bay Road, North Chicago, IL, 60064-3095
**Web Address** www.rosalindfranklin.edu/

Institutional Characteristics 2009-10

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part A - Educational Offerings**

1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]
If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.

- [ ] Occupational, may lead to a certificate, degree, or other formal award
- [x] Academic, leading to a certificate, degree, or diploma
- [x] Continuing professional (postbaccalaureate only)
- [ ] Recreational or avocational (leisure) programs
- [ ] Adult basic or remedial instruction or high school equivalency
- [ ] Secondary (high school)

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part A - Mission Statement**

2. Provide the institution's mission statement or a web address (URL) where the mission statement can be found. Typed statements are limited to 2,000 characters or less. The mission statement will be available to the public on College Navigator.

Mission Statement URL:    http://www.rosalindfrank
                          Please begin URL with "http://" or "https://"
Mission Statement

Institution: Rosalind Franklin University of Medicine and Science (145558)

4    **Part B - Organization - Control and Level**

- [ ] Credit for life experiences
- [ ] Advanced placement (AP) credits
- [x] None of the above

6. What types of special learning opportunities are offered by your institution? [Check all that apply]

- [ ] Distance learning opportunities (e-learning)
- [ ] ROTC
      - [ ] Army    [ ] Navy    [ ] Air Force
- [ ] Study abroad
- [ ] Weekend/evening college
- [ ] Teacher certification (below the postsecondary level)
      - [ ] Students can complete their preparation in certain areas of specialization
      - [ ] Students must complete their preparation at another institution for certain areas of specialization
      - [ ] This institution is approved by the state for the initial certification or licensure of teachers
- [ ] None of the above

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part C - Admission Requirements and Services - Student Services**
7. If your institution grants a bachelor's degree or higher but does not offer a full 4-year program of study at the undergraduate level, how many years of completed college-level work are required for entrance?

Number of years    Two
8. Which of the following selected student services are offered by your institution? [Check all that apply]

- [ ] Remedial services
- [x] Academic/career counseling services
- [x] Employment services for current students
- [ ] Placement services for program completers
- [ ] On-campus day care for children of students
- [ ] None of the above

9. Does your institution have its own library or are you financially supporting a shared library with another postsecondary education institution?

5

530. DOE expressly represents to the public and admits the benefit of the program or activity receiving federal financial assistance, as provided for by RFUMS, is "placement services for program completers," for the period 2008-2014:

**National Center for Education Statistics**

IPEDS Data Center

**Rosalind Franklin University of Medicine and Science**

| | |
|---|---|
| **UnitID** | 145558 |
| **OPEID** | 00165900 |
| **Address** | 3333 Green Bay Road, North Chicago, IL, 60064-3095 |
| **Web Address** | www.rosalindfranklin.edu/ |

IC Header 2013-14

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part A - Educational Offerings**

**1. Which of the following types of instruction/programs are offered by your institution? [Check one or more]**

*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

- Occupational, may lead to a certificate, degree, or other formal award
- Academic, leading to a certificate, degree, or diploma
- Continuing professional (postbaccalaureate only)
- Recreational or avocational (leisure) programs
- Adult basic or remedial instruction or high school equivalency
- Secondary (high school)

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part B - Organization - Control and Levels**

**1. What is your institutional control or affiliation?**

*Be sure to select the correct control for your institution. Errors on this question have an impact throughout the IPEDS surveys, in federal reporting, in net price groupings, and on your institutions appearance to students. If you reported incorrectly in a previous year, please contact the Help Desk at 877.225.2568 to correct the error.*

- Public - Select primary and or secondary controls below
  - Primary control: Select One
  - Secondary control (if applicable): Select One
- Private for-profit
- (•) Private not-for-profit independent (no religious affiliation)
- Private not-for-profit religious affiliation - Select affiliation below
  - Select One

Institution: Rosalind Franklin University of Medicine and Science (145558)

**Part C - Student Services - Distance Opportunities**

**4. Which of the following selected student services are offered by your institution? [Check all that apply]**

- Remedial services
- Academic/career counseling services
- Employment services for current students
- Placement services for program completers
- On-campus day care for children of students
- None of the above

**5. Does your institution have its own library or are you financially supporting a shared library with another postsecondary education institution?**

- Have our own library
- Do not have our own library but contribute financial support to a shared library
- Neither of the above

**6. Indicate whether or not any of the following alternative tuition plans are offered by your institution.**

- No
- Yes
  - Tuition guarantee
  - Prepaid tuition plan
  - Tuition payment plan
  - Other (specify in box below)

**7. Please indicate at what level(s) your institution offers distance education opportunities (courses and/or programs).**

- Undergraduate
- Graduate
- The institution does not offer distance education opportunities

**You may use the space below to provide context for the data you've reported above. These context notes will be posted on the College Navigator website, and should be written to be understood by students and parents.**



1

2        531.    DOE expressly represents to the public and admits the benefit of the

3    program or activity receiving federal financial assistance, as provided for by RFUMS, is

4    a "CIP Code 51.2101" as defined as:

5        "[d]efinition: a program that prepares individuals for the
6        independent professional practice of podiatric medicine, involving
7        the prevention, diagnosis, and treatment of diseases, disorders, and
8        injuries to the foot and lower extremities. Includes instruction in
9        the basic medical sciences, anatomy of the lower extremity,
10      functional orthopedics, foot biomechanics, podiatric radiology,
11      dermatology, podiatric surgery, podopediatrics, sports medicine,
12      physical diagnosis, emergency medicine and traumatology,
13      practice management, and professional standards and ethics":



2    532.    State of Illinois expressly represents to the public and admits the benefit of

3    the program or activity receiving federal financial assistance, as provided for by RFUMS,

4    is a "CIP Code 51.2101"—

5         "a program that prepares individuals for the independent
6         professional practice of podiatric medicine, involving the
7         prevention, diagnosis, and treatment of diseases, disorders, and
8         injuries to the foot and lower extremities"—
9
10   in association of the mark with RFUMS's podiatry program for the Dr. Abazari's

11   enrollment period 2009:



1

2          533.    State of Illinois expressly represents to the public and admits the benefit of

3  any program or activity receiving federal financial assistance, as provided for by

4  RFUMS, is a "CIP Code 51.2101"—

5          "a program that prepares individuals for the independent
6          professional practice of podiatric medicine, involving the
7          prevention, diagnosis, and treatment of diseases, disorders, and
8          injuries to the foot and lower extremities"—
9
10 in its association of the mark with RFUMS's podiatry program for the Dr. Abazari's

11 enrollment period 2014:



1

2       534.    As noted by the screenshots of "Incoming Podiatry Students" packet

3   distributed by RFUMS by and through its "Financial Aid Office," for Dr. Abazari upon

4   entering, RFUMS admits that Dr. Abazari was enrolled in the Podiatry Program paid for

5   by Federal Student Loans:



6

7       535.    State of Illinois admits to the benefit within a program or activity

8   receiving federal financial assistance, in the "placement services for program

1    completers," and CIP Code 51.2101, through the express statements by the State of

2    Illinois, by and through the Illinois Board of Higher Education Public Records:

3          "After graduation Scholl College places its graduates in 24 month
4          and 36 month residency training programs located across the
5          United States. Upon completion of training, podiatric physicians
6          prepare for state professional state licensure examinations as well
7          at board certification examinations":





8

9          536.   RFUMS admits that provides the right or privilege in a benefit within a

10   program or activity receiving federal financial assistance, in the "placement services for

11   program completers," and CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan

12   discharge, through 16 of its faculty members, on at least 6 separate occasions, makes the

13   express statement "100% of graduates will be placed in a CPME approved residency

14   program":

**Programmatic Outcomes**

#1    Graduates will pass the National Board of Podiatric Medical Examiners
       Part I and Part II examinations.

#2    Graduates will pass the Clinical Competency Exam

#3    100% of graduates will be placed in a CPME approved residency program.

#4    The College will graduate students that have the necessary knowledge,
       skills, and attitudes for entry into residency training.

#5    The College will graduate at least 90% of matriculated students.

1

2         537.    RFUMS admits to having undertaken to provide "placement services for

3    program completers," and CIP Code 51.2101, in the ordinary course of business through

4    providing funding of residencies:

