FILED

2019 JUN 27 PM 1:56

CLERK U.S. DISTRICT COURT
CENTRAL CALIF

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Armin Abazari, DPM, JD Candidate | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | 8:19-cv-01290 DMG (FFMx) |
| v. | |
| United States Department of Education; State of Illinois; Navient Solutions, LLC, a limited liability company; Rosalind Franklin University of Medicine and Science, DEFENDANT(S). | REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, Armin Abazari_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed?  ☐Yes  ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. February 2019. I was a student notetaker for western state college of law.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?        ☐Yes  ☑No
   b. Rent payments, interest or dividends?                   ☐Yes  ☑No
   c. Pensions, annuities or life insurance payments?         ☐Yes  ☑No
   d. Gifts or inheritances?                                  ☐Yes  ☑No
   e. Any other income (other than listed above)?             ☐Yes  ☑No
   f. Loans?                                                  ☑Yes  ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: private loan and scholarship because of high grades to fund law school.

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☑No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes ☐No

   If the answer is yes, describe the property and state its approximate value: 2003 GMC Yukon $1,500

5. In what year did you last file an Income Tax return? 2018;

   Approximately how much income did your last tax return reflect? 2,500; I remember I got 60 dollars back from IRS;

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| California | Orange |
|---|---|
| State | County (or City) |

I, Armin Abazari , declare under penalty of perjury that the foregoing is true and correct.

| 6/26/19 | /s/ Armin Abazari |
|---|---|
| Date | Plaintiff/Petitioner (Signature) |