## COLLEGE FUNDED RESIDENCIES
## TRAINING YEAR 1997-1998

Dr. William Scholl College of Podiatric Medicine

| Name of Program | Address | Director | Total # of Approved Positions | Total # Positions Funded by Your College |
|---|---|---|---|---|
| Colombia Kingwood Medical Center (Houston Podiatric Foundation) | 22999 U.S. Highway 59 Kingwood, TX 77339 | Randal Lepow, DPM | 5 – RPR 1 – PSR-12 4 – PSR-24 | 1 – RPR |
| DVAMC – Black Hills Health Care System | 113 Comanche Road Fort Meade, SD 57741 | Judd Sparagon, DPM | 4 – RPR | 1 – RPR |
| DVAMC – Central Alabama Health Care System (Tuskegee) | 2400 Hospital Road Surgical Service Pod (112B) Tuskegee, AL 36083 | Joel Brustein, DPM | 4 – RPR | 4 – RPR |
| DVAMC – Chicago Health Care System (Westside) | 820 S. Damen Avenue Chicago, IL 60680 | John Grady, DPM | 2 – RPR 1 – PSR-24 | 1 – RPR |
| DVAMC – Minneapolis | One Veterans Drive (112P) Minneapolis, MN 55417 | Greg Rifleman, DPM | 4 – POR | 1 – POR |
| DVAMC – North Chicago | Podiatry Unit (112) 3001 Greenbay Road North Chicago, IL 60064 | William Chagares, DPM | 4 – PPMR 1 – PSR-12 | 1 – PPMR |
| DVAMC – Palo Alto Health Care System | 3801 Miranda Avenue (112) Palo Alto, CA 94304 | Wilfred Laine, DPM | 5 – RPR 4 – PSR-12 | 2 – RPR |
| DVAMC – Tampa | 13000 Bruce B. Down Blvd. Tampa, FL 33612 | James Black, DPM, PhD | 7 – RPR | 3 – RPR |
| Lakeview Hospital | 10010 West Bluemound Rd Milwaukee, WI 53226 | Louis Lapow, DPM | 1 – PSR-12 | 1 – PSR-12 |
| Northern Virginia Podiatric Residency Program | 601 S. Carlin Spring Road Arlington, VA 22204 | Stephen Stern, DPM | 2 – PSR-24 | 1 – PSR-24 |
| Riverside Osteopathic Hospital | 150 Truax Street Trenton, MI 48183 | Victoria Anton-Athens, DPM | 1 – POR | 1 – POR |
| Scholl College of Podiatric Medicine | 1001 N. Dearborn Chicago, IL 60610 | Richard Pulla, DPM | 6 – RPR | 6 – RPR |
| Sinai Hospital Of Baltimore | 2401 W. Belvedere Baltimore, MD 21215 | David Cohen, DPM | 1 – PSR-12 | 1 – PSR-12 |
| St. Mary of Nazareth Hospital Center | 2233 West Division Street Chicago, IL 60622 | Thomas Kiely, DPM | 1 – RPR 1 – PSR-12 | 1 – RPR 1 – PSR-12 |
| Vancouver Hospital | 855 W. 12th Avenue Vancouver, British Colombia Canada V5Z 1M9 | Albert Mollica, DPM | 2 – PSR-12 | 1 – PSR-12 |
| Western Pennsylvania Hospital | 4800 Friendship Avenue Pittsburgh, PA 15224 | Alan Catanzariti, DPM | 3 – PSR-24 | 1 – PSR-24 |

5

264

1   538. RFUMS admits to having undertaken to provide "placement services for

2 program completers," and CIP Code 51.2101, in the ordinary course of business through

3 providing funding of residencies, at Columbia Kingwood Medical Center, 7 DVAMC

4 hospitals, Lakeview Hospital, Northern Virginia Podiatric Residency Program, Riverside

5 Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of Baltimore,

6 St. Mary of Nazareth Hospital Center, Vancouver Hospital, and Western Pennsylvania

7 Hospital:

### ROSTER OF RESIDENCY PROGRAMS BY SCHOOL

**BARRY UNIVERSITY SCHOOL OF PODIATRIC MEDICINE**
BUSPM - POR Program
BUSPM/Cedars Medical Center - PPMR
BUSPM/Cedars Medical Center - PSR-12
Decatur Hospital
Des Moines General Hospital
Doxey-Hatch Medical Center
DVAMC - Brockton-West Roxbury
DVAMC - Miami
DVAMC - New York, NY
DVAMC - North Chicago
DVAMC - Northport, NY
DVAMC - Tampa
DVAMC - West Palm Beach
Lee County Center for Foot & Ankle Surgery
Memorial Same Day - West
Palmetto General Hospital
Westchester General Hospital

**CALIFORNIA COLLEGE OF PODIATRIC MEDICINE**
CCPM - LAC/USC Medical Center
CCPM - Pacific Coast Hospital - POR
CCPM - Pacific Coast Hospital - PPMR
CCPM - Pacific Coast Hospital - PSR-24
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
Community Hospital Medical Center
DVAMC - Loma Linda
DVAMC - Manhattan
DVAMC - Phoenix
DVAMC - San Francisco
DVAMC - Tucson

**COLLEGE OF PODIATRIC MEDICINE AND SURGERY**
CPMS - Orthopedic Program
CPMS - Primary Care Program
CPMS - Surgical Program

**OHIO COLLEGE OF PODIATRIC MEDICINE**
Community General Hospital
Doxey-Hatch Medical Center
Dunlap Memorial Hospital
DVAMC - Chillicothe
DVAMC - Denver
DVAMC - East Orange
DVAMC - Huntington
DVAMC - Lebanon
DVAMC - Richmond
DVAMC - Tampa
Harvard Community
Hu Hu Kam Memorial
Jewish Hospital of Cinncinati
Kaiser Permanente Medical Center
Kennedy Hospital System

8

Mineral Area Medical Center
Memorial Hospital of Bedford County
Park Medical Center
Riverside Osteopathic Hospital
Youngstown Osteopathic Hospital

**PENNSYLVANIA COLLEGE OF PODIATRIC MEDICINE**
DVAMC - Brooklyn/St. Albans
DVAMC - Coatesville
DVAMC - Northport
DVAMC - White River Junction
Elkins Park Hospital
Harris City Podiatric Surg. Res./Bellaire Hosp
Neumann Medical Center
New York Methodist Hospital
PCPM - Cooper Hospital Medical Center
PCPM - Orthopedic Residency
Sheehan Memorial Hospital
St. Francis Hospital-Mount Sinai Hospital - CT

**SCHOLL COLLEGE OF PODIATRIC MEDICINE**
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
DVAMC - Black Hills Health Care System
DVAMC - Central Alabama Health Care System (Tuskegee)
DVAMC - Chicago Health Care System (Westside)
DVAMC - Minneapolis
DVAMC - North Chicago
DVAMC - Palo Alto Health Care System
DVAMC - Tampa
Lakeview Hospital
Northern Virginia Podiatric Residency Program
Riverside Osteopathic Hospital
Scholl College of Podiatric Medicine
Sinai Hospital of Baltimore
St. Mary of Nazareth Hospital Center
Vancouver Hospital
Western Pennsylvania Hospital

1

## SUMMARY INFORMATION

| | |
|---|---|
| BUSPM | Residents in school based programs receive salary and employee benefits as employees of Barry University. Residents located at other BUSPM funded residencies receive funding which is either sent directly to the program or to the resident. Fellowship grant provided to the third year resident of Hialeah Hospital only during their six-months participation at Hadassah Hospital in Jerusalem Israel. |
| CCPM | CCPM funds several different programs at different levels. DVAMC - San Francisco receives malpractice coverage for CCPM graduates. CCPM sponsored programs receive funding for stipends. Some programs also receive malpractice insurance. |
| CPMS | The PSR-24 has a stipend, all other programs are under general grant funding. Malpractice insurance is covered by the University. |
| OCPM | Stipend only. |

2

| | |
|---|---|
| PCPM | The college provides salary for all our funded residencies ($15,000). Health and malpractice insurance are also provided where necessary. |
| SCPM | These programs are as of March 15, 1997. This list is accurate as to the number of positions funded, however, the number of entry level positions may change at a particular program. Also, more programs may be added after this printing. Funding is sent to the institution, not the resident. |

3

1    539.   RFUMS admits to having undertaken to provide "placement services for

2    program completers," and CIP Code 51.2101, in the ordinary course of business through,

3    through having acquired accreditation specifically for "Podiatric Medicine and Surgical

4    Residency" in addition to and separate from their Doctor of Podiatric Medicine

5    accreditation:

ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE
ACCREDITATION SUMMARY

| Unit | Program | Accrediting Agency | Status |
|---|---|---|---|
| **Rosalind Franklin University of Medicine & Science** | | | |
| | Overall accreditation as degree granting institution – Bachelor to Doctorate | The Higher Learning Commission/North Central Association of Colleges and Schools (HLC/NCA) | Full |
| **Chicago Medical School** | | | |
| | Doctor of Medicine | Liaison Committee on Medical Education (LCME) | Accredited, on probation |
| | Continuing Medical Education | Accreditation Council for Continuing Medical Education (ACCME) | Full |
| **Dr. William M. Scholl College of Podiatric Medicine** | | | |
| | Doctor of Podiatric Medicine | Council on Podiatric Medical Education (CPME) | Full |
| | Continuing Podiatric Medical Education | Council on Podiatric Medical Education | Full |
| | | IFDPR-Licenses School to offer | Full |
| | Podiatric Medicine and Surgical Residency | CPME | Full |
| **School of Graduate and Postdoctoral Studies** | | | |
| | Medical Laboratory Immunology | Committee on Postdoctoral Education Programs | |
| | *Post-graduate Program | (CPEP) of the American College of Microbiology | Full |

8    540.   Dr. Abazari's right or privilege to a benefit, within a program or activity

9    receiving federal financial assistance, by the "placement services for program

10   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

11   been expressly secured to him under mandate of 20 USC §1094(a)(17).

12   541.   Dr. Abazari's right or privilege to a benefit, within a program or activity

13   receiving federal financial assistance, by the "placement services for program

14   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

15   been expressly secured to him under mandate of 20 USC §1092(a)(1)(R), pursuant to 20

16   USC §1094(a)(7).

267

1       542.    Dr. Abazari's right or privilege to a benefit, within a program or activity

2   receiving federal financial assistance, by the "placement services for program

3   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

4   been expressly secured to him under mandate of 20 USC §1094(a)(21).

5       543.    Dr. Abazari's right or privilege to a benefit, within a program or activity

6   receiving federal financial assistance, by the "placement services for program

7   completers," CIP Code 51.2101, 20 U.S.C. §1087e (h) Federal loan discharge, has been

8   expressly secured to him under mandate of 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20

9   USC §1094(a)(7).

10      544.    Dr. Abazari's right or privilege to a benefit, within a program or activity

11   receiving federal financial assistance, by the "placement services for program

12   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

13   been expressly secured to him under mandate of 20 USC §1092(a)(1)(J), pursuant to 20

14   USC §1094(a)(7).

15      545.    Dr. Abazari's right or privilege to a benefit, within a program or activity

16   receiving federal financial assistance, by the "placement services for program

17   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

18   been expressly secured to him under mandate of 20 USC §1092(a)(1)(M), pursuant to 20

19   USC §1094(a)(7).

20      546.    Dr. Abazari's right or privilege to a benefit, within a program or activity

21   receiving federal financial assistance, by the "placement services for program

22   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

23   been expressly secured to him under mandate of 20 USC §1094(a)(1).

1       547.   Dr. Abazari's right or privilege to a benefit, within a program or activity

2    receiving federal financial assistance, by the "placement services for program

3    completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan discharge, has

4    been expressly secured to him under mandate of 20 USC §1094(a)(17).

5       548.   Dr. Abazari's right or privilege to a benefit, within a program or activity

6    receiving federal financial assistance, by the "placement services for program

7    completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

8    been expressly secured to him by 18 U.S.C. §245(b)(1)(E).

9       549.   Dr. Abazari's right or privilege to a benefit, within a program or activity

10    receiving federal financial assistance, by the "placement services for program

11    completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

12    been expressly secured to him by 20 U.S.C. §1087e (h).

13       550.   Navient, DOE, RFUMS, State of Illinois formed and participated in an

14    agreement with RFUMS to injure, intimidate, or oppress Dr. Abazari's right or privilege

15    to a benefit, within a program or activity receiving federal financial assistance, by the

16    "placement services for program completers," CIP Code 51.2101, and 20 U.S.C. §1087e

17    (h) Federal loan discharge, that was expressly secured to him under mandate of 20 USC

18    §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20

19    USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant

20    to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7);

21    20 USC §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

22

269

1      551.   DOE and Navient acted during and in furtherance of an agreement with

2    the DOE, Navient, RFUMS, and State of Illinois to injure, intimidate, or oppress Dr.

3    Abazari in the enjoyment of or free exercise of Dr. Abazari's right or privilege to a

4    benefit, within a program or activity receiving federal financial assistance, that provides

5    "placement services for program completers," CIP Code 51.2101, and 20 U.S.C. §1087e

6    (h) Federal loan discharge, by knowingly and willingly refusing to discharge Dr.

7    Abazari's Federal Direct loans pursuant to 20 U.S.C. §1087e (h), despite the fact Dr.

8    Abazari was not provided "placement services for program completers" and "a program

9    that prepares individuals for the independent professional practice of podiatric medicine,

10   involving the prevention, diagnosis, and treatment of diseases, disorders, and injuries to

11   the foot and lower extremities," and despite the fact Dr. Abazari's issued a formal request

12   to the DOE in writing on November 12 of 2015:

**ARMIN ABAZARI–APPLICATION BORROWER"S DEFENSE TO REPAYMENT LOAN DISC** Thursday, November 12, 2018 4:12 PM
**HARGE**

From:   "Armin Abazari" <arminabazari@yahoo.com>
To:   "FSAOperations@ed.gov" <FSAOperations@ed.gov>

| 14 Files | 18 MB | Download All | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC3 108KB | PDF 64KB | PDF 375KB | PDF 217KB | PDF 224KB | PDF 227KB | PDF 228KB | PDF 229KB | PDF 2.5MB | PDF 32KB | | | |
| APPLICAT ION FOR BORROW | NOI-Podiatry.p df | Scholl New Operating | 2008-09.pdf | 2009-1C.pdf | 2010-11.pdf | 2011-12.pdf | 2012-13.pdf | 2013-14.pdf | 2008-09 SCPM Viewbook | APMACP MECOTH memo.pdf |
| Save | Save | Save | Save | Save | Save | Save | Save | Save | Save | Save |

| PDF 411KB | PDF 18 MB | PDF 181KB |
|---|---|---|
| Nancy Lobbying. pdf | AbazariBri ef (dragged). | Degree.pd f |
| Save | Save | Save |

To Whom It May Concern,

If I could please, I would to submit my Application For Borrower's Defense To Repayment Loan Discharge to the United States Department of Education.

Order of Attached Files:
1) Application For Borrower's Defense To Repayment Loan Discharge
2) State Document: NOTICE OF INTENT under Oath
3) State Document: IBHE Board Action December 9, 2003 on Podiatry Degree Authorization
4) Federal Document: IPEDS checked box "Placement Services for Program Completers" 2008-2014
5) Scholl College 2008-2009 Viewbook: False and Deceptive
6) Letter to Alan Tinkleman from COTH/APMA/CPME
7) Dean of Rosalind Franklin's Podiatry College, Nancy Parsley Lobbying on Behalf of American Podiatric Medical Association
8) APMA IRS 990 FORM: This Political Organization Gave Money To Defendants, a 501(c) organization, as a "College Advisor Program Grant"
9) A picture is worth a thousand words
10) First Amended Complaint
11) Motion For Reconsideration (Petition for Rehearing)
12) Date of Enrollment

13) Degree

Sincerely,
Armin Abazari

1

2          552.     DOE and Navient acted during and in furtherance of an agreement with

3   RFUMS, Navient, State of Illinois, and DOE to injure, intimidate, or oppress Dr. Abazari

4   in the enjoyment of or free exercise of Dr. Abazari's right or privilege to a benefit, within

5   a program or activity receiving federal financial assistance, that provides "placement

6   services for program completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal

7   loan discharge, by knowingly and willingly billing Dr. Abazari interest for federal

8   services and benefits in "placement services for program completers" and CIP Code

9   51.2101 not rendered pursuant to 20 USC §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C.

1    §245(b)(1)(E); 20 U.S.C. §1087e (h); 20 USC §1092(a)(1)(M), pursuant to 20 USC

2    §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7); 20 USC

3    §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7); 20 USC §1094(a)(21); 20 USC

4    §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7):

5    Principal Balance 152,289.08 July 5, 2015; Outstanding Interest $16,160.71
6    Principal Balance 225,139.23 June 2, 2016; Unpaid Interest $2,540.93
7    Principal Balance 225,139.23 June 2, 2017; Unpaid Interest $17,524.86
8    Principal Balance 225,139.23 June 2, 2018; Unpaid Interest $32,554.30
9    Principal Balance 225,139.23 June 2, 2019; Unpaid Interest $47,694.86
10
11          553.    DOE believed that there was a high likelihood that they formed and

12   participated in an agreement with RFUMS to injure, intimidate, or oppress Dr. Abazari's

13   right or privilege to a benefit, within a program or activity receiving federal financial

14   assistance, by the "placement services for program completers," CIP Code 51.2101, and

15   20 U.S.C. §1087e (h) Federal loan discharge, where the DOE didn't discharge Dr.

16   Abazari's federal loans under borrower defense claims, 1 year and 7 months after being

17   put on notice of said claims, where RFUMS neither provided "placement services for

18   program completers," nor CIP Code 51.2101, despite statutory mandates pursuant to 20

19   USC §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h);

20   20 USC §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(J),

21   pursuant to 20 USC §1094(a)(7); 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC

22   §1094(a)(7); 20 USC §1094(a)(21); 20 USC §1092(a)(1)(R), pursuant to 20 USC

23   §1094(a)(7).

24          554.    The DOE takes steps to avoid the truth, in the clear and present fact that

25   on April 7, 2017, Dr. Abazari states to Hon. John B. King in express terms "**I am a**

26   **victim** of Rosalind Franklin's **conversion of United States federal loan monies,"** the

1    DOE responds in its May 2, 2016 letter, that Dr. Abazari had "private student loan debt"

2    and therefore "U.S. Department of Education (ED) does not have jurisdiction."

3         555.    The DOE takes steps to avoid the truth where the DOE changes its

4    response from its May 2, 2016 letter, that Dr. Abazari had "private student loan debt," to

5    "we regret the difficulties that you are experiencing with your federal student loan debt"

6    in its June 10, 2016 letter, directly after Dr. Abazari confronts DOE Secretary "I don't

7    have private loans. In fact, the first few sentences of my letter state in unequivocal terms

8    that 'I am a victim of Rosalind Franklin's conversion of United States federal loan

9    monies for unauthorized criminal conduct 110 ILCS 1010/8" and "you simply

10   disregarded my concerns as though they didn't exist."

11        556.    Navient believed that there was a high likelihood that they formed and

12   participated in an agreement with RFUMS to injure, intimidate, or oppress Dr. Abazari's

13   right or privilege to a benefit, within a program or activity receiving federal financial

14   assistance, by the "placement services for program completers," CIP Code 51.2101, and

15   20 U.S.C. §1087e (h) Federal loan discharge, where Navient states "[o]n March 19,

16   2018, we received a request to place your loans in the Borrower Defense to Repayment

17   Forbearance while your claim was reviewed" and, rather than discharging the loans,

18   continued to charge interest on Dr. Abazari's loans:

19   Principal Balance 152,289.08 July 5, 2015; Outstanding Interest $16,160.71
20   Principal Balance 225,139.23 June 2, 2016; Unpaid Interest $2,540.93
21   Principal Balance 225,139.23 June 2, 2017; Unpaid Interest $17,524.86
22   Principal Balance 225,139.23 June 2, 2018; Unpaid Interest $32,554.30
23   Principal Balance 225,139.23 June 2, 2019; Unpaid Interest $47,694.86.
24
25        557.    Navient takes steps to avoid the truth where after being served on the 1st of

26   January, 2019 with Dr. Abazari Notice of Termination of Contract citing 18 U.S.C.

1584(a)-(b) and 18 U.S.C. §1593 and notification to multiple Office of Inspector General for the Department of Education, law enforcement branch, Navient sought on or after February 22, 2019 to interfere with and prevent the enforcement 18 U.S.C. §1581, by withholding and restricting access to records from further investigation by Dr. Abazari, as noted by the screen shot of the Navient Mailbox:

NAVIENT | Department of Education Loan Servicing

My Inbox | My Account

**Correspondence Summary**

**Documents We Sent to You** provides access to correspondence that contains non-public, personal information (NPI data) which was recently referenced in an email to you. These documents will be available online at this website for 12 months.

**Documents You Sent to Us** provides access to any correspondence you or your cosigner may have provided to Navient that does not contain non-public, personal information (NPI data) such as a Driver's License or Social Security card for someone other than yourself. You can view these documents online at this website for 7 days.

If you would like to retain a permanent copy of a document, it should be saved to your computer. The documents listed below are in Adobe Reader format. If you wish to view the correspondence and have not already installed Adobe Reader, please install it first. A free copy of Adobe Reader is available for download at http://get.adobe.com/reader/otherversions/. If you have any questions or if you would like us to mail you copies of any of these documents, please contact us at (800) 722-1300.

Documents We Sent to You | Documents You Sent to Us

| DATE | MAIL SUBJECT | CORRESPONDENCE | | | |
|---|---|---|---|---|---|
| 22-Feb-2019 | New document ready to view! | The Customer Advocate Unit received your inquiry | PDF | IMG | |
| 06-Feb-2019 | New document ready to view! | The Customer Advocate Unit received your inquiry | PDF | IMG | |
| 22-Jan-2019 | Change in Loan Terms | Change in Terms Letter | PDF | IMG | |
| 20-Jan-2019 | What you need to know about your repayment | Payment Schedule Options | PDF | IMG | HTML |
| 20-Jan-2019 | Change in Loan Terms | Change in Terms Letter | PDF | IMG | |
| 10-Jan-2019 | New document ready to view! | We?re researching your request | PDF | IMG | |
| 10-Jan-2019 | New document ready to view! | The Customer Advocate Unit received your inquiry | PDF | IMG | |
| 03-Dec-2018 | Your Interest Statement is Available | Your semi-annual interest statement | PDF | IMG | HTML |
| 02-Jun-2018 | Quarterly Interest Statement Available | Your quarterly forbearance statement is available | PDF | IMG | HTML |
| 03-Apr-2018 | Quarterly Interest Statement Available | Quarterly Interest Statement | PDF | IMG | HTML |
| 20-Mar-2018 | New document ready to view! | Administrative Forbearance Processed | PDF | IMG | |
| 03-Mar-2018 | Quarterly Interest Statement Available | Your quarterly forbearance statement is available | PDF | IMG | HTML |

Logout

About SSL Certificates

About Us | Terms of Use | Protecting Your Privacy | Social Media Policies | Contact Us
Accessibility | About Our Ads | Site Map

© 20192019 Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are the service marks of Navient Solutions, LLC.
Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.

558. Navient takes steps to avoid the truth where—after Dr. Abazari takes legal action on January 1st 2019, through a notice of termination of contract to Navient—Navient doesn't discharge said loans despite numerous objections on 21st of January 2019; on 4th of February 2019; on the 19th of February 2019; on 8th of March 2019, despite express mandates: 20 USC §1094(a)(1); 20 USC §1094(a)(17); 18 U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20 USC §1092(a)(1)(M), pursuant to 20 USC

1    §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7); 20 USC

2    §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7); 20 USC §1094(a)(21); 20 USC

3    §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

4         559.    In the clear and present fact Dr. Abazari was denied a benefit, within a

5    program or activity receiving federal financial assistance, by the "placement services for

6    program completers," and CIP Code 51.2101, RFUMS's providing of "placement

7    services for program completers," and CIP Code 51.2101, in the ordinary course of

8    business, through funding of residencies, at Columbia Kingwood Medical Center, 7

9    DVAMC hospitals, Lakeview Hospital, Northern Virginia Podiatric Residency Program,

10   Riverside Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of

11   Baltimore, St. Mary of Nazareth Hospital Center, Vancouver Hospital, and Western

12   Pennsylvania Hospital, pursuant to obligations under statute—20 USC §1094(a)(1), 20

13   USC §1094(a)(17), 18 U.S.C. §245(b)(1)(E), 20 U.S.C. §1087e (h), 20 USC

14   §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7), 20 USC §1092(a)(1)(J), pursuant to 20

15   USC §1094(a)(7), 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7), 20

16   USC §1094(a)(21), 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7)—

17   constituted a red flag to the DOE, Navient, State of Illinois, and RFUMS, regarding the

18   legitimacy of the education transaction.

19        560.    In the clear and present fact Dr. Abazari was denied a benefit, within a

20   program or activity receiving federal financial assistance, by the "placement services for

21   program completers," and CIP Code 51.2101, RFUMS's providing of "placement

22   services for program completers," and CIP Code 51.2101, where RFUMS institution

23   expressly admits to criminal guilt and fault, through 16 of its faculty members, on at least

1    6 separate occasions, by the express statement "100% of graduates will be placed in a

2    CPME approved residency program"—pursuant to 20 USC §1094(a)(1), 20 USC

3    §1094(a)(17), 18 U.S.C. §245(b)(1)(E), 20 U.S.C. §1087e (h), 20 USC §1092(a)(1)(M),

4    pursuant to 20 USC §1094(a)(7), 20 USC §1092(a)(1)(J), pursuant to 20 USC

5    §1094(a)(7), 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7), 20 USC

6    §1094(a)(21), 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7)—constituted a

7    red flag to the DOE, Navient, State of Illinois, and RFUMS, regarding the legitimacy of

8    the education transaction:

**Programmatic Outcomes**

| #1 | Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations. |
| #2 | Graduates will pass the Clinical Competency Exam |
| #3 | 100% of graduates will be placed in a CPME approved residency program. |
| #4 | The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training. |
| #5 | The College will graduate at least 90% of matriculated students. |

9

10       561.    In the clear and present fact Dr. Abazari was denied a benefit, within a

11   program or activity receiving federal financial assistance, by the "placement services for

12   program completers," and CIP Code 51.2101, RFUMS's providing of "placement

13   services for program completers," and CIP Code 51.2101, where RFUMS institution

14   expressly admits to criminal guilt and fault, of "placement services for program

15   completers" to Dr. Abazari because they acquired accreditation specifically for "Podiatric

16   Medicine and Surgical Residency" in addition to and separate from their Doctor of

17   Podiatric Medicine accreditation, pursuant to 20 USC §1094(a)(1), 20 USC §1094(a)(17),

18   18 U.S.C. §245(b)(1)(E), 20 U.S.C. §1087e (h), 20 USC §1092(a)(1)(M), pursuant to 20

19   USC §1094(a)(7), 20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7), 20 USC

20   §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7), 20 USC §1094(a)(21), 20 USC

1   §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7), constituted a red flag to the DOE,

2   Navient, State of Illinois, and RFUMS, regarding the legitimacy of the education

3   transaction.

4        562.    DOE, Navient and RFUMS intended to deprive Dr. Abazari in the

5   enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit, within a

6   program or activity receiving federal financial assistance, by the "placement services for

7   program completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan

8   discharge, where in a quid pro quo relationship, DOE and Navient jointly billed Dr.

9   Abazari extra payments—now $110,174.09—above and beyond the average debt of

10  $162,660 represented to "Incoming Podiatry Students" for RFUMS Podiatry program, in

11  exchange for RFUMS being granted the ability to skirt 20 U.S.C. §1085a(2)(A)-(B),

12  through misrepresenting or concealing its actual cohort default rates by reporting students

13  as "deferment" and "forbearance" persuant to 1087bb (g)(E)(IV):



14

15       563.    DOE, Navient and RFUMS intended to deprive Dr. Abazari in the

16  enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit, within a

17  program or activity receiving federal financial assistance, by the "placement services for

18  program completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan

19  discharge, despite express mandates: 20 USC §1094(a)(1); 20 USC §1094(a)(17); 18

1    U.S.C. §245(b)(1)(E); 20 U.S.C. §1087e (h); 20 USC §1092(a)(1)(M), pursuant to 20

2    USC §1094(a)(7); 20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7); 20 USC

3    §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7); 20 USC §1094(a)(21); 20 USC

4    §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7).

5         564.    DOE, Navient and RFUMS intended to deprive Dr. Abazari in the

6    enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit, within a

7    program or activity receiving federal financial assistance, by the "placement services for

8    program completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan

9    discharge, where DOE and Navient have directly extended Dr. Abazari's deferment and

10   forbearance by an additional 3 years from the time of graduation in 2013, extending past

11   the three time limit predicated by 20 U.S.C. §1087e (f)2(B) and §1087e (f)2(D), to force

12   Dr. Abazari to incur an additional $110,174.09 in debt above and beyond the average

13   debt of $162,660 represented to "Incoming Podiatry Students" for RFUMS Podiatry

14   program.

15        565.    DOE, Navient and RFUMS intended to deprive Dr. Abazari in the

16   enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit, within a

17   program or activity receiving federal financial assistance, by the "placement services for

18   program completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan

19   discharge, where DOE and Navient have directly extended Dr. Abazari's loan

20   forbearance by an additional year from the time of Dr. Abazari requesting Borrower

21   Defense on November 12, 2015, extending past the three time limit predicated by 20

22   U.S.C. §1087e (f)2(B) and §1087e (f)2(D), to force Dr. Abazari to incur an additional

1    $110,174.09 in debt above and beyond the average debt of $162,660 represented to

2    "Incoming Podiatry Students" for RFUMS Podiatry program.

3        566.    The State of Illinois  acted during and in furtherance of an agreement with

4    the DOE, Navient, RFUMS, and State of Illinois to injure, intimidate, or oppress Dr.

5    Abazari in the enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit,

6    within a program or activity receiving federal financial assistance, by the "placement

7    services for program completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal

8    loan discharge, where the State of Illinois empowers Judge Winters to participate in a

9    scheme and plan to "recommend that we try the case...before Judge Winter, not a jury,"

10   where

11       a)  Dr. Abazari had expressly "demand[ed] a trial by jury on all triable issues" in

12           the prior filed pleading; and

13       b)   Judge Winter's served as Treasurer of an entity that partners with RFUMS, at

14           a time concurrent with her presiding over claims against RFUMS.

15       567.    The State of Illinois acted during and in furtherance of an agreement with

16   the DOE, Navient, RFUMS, and State of Illinois to injure, intimidate, or oppress Dr.

17   Abazari in the enjoyment of or free exercise of Dr. Abazari's right or privilege to a

18   benefit, within a program or activity receiving federal financial assistance, by the

19   "placement services for program completers," CIP Code 51.2101, and 20 U.S.C.

20   §1087e(h) Federal loan diracharge, by admitting "[i]n its description of the proposed

21   program, RFUMS included the statement that '[a]fter graduation Scholl College places its

22   graduates in 24[-] and 36[-]month residency training programs,'" while making using

279

1    State of Illinois police power to deny said federal benefits to Dr. Abazari. See. Abazari v

2    Rosalind Franklin University of Medicine & Science 2015 IL App (2d) 140952, ¶4:

¶4        In 2003, RFUMS applied to the Illinois Board of Higher Education (IBHE) for permission to operate a program (Scholl College) offering the degree of "Doctor of Podiatric Medicine" (DPM). In its description of the proposed program, RFUMS included the statement that "[a]fter graduation Scholl College places its graduates in 24[-] and 36[-]month residency training programs." The application also stated that Scholl College expected to enroll about 90 students each year, for a total of 360 in the 4-year program. The IBHE approved the application for the DPM program.

3

4         568.    State of Illinois additionally intended to deprive Dr. Abazari in the

5    enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit, within a

6    program or activity receiving federal financial assistance, in the "placement services for

7    program completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan

8    discharge, where the State of Illinois empowers Judge Birkett with the ability to make

9    statements in Abazari v Rosalind Franklin University of Medicine & Science 2015 IL

10   App (2d) 140952, ¶67, and

11       f)   he was "listed as a potential witness or whose name may be mentioned in the

12            Rezko trial"—a criminal trial involving RFUMS Board of Trustee

13            Members—and allowing him to sit on an appeal against the same Defendant

14            RFUMS;

15       g)   he had received $15,000 in contribution indirectly and $11,000 directly from a

16            Board of Trustee previously;

17       h)   RFUMS admits from 2008-2012, through 16 of its faculty members, on at

18            least 6 separate occasions, that it provides the express garuntee that a "100%

19            of graduates will be placed in a CPME approved residency program;"

20       i)   in the ordinary course of business provided funding to the residencies at

21            Columbia Kingwood Medical Center, 7 DVAMC hospitals, Lakeview

| | | |
|---|---|---|
| 1 | | Hospital, Northern Virginia Podiatric Residency Program, Riverside |
| 2 | | Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of |
| 3 | | Baltimore, St. Mary of Nazareth Hospital Center, Vancouver Hospital, and |
| 4 | | Western Pennsylvania Hospital; and |
| 5 | j) | in the ordinary course of business acquired accreditation specifically for |
| 6 | | "Podiatric Medicine and Surgical Residency" in addition to and separate from |
| 7 | | their Doctor of Podiatric Medicine accreditation. |
| 8 | k) | The APMA expressly states there is "enough slots for students who are |
| 9 | | graduating from schools of podiatric medicine" has been achieved in response |
| 10 | | to a question about "availability of podiatric residencies" |
| 11 | l) | The APMA expressly states there is "enough slots for students who are |
| 12 | | graduating from schools of podiatric medicine" has been achieved in response |
| 13 | | to a question about "availability of podiatric residencies;" and |
| 14 | m) | State of Illinois, by and through the Illinois Board of Higher Education Public |
| 15 | | records admits —"After graduation Scholl College places its graduates in 24 |
| 16 | | month and 36 month residency training programs located across the United |
| 17 | | States. Upon completion of training, podiatric physicians prepare for state |
| 18 | | professional state licensure examinations as well at board certification |
| 19 | | examinations;" |

569.     State of Illinois additionally intended to deprive Dr. Abazari in the enjoyment of or free exercise Dr. Abazari's right or privilege to a benefit, within a program or activity receiving federal financial assistance, in the "placement services for program completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan

1    discharge, where the State of Illinois empowers Judge Winters to participate in a scheme

2    and plan to "recommend that we try the case...before Judge Winter, not a jury," where

3         c)   Dr. Abazari had expressly "demand[ed] a trial by jury on all triable issues" in

4              the prior filed pleading;

5         d)   Judge Winter's served as Treasurer of an entity that partners with RFUMS, at

6              a time concurrent with her presiding over claims against RFUMS;

7         e)   RFUMS admits from 2008-2012, through 16 of its faculty members, on at

8              least 6 separate occasions, that it provides the express garuntee that a "100%

9              of graduates will be placed in a CPME approved residency program;"

10        f)   in the ordinary course of business provided funding to the residencies at

11             Columbia Kingwood Medical Center, 7 DVAMC hospitals, Lakeview

12             Hospital, Northern Virginia Podiatric Residency Program, Riverside

13             Osteopathic Hospital, Scholl College of Podiatric Medicine, Sinai Hospital of

14             Baltimore, St. Mary of Nazareth Hospital Center, Vancouver Hospital, and

15             Western Pennsylvania Hospital;

16        g)   in the ordinary course of business acquired accreditation specifically for

17             "Podiatric Medicine and Surgical Residency" in addition to and separate from

18             their Doctor of Podiatric Medicine accreditation;

19        h)   The APMA expressly states there is "enough slots for students who are

20             graduating from schools of podiatric medicine" has been achieved in response

21             to a question about "availability of podiatric residencies;" and

22        i)   State of Illinois, by and through the Illinois Board of Higher Education Public

23             Records admits—"After graduation Scholl College places its graduates in 24

1        month and 36 month residency training programs located across the United

2        States. Upon completion of training, podiatric physicians prepare for state

3        professional state licensure examinations as well at board certification

4        examinations;"

5    570.    Dr. Abazari, within all times herein alleged, was within the state of Illinois

6    and United States.

7    571.    In every possible manner herein alleged, the DOE, Navient, State of

8    Illinois, and RFUMS sought to capitalize on Dr. Abazari's weakened physical condition,

9    in calculated and coordinated attacks, to increase physiological harm, and to overpower

10   Dr. Abazari objections, using force and inducing emotional submission—through a

11   psychological state of learned helplessness:



12

13   (Left—On or around February 7, 2016)   (Right—On or around November 14-2010)

14   572.    Navient and DOE are financially benefiting from the conspiracy in

15   extracting additional payments—in the amount of $110,174.09—above and beyond the

16   average debt of $162,660 represented to "Incoming Podiatry Students" for RFUMS

17   Podiatry program.

18   573.    RFUMS is financially benefiting from the conspiracy in being allowed to

19   evade accountability for victimizing countless students, while still remaining eligible to

1    participate in the William D. Ford Direct loan program pursuant to 20 U.S.C.

2    §1085(a)(1), to victimize even more students.

3        574.    State of Illinois is financially benefiting from the conspiracy by continuing

4    to be able to support its in-state local economy, maintain joint ventures with RFUMS, and

5    continuing to receive instate institutions receive federal aid with no accountability.

6                            **CAUSE OF ACTION 14:**

7                **(WIRE FRAUD 18 U.S.C. §1341 —APMA and RFUMS)**

8        575.    Dr. Abazari repeats and realleges each and every allegation contained in

9    paragraphs 1 through 574 as if fully set forth herein.

10       576.    APMA and RFUMS devised a scheme to defraud Dr. Abazari by inducing

11   Dr. Abazari and other students into acquiring Stafford Subsidized and Unsubsidized,

12   Direct Subsidized and Unsubsidized loan debt, under false pretenses, for an education

13   with federal benefits and services of "placement services for program completers" and

14   CIP code 51.2101 for Dr. Abazari, which upon graduation RFUMS did not provide.

15       577.    APMA and RFUMS devised an additional scheme to prevent Dr. Abazari

16   from controlling his risk of loss, in accruing substantial loan interests on federal loans,

17   through inducing Dr. Abazari into its podiatry education that RFUMS knew would not

18   provide the "capab[ility] of servicing [his] loan debt."

19       578.    APMA and RFUMS devised an additional scheme to defraud Dr. Abazari

20   by advertising and selling to Dr. Abazari and other students an education with federal

21   benefits and services of "placement services for program completers" and CIP code

22   51.2101, in exchange for Stafford Subsidized and Unsubsidized, Direct Subsidized and

23   Unsubsidized loans, pursuant to numerous statutory mandates—20 USC §1094(a)(1), 20

1    USC §1094(a)(17), 18 U.S.C. §245(b)(1)(E), 20 U.S.C. §1087e (h), 20 USC

2    §1092(a)(1)(M), pursuant to 20 USC §1094(a)(7), 20 USC §1092(a)(1)(J), pursuant to 20

3    USC §1094(a)(7), 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7), 20

4    USC §1094(a)(21), 20 USC §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7)—but upon

5    graduation providing neither "placement services for program completers" and CIP code

6    51.2101, thereby preventing Dr. Abazari's "capab[ility] of servicing [his] loan debt."

7         579.    The APMA and RFUMS had the intent and willingness to devise each

8    scheme to defraud Dr. Abazari, and other podiatry students, by devising a plan to rig a

9    shortage of residencies through a "game plan to beef of enrollment numbers":

> In fact, as this issue went to press, the American Podiatric Medical Association (APMA) was set to hold a weekend of meetings at the end of October with representatives from the seven colleges, students and health care advisors from colleges around the country. The goal of the meetings was to come up with a game plan to beef up the enrollment numbers, according to Christian Robertozzi, DPM, chairman of the recruitment subcommittee for the APMA.

10

11        580.    The APMA knew that there needed to be "enough slots for students who

12    are graduating from schools of podiatric medicine" for the "availability of podiatric

13    residencies" to not be an "issue":

> Q. Is the availability of podiatric residencies an issue?
> A. There are currently enough slots for students who are graduating from schools of podiatric medicine. There are fewer applicants to the colleges, which may be reflected later on. Surpluses in residency positions may exist in the future as fewer students attend the colleges. (See "In the News," p. 14).

14

15        581.    The APMA and RFUMS participated in and orchestrated the creation of

16    an Ad Hoc Committee" in 2004 because they "expected [a] shortfall" in "number of

17    available residency positions":

285

**AACPM ad hoc Committee on the Balance between Graduates and Residency Positions**
**"Balance Committee"**

In August 2004, The American Association of Colleges of Podiatric Medicine (AACPM) Board of Directors established an ad hoc Committee of the Board to assess the correlation between the number of podiatric school graduates and the number of qualified podiatric residency positions. The charge to the Committee is to "collect data, analyze class size and enrollments and approved residency positions for the purposes of recommending strategies to ensure that there are enough entry-level residency positions for each graduating podiatric medical student."

In July 2010, the Committee's charge was expanded to include the establishment of a comprehensive strategy for a cohesive approach to residency development.  AACPM began seeking a National Residency Development Facilitator dedicated to establishing sufficient residency positions for graduates of the Colleges of Podiatric Medicine.  In June 2011, Edwin Wolf, DPM was hired to spearhead this project and remains focused on, but not limited to:

- Erasing the expected shortfall and raise the number of available residency positions to 110% of the graduating class numbers
- Opening up new sites within hospitals with established residency programs other than podiatry and/or in health science centers
- developing a core of mentors able to provide insight and perspective on the process of development and added value of a podiatric residency to hospital administrators.

There are a tremendous amount of resources and support for anyone who may be interested in starting a residency, improving their current residency program, or simply wanting to help with this initiative.  Please reach out to the following contacts:

National Residency Facilitator:  Edwin Wolf, DPM, at ewolf@aacpm.org or call (212) 874-0609.

Colleges of Podiatric Medicine:
http://www.aacpm.org/pdf/Institutional_Residency_Development_Contacts.pdf

CPME:
http://www.cpme.org/residencies/content.cfm?ItemNumber=2424&&navItemNumber=2244

APMA:  http://www.apma.org/education/content.cfm?ItemNumber=1357&navItemNumber=560

1

2        582.     RFUMS had the intent and willingness to devise each scheme to defraud

3   Dr. Abazari, and other podiatry students, where RFUMS actually participated in rigging

4   the shortage of residencies in acting to rapidly increase enrollments:

| Time of Enrollment | Total RFUMS Fall Podiatry Enrollment |
|---|---|
| 2001 | 248 |
| 2002 | 264 |
| 2003 | 263 |
| 2004 | 298 |
| 2005 | 305 |
| 2006 | 328 |

| | |
|---|---|
| 2007 | 356 |
| 2008 | 359 |
| 2009 | 380 |
| 2010 | 387 |

1

2   583.   APMA and RFUMS had the intent and willingness to devise each scheme

3   to defraud Dr. Abazari, and other podiatry students, where RFUMS and other colleges

4   rigged the shortage of residencies, where Podiatry enrollments markedly increased from

5   475, from pre-APMA Workforce study levels, to 687, for post-Workforce study levels:

| Podiatry Year | Total Enrollment Number At Colleges |
|---|---|
| 2000-2001 | 475 |
| 2006-2007 | 647 |
| 2007-2008 | 666 |
| 2008-2009 | 626 |
| 2009-2010 | 687 |

6

7   584.   RFUMS had the intent and willingness to devise each scheme to defraud

8   Dr. Abazari, and other podiatry students, where RFUMS and other colleges rigged the

9   shortage of residencies, at the time of Dr. Abazari's enrollment in 2009, the podiatry

10   colleges enrolled 687 students into the podiatry colleges when only 496 residency

11   positions were available or in existence.

12   585.   RFUMS actions actually resulted in at least seventeen of cheated students

13   not being placed into residency from RFUMS:

287

**From:** Nancy Bryant <nancy.bryant@rosalindfranklin.edu>
**Date:** March 26, 2013 at 8:15:19 AM PDT
**To:** "Abazari, Armin" <armin.abazari@my.rfums.org>, "Campbell, Thomas3"
<thomas.campbell@my.rfums.org>, "Castelein, Bryant" <bryant.castelein@my.rfums.org>,
"Ciotola, Nicholas" <Nicholas.Ciotola@my.rfums.org>, "Delara, Marc3"
<marc.delara@my.rfums.org>, "Deutsch, Gloria3" <gloria.deutsch@my.rfums.org>, "Domaas,
Mark3" <mark.domaas@my.rfums.org>, "Hall, Samuel3" <samuel.hall@my.rfums.org>, "Hare,
Daniel" <daniel.hare@my.rfums.org>, "Hussain, Syed3" <syed3.hussain@my.rfums.org>,
"Kapila, Tania" <tania.kapila@my.rfums.org>, "Kramer, Nathan3"
<nathan.kramer@my.rfums.org>, "Landers, Sabrina" <sabrina.landers@my.rfums.org>,
"Luczkowski, Ernest Paul" <ernest.luczkowski@my.rfums.org>, "Musser, Bret3"
<bret.musser@my.rfums.org>, "Richason, Jessica3" <jessica.richason@my.rfums.org>,
"Schroeder, Christopher" <c.schroeder@my.rfums.org>, "Valabov, Jacob"
<jacob.valabov@my.rfums.org>
**Subject: Updated Preceptorship Information**

Hello,

Just a fyi...

AAPPM updated their preceptorship info (attached).

Also, Weil Foot & Ankle is accepting preceptor applications. If you are interested contact Harriet
Kass hkass@weil4feet.com or 847.627.4962.

1

2      586.   RFUMS actions actually resulted in at least ten of those cheated students

3  who lost money from non placement into residency to then seek legal council against

4  Defendant RFUMS:

On Fri, Jun 28, 2013 at 12:11 PM, Usman Akram <utakram@gmail.com> wrote:
    Hello again,

    I communicated with Dr. Kansky recently. He was meeting with two lawyers this week regarding the residency issue.

    He also reported that ten people had contacted him from Scholl.

    I urge the rest of you to contact him as well.

    His email is: larry.kansky@gmail.com

    Thanks and have a great weekend,

    Usman Akram, DPM

    Confidentiality Notice: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail
    communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C Sections 2510-2521,
    contains confidential and/or privileged information intended only for the addressee. If you are not the intended recipient, you are
    hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the
    sender immediately via email to that you have received the communication in error. Please, delete it and any all copies.

5

1       587.    The actions of RFUMS and Colleges actually resulted in at least 86

2    students nationally being cheated to  lose money:

<div style="border:1px solid">

**07/03/2013**

**RESPONSES /COMMENTS (RESIDENCY SHORTAGE CRISIS) - PART 1A**

**RE: Unmatched Residency Placements Currently Stand at 86**

**From: Darrell Latva, DPM**

Sacred Heart Hospital in Chicago closed yesterday amid a federal probe, which included one podiatrist. I believe we had a program there. I guess we add those residents to the 86.

**Darrell Latva, DPM, Chicago, IL,** darrell.latva@rosalindfranklin.edu

</div>

3

4       588.    The APMA in conjunction with RFUMS, created and adopted a new

5    residency system, which required "fewer case number requirements in the new model as

6    opposed to the old model," to generate more substandard residency positions, to hide the

7    number of graduates left unplaced by the rigged shortage of residencies:

<div style="border:1px solid">

**Beth Jarrett**                           September 24, 2012  8:35 AM
To: d-scpm2014@rosalindfranklin.edu,   d-scpm2013@rosalindfranklin.edu      Details
PMS vs PMSR programs

Hello all-
I am still getting some questions about the residency types.  Remember that the "PMS" model (PMS24 or PMS36) is the old model.  The PMSR (PMSR or PMSR/RRA) is the new model.  All programs will have converted to the new model by July 1, 2013. Most PMS24 programs will convert to PMSR programs.  Nearly all PMS36 programs will convert to the PMSR/RRA (or PMSR with CERT) programs.  The only difference between a PMS 36 and a PMSR with RRA is a change in the medicine and biomechanics requirements, as well as slightly **fewer** case number requirements in the new model as opposed to the old model.
Let me know if you have any questions.
Dr. Jarrett

</div>

8

9       589.    RFUMS had the intent and willingness to devise each scheme to defraud

10    Dr. Abazari, and other podiatry students, where RFUMS admits to having undertaken to

11    provide "placement services for program completers," and CIP Code 51.2101, in the

12    ordinary course of business through providing funding of residencies:

13

## COLLEGE FUNDED RESIDENCIES
## TRAINING YEAR 1997-1998

**Dr. William Scholl College of Podiatric Medicine**

| Name of Program | Address | Director | Total # of Approved Positions | Total # Positions Funded by Your College |
|---|---|---|---|---|
| Colombia Kingwood Medical Center (Houston Podiatric Foundation) | 22999 U.S. Highway 59 Kingwood, TX 77339 | Randal Lepow, DPM | 5 – RPR 1 – PSR-12 4 – PSR-24 | 1 – RPR |
| DVAMC – Black Hills Health Care System | 113 Comanche Road Fort Meade, SD 57741 | Judd Sparagon, DPM | 4 – RPR | 1 – RPR |
| DVAMC – Central Alabama Health Care System (Tuskegee) | 2400 Hospital Road Surgical Service Pod (112B) Tuskegee, AL 36083 | Joel Brustein, DPM | 4 – RPR | 4 – RPR |
| DVAMC – Chicago Health Care System (Westside) | 820 S. Damen Avenue Chicago, IL 60680 | John Grady, DPM | 2 – RPR 1 – PSR-24 | 1 – RPR |
| DVAMC – Minneapolis | One Veterans Drive (112P) Minneapolis, MN 55417 | Greg Rifleman, DPM | 4 – POR | 1 – POR |
| DVAMC – North Chicago | Podiatry Unit (112) 3001 Greenbay Road North Chicago, IL 60064 | William Chagares, DPM | 4 – PPMR 1 – PSR-12 | 1 – PPMR |
| DVAMC – Palo Alto Health Care System | 3801 Miranda Avenue (112) Palo Alto, CA 94304 | Wilfred Laine, DPM | 5 – RPR 4 – PSR-12 | 2 – RPR |
| DVAMC – Tampa | 13000 Bruce B. Down Blvd. Tampa, FL 33612 | James Black, DPM, PhD | 7 – RPR | 3 – RPR |
| Lakeview Hospital | 10010 West Bluemound Rd Milwaukee, WI 53226 | Louis Lapow, DPM | 1 – PSR-12 | 1 – PSR-12 |
| Northern Virginia Podiatric Residency Program | 601 S. Carlin Spring Road Arlington, VA 22204 | Stephen Stern, DPM | 2 – PSR-24 | 1 – PSR-24 |
| Riverside Osteopathic Hospital | 150 Truax Street Trenton, MI 48183 | Victoria Anton-Athens, DPM | 1 – POR | 1 – POR |
| Scholl College of Podiatric Medicine | 1001 N. Dearborn Chicago, IL 60610 | Richard Pulla, DPM | 6 – RPR | 6 – RPR |
| Sinai Hospital Of Baltimore | 2401 W. Belvedere Baltimore, MD 21215 | David Cohen, DPM | 1 – PSR-12 | 1 – PSR-12 |
| St. Mary of Nazareth Hospital Center | 2233 West Division Street Chicago, IL 60622 | Thomas Kiely, DPM | 1 – RPR 1 – PSR-12 | 1 – RPR 1 – PSR-12 |
| Vancouver Hospital | 855 W. 12th Avenue Vancouver, British Colombia Canada V5Z 1M9 | Albert Mollica, DPM | 2 – PSR-12 | 1 – PSR-12 |
| Western Pennsylvania Hospital | 4800 Friendship Avenue Pittsburgh, PA 15224 | Alan Catanzariti, DPM | 3 – PSR-24 | 1 – PSR-24 |

590.    RFUMS had the intent and willingness to devise each scheme to defraud

Dr. Abazari, and other podiatry students, where RFUMS admits to having undertaken to

provide "placement services for program completers," and CIP Code 51.2101, in the

ordinary course of business through providing funding of residencies, at Columbia

1    Kingwood Medical Center, 7 DVAMC hospitals, Lakeview Hospital, Northern Virginia

2    Podiatric Residency Program, Riverside Osteopathic Hospital, Scholl College of

3    Podiatric Medicine, Sinai Hospital of Baltimore, St. Mary of Nazareth Hospital Center,

4    Vancouver Hospital, and Western Pennsylvania Hospital:

### ROSTER OF RESIDENCY PROGRAMS BY SCHOOL

**BARRY UNIVERSITY SCHOOL OF PODIATRIC MEDICINE**
BUSPM - POR Program
BUSPM/Cedars Medical Center - PPMR
BUSPM/Cedars Medical Center - PSR-12
Decatur Hospital
Des Moines General Hospital
Doxey-Hatch Medical Center
DVAMC - Brockton-West Roxbury
DVAMC - Miami
DVAMC - New York, NY
DVAMC - North Chicago
DVAMC - Northport, NY
DVAMC - Tampa
DVAMC - West Palm Beach
Lee County Center for Foot & Ankle Surgery
Memorial Same Day - West
Palmetto General Hospital
Westchester General Hospital

**CALIFORNIA COLLEGE OF PODIATRIC MEDICINE**
CCPM - LAC/USC Medical Center
CCPM - Pacific Coast Hospital - POR
CCPM - Pacific Coast Hospital - PPMR
CCPM - Pacific Coast Hospital - PSR-24
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
Community Hospital Medical Center
DVAMC - Loma Linda
DVAMC - Manhattan
DVAMC - Phoenix
DVAMC - San Francisco
DVAMC - Tucson

**COLLEGE OF PODIATRIC MEDICINE AND SURGERY**
CPMS - Orthopedic Program
CPMS - Primary Care Program
CPMS - Surgical Program

**OHIO COLLEGE OF PODIATRIC MEDICINE**
Community General Hospital
Doxey-Hatch Medical Center
Dunlap Memorial Hospital
DVAMC - Chillicothe
DVAMC - Denver
DVAMC - East Orange
DVAMC - Huntington
DVAMC - Lebanon
DVAMC - Richmond
DVAMC - Tampa
Harvard Community
Hu Hu Kam Memorial
Jewish Hospital of Cinncinati
Kaiser Permanente Medical Center
Kennedy Hospital System

5

Mineral Area Medical Center
Memorial Hospital of Bedford County
Park Medical Center
Riverside Osteopathic Hospital
Youngstown Osteopathic Hospital

**PENNSYLVANIA COLLEGE OF PODIATRIC MEDICINE**
DVAMC - Brooklyn/St. Albans
DVAMC - Coatesville
DVAMC - Northport
DVAMC - White River Junction
Elkins Park Hospital
Harris City Podiatric Surg. Res./Bellaire Hosp
Neumann Medical Center
New York Methodist Hospital
PCPM - Cooper Hospital Medical Center
PCPM - Orthopedic Residency
Sheehan Memorial Hospital
St. Francis Hospital-Mount Sinai Hospital - CT

**SCHOLL COLLEGE OF PODIATRIC MEDICINE**
Columbia Kingwood Medical Center (Houston Podiatric Foundation)
DVAMC - Black Hills Health Care System
DVAMC - Central Alabama Health Care System (Tuskegee)
DVAMC - Chicago Health Care System (Westside)
DVAMC - Minneapolis
DVAMC - North Chicago
DVAMC - Palo Alto Health Care System
DVAMC - Tampa
Lakeview Hospital
Northern Virginia Podiatric Residency Program
Riverside Osteopathic Hospital
Scholl College of Podiatric Medicine
Sinai Hospital of Baltimore
St. Mary of Nazareth Hospital Center
Vancouver Hospital
Western Pennsylvania Hospital

1 ─────────────────────────────────

## SUMMARY INFORMATION

| | |
|---|---|
| BUSPM | Residents in school based programs receive salary and employee benefits as employees of Barry University. Residents located at other BUSPM funded residencies receive funding which is either sent directly to the program or to the resident. Fellowship grant provided to the third year resident of Hialeah Hospital only during their six-months participation at Hadassah Hospital in Jerusalem Israel. |
| CCPM | CCPM funds several different programs at different levels. DVAMC - San Francisco receives malpractice coverage for CCPM graduates. CCPM sponsored programs receive funding for stipends. Some programs also receive malpractice insurance. |
| CPMS | The PSR-24 has a stipend, all other programs are under general grant funding. Malpractice insurance is covered by the University. |
| OCPM | Stipend only. |

2 ─────────────────────────────────

| | |
|---|---|
| PCPM | The college provides salary for all our funded residencies ($15,000). Health and malpractice insurance are also provided where necessary. |
| SCPM | These programs are as of March 15, 1997. This list is accurate as to the number of positions funded, however, the number of entry level positions may change at a particular program. Also, more programs may be added after this printing. Funding is sent to the institution, not the resident. |

3 ─────────────────────────────────

1    591.    RFUMS admits to having undertaken to provide "placement services for

2    program completers," and CIP Code 51.2101, in the ordinary course of business through,

3    through having acquired accreditation specifically for "Podiatric Medicine and Surgical

4    Residency" in addition to and separate from their Doctor of Podiatric Medicine

5    accreditation:

### ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE ACCREDITATION SUMMARY

| Unit | Program | Accrediting Agency | Status |
|---|---|---|---|
| **Rosalind Franklin University of Medicine & Science** | | | |
| | Overall accreditation as degree granting institution – Bachelor to Doctorate | The Higher Learning Commission/North Central Association of Colleges and Schools (HLC/NCA) | Full |
| **Chicago Medical School** | | | |
| | Doctor of Medicine | Liaison Committee on Medical Education (LCME) | Accredited, on probation |
| | Continuing Medical Education | Accreditation Council for Continuing Medical Education (ACCME) | Full |
| **Dr. William M. Scholl College of Podiatric Medicine** | | | |
| | Doctor of Podiatric Medicine | Council on Podiatric Medical Education (CPME) | Full |
| | Continuing Podiatric Medical Education | Council on Podiatric Medical Education | Full |
| | | IFDPR-Licenses School to offer | Full |
| | Podiatric Medicine and Surgical Residency | CPME | Full |
| **School of Graduate and Postdoctoral Studies** | | | |
| | Medical Laboratory Immunology *Post-graduate Program | Committee on Postdoctoral Education Programs (CPEP) of the American College of Microbiology | Full |

8    592.    In furtherance of and as a part of each scheme to defraud, RFUMS used

9    interstate wires to extract Stafford Subsidized and Unsubsidized, Direct Subsidized and

10   Unsubsidized federal loans from Dr. Abazari:



293

1

2        593.    As noted by the designated class email "SCPM2013," RFUMS and

3    APMA created, owned, and operated electronic systems and methods of communication,

4    directly with Dr. Abazari, that made specific use of interstate wires to collect information

5    in furtherance of each scheme to defraud:

6        594.    Surveys were sent directly to the Residency Balance Committee:

---

**APMSA**                                               September 30, 2010  12:03 PM
To: SCPM2012,  SCPM2013
* Reminder: Residency Survey Responses Needed *                         Inbox - Google

SCPM 2012 and 2013:

For those that have not done so already, please complete the following survey today. We would like at least 20 more responses before sending our results to the Residency Balance Committee.

http://www.surveymonkey.com/s/986VSYZ

APMSA

---

7

8        595.    Interstate wires were specifically used by RFUMS, in furtherance of and

9    as a part of each scheme to defraud, as RFUMS specially created, owned, and operated

10    electronic systems and methods to direct and transmit false and fraudulent guarantees that

11    "100% of graduates will be placed in a CPME approved residency program" and

12    "Graduates will be capable of servicing their student loan debt", despite statutory

13    mandates pursuant to 20 USC §1094(a)(1), 20 USC §1094(a)(17), 18 U.S.C.

14    §245(b)(1)(E), 20 U.S.C. §1087e (h), 20 USC §1092(a)(1)(M), pursuant to 20 USC

15    §1094(a)(7), 20 USC §1092(a)(1)(J), pursuant to 20 USC §1094(a)(7), 20 USC

16    §1092(a)(1)(G)(i)-(ii), pursuant to 20 USC §1094(a)(7), 20 USC §1094(a)(21), 20 USC

17    §1092(a)(1)(R), pursuant to 20 USC §1094(a)(7):

**PROGRAMMATIC OUTCOMES:**

1. Graduates will pass the National Board of Podiatric Medical Examiners Part I and Part II examinations with an overall pass rate above the national average.
2. 100% of graduates will be placed in a CPME approved residency program.
3. The College will graduate students that have the necessary knowledge, skills, and attitudes for entry into residency training.
4. The College will graduate at least 90% of matriculated students.
5. Graduates will be capable of servicing their student loan debt.
6. The College will graduate students that understand the need for and have participated in community service.

596. As noted by the use of "@rfums.org" and designated class email—"SCPM2013"—RFUMS specially created, owned, and operated electronic systems and methods, by the use of interstate wires further its scheme to defraud to lull students such as Dr. Abazari into a false sense of security by directing them to ""TRUST THE SYSTEM, TRUST YOUR FACULTY" (capital letters emphasizing screaming) and "[faculty] will not mislead us" ("mislead" emphasizing use of legal term of art "mislead") and "when someone tells you to do something, simply do it"

From: **Class Officers SCPM 2013** <co-scpm2013@rfums.org>
Date: Wed, Sep 29, 2010 at 9:37 AM
Subject: CLASS UPDATES
To: SCPM2013 <SCPM2013@rosalindfranklin.edu>

Hello Everyone:

Attached to this email is a group of updates regarding the issues that were brought up in the last class meeting. Please read it and if you have any questions, please feel free to contact me.

Have a wonderful day!

Brian

1 File    16.7kB

Letter to the Class.docx
17kB

a. There was one comment that was mentioned in each of the meetings that I attended over the past week; TRUST THE SYSTEM, TRUST YOUR FACULTY. This school has been around longer than any of us have been alive and is now the leading school for podiatric medical education. They must be doing something right, and we need to trust that they are doing everything in order to make us the best physicians that we can be. There will be challenges and they will make us work for it, but they will not mislead us or deny us of any information that is essential to our education. Therefore, when someone tells you to do something, simply do it, knowing that in some way, it will make you a better doctor.

1

2    597.   RFUMS choses to create the false pretense of "100% of graduates will be

3    placed in a CPME approved residency program," to directly reflect that it will provide

4    "placement services for program completers," and CIP Code 51.2101 for federal funds,

5    where the guarantee is made by 16 of its faculty members, on at least 6 separate

6    occasions, by express statement, and where it has funded residencies in course of

7    ordinary business.

8    598.   RFUMS sought prevent Dr. Abazari from controlling his risk of loss, in

9    accruing substantial loan interests on federal loans, through inducing Dr. Abazari into its

10   podiatry education that RFUMS knew would not provide the "capab[ility] of servicing

11   [his] loan debt," by using Class Officers to lull students such as Dr. Abazari into a false

12   sense of security by directing them to ""TRUST THE SYSTEM, TRUST YOUR

13   FACULTY" (capital letters emphasizing screaming) and "[faculty] will not mislead us"

14   ("mislead" emphasizing use of legal term of art "mislead") and "when someone tells you

15   to do something, simply do it."

16   599.   RFUMS and APMA had the intent and willingness to devise a scheme to

17   defraud Dr. Abazari to induce Dr. Abazari and other students into acquiring Stafford

18   Subsidized and Unsubsidized, Direct Subsidized and Unsubsidized loan debt, under false

19   pretense, in the providing of federal benefit and services of "placement services for

1    program completers" and CIP code 51.2101 for Dr. Abazari, which upon graduation

2    RFUMS did not provide to Dr. Abazari, where in a quid pro quo relationship, DOE and

3    Navient jointly billed Dr. Abazari extra payments—now $110,174.09—above and

4    beyond the average debt of $162,660 represented to "Incoming Podiatry Students" for

5    RFUMS Podiatry program, in exchange for RFUMS being granted the ability to skirt 20

6    U.S.C. §1085a(2)(A)-(B), and being able to profit from the William D. Ford loan

7    program, through misrepresenting or concealing its actual cohort default rates by

8    reporting students as "deferment" and "forbearance" pursuant to 20 USC §1087bb

9    (g)(E)(IV).

10         600.    RFUMS and APMA had the intent and willingness to devise a scheme to

11   defraud Dr. Abazari to scheme to prevent Dr. Abazari from controlling his risk of loss, in

12   accruing substantial loan interests on federal loans, through inducing Dr. Abazari into its

13   podiatry education that RFUMS knew would not provide the "capab[ility] of servicing

14   [his] loan debt," where in a quid pro quo relationship, DOE and Navient jointly billed Dr.

15   Abazari extra payments—now $110,174.09—above and beyond the average debt of

16   $162,660 represented to "Incoming Podiatry Students" for RFUMS Podiatry program, in

17   exchange for RFUMS being granted the ability to skirt 20 U.S.C. §1085a(2)(A)-(B), and

18   being able to profit from the William D. Ford loan program, through misrepresenting or

19   concealing its actual cohort default rates by reporting students as "deferment" and

20   "forbearance" pursuant to 20 USC §1087bb (g)(E)(IV).

21         601.    APMA and RFUMS devised an additional scheme to defraud Dr. Abazari

22   by advertising and selling to Dr. Abazari and other students an education with federal

23   benefits and services of "placement services for program completers" and CIP code

1    51.2101, in exchange for Stafford Subsidized and Unsubsidized, Direct Subsidized and

2    Unsubsidized loans, pursuant to numerous statutory mandates, but upon graduation

3    providing neither "placement services for program completers" and CIP code 51.2101,

4    thereby preventing Dr. Abazari's "capab[ility] of servicing [his] loan debt," where in a

5    quid pro quo relationship, DOE and Navient jointly billed Dr. Abazari extra payments—

6    now $110,174.09—above and beyond the average debt of $162,660 represented to

7    "Incoming Podiatry Students" for RFUMS Podiatry program, in exchange for RFUMS

8    being granted the ability to skirt 20 U.S.C. §1085a(2)(A)-(B), and being able to profit

9    from the William D. Ford loan program, through misrepresenting or concealing its actual

10   cohort default rates by reporting students as "deferment" and "forbearance" pursuant to

11   20 USC §1087bb (g)(E)(IV).

12        602.    In every possible manner herein alleged, the APMA and RFUMS sought

13   to capitalize on Dr. Abazari's weakened physical condition, in calculated and coordinated

14   attacks, to increase physiological harm, and to overpower Dr. Abazari objections, using

15   force and inducing emotional submission—through a psychological state of learned

16   helplessness:



17

18   (Left—On or around February 7, 2016)   (Right—On or around November 14-2010)

19        603.    RFUMS is financially benefiting from the scheme to defraud in being

20   allowed to evade accountability for victimizing countless students, while still remaining

1    eligible to participate in the William D. Ford Direct loan program, profiting off federal

2    loan monies, pursuant to 20 U.S.C. §1085(a)(1), to victimize even more students.

3        604.    Dr. Abazari's right or privilege to a benefit, within a program or activity

4    receiving federal financial assistance, by the "placement services for program

5    completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

6    been expressly secured to him under mandate of 20 USC §1094(a)(17).

7        605.    Dr. Abazari's right or privilege to a benefit, within a program or activity

8    receiving federal financial assistance, by the "placement services for program

9    completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

10   been expressly secured to him under mandate of 20 USC §1092(a)(1)(R), pursuant to 20

11   USC §1094(a)(7).

12       606.    Dr. Abazari's right or privilege to a benefit, within a program or activity

13   receiving federal financial assistance, by the "placement services for program

14   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

15   been expressly secured to him under mandate of 20 USC §1094(a)(21).

16       607.    Dr. Abazari's right or privilege to a benefit, within a program or activity

17   receiving federal financial assistance, by the "placement services for program

18   completers," CIP Code 51.2101, 20 U.S.C. §1087e (h) Federal loan discharge, has been

19   expressly secured to him under mandate of 20 USC §1092(a)(1)(G)(i)-(ii), pursuant to 20

20   USC §1094(a)(7).

21       608.    Dr. Abazari's right or privilege to a benefit, within a program or activity

22   receiving federal financial assistance, by the "placement services for program

23   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

1   been expressly secured to him under mandate of 20 USC §1092(a)(1)(J), pursuant to 20

2   USC §1094(a)(7).

3        609.    Dr. Abazari's right or privilege to a benefit, within a program or activity

4   receiving federal financial assistance, by the "placement services for program

5   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

6   been expressly secured to him under mandate of 20 USC §1092(a)(1)(M), pursuant to 20

7   USC §1094(a)(7).

8        610.    Dr. Abazari's right or privilege to a benefit, within a program or activity

9   receiving federal financial assistance, by the "placement services for program

10   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

11   been expressly secured to him under mandate of 20 USC §1094(a)(1).

12        611.    Dr. Abazari's right or privilege to a benefit, within a program or activity

13   receiving federal financial assistance, by the "placement services for program

14   completers," CIP Code 51.2101, and 20 U.S.C. §1087e(h) Federal loan discharge, has

15   been expressly secured to him under mandate of 20 USC §1094(a)(17).

16        612.    Dr. Abazari's right or privilege to a benefit, within a program or activity

17   receiving federal financial assistance, by the "placement services for program

18   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

19   been expressly secured to him by 18 U.S.C. §245(b)(1)(E).

20        613.    Dr. Abazari's right or privilege to a benefit, within a program or activity

21   receiving federal financial assistance, by the "placement services for program

22   completers," CIP Code 51.2101, and 20 U.S.C. §1087e (h) Federal loan discharge, has

23   been expressly secured to him by 20 U.S.C. §1087e (h).