# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARMIN ABAZARI, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV 19-1290 DMG (FFMx) |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                                         United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☒ Other: See attachment.
- ☒ District Court lacks jurisdiction
- ☒ Immunity as to See attachment.

Comments:
See attachment.

July 2, 2019                          [signed]
Date                                         United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

_____  _____
Date                                         United States District Judge

# ATTACHMENT
*Armin Abazari v. United States Department of Education*, et al.
8:19-cv–01290 DMG (FFMx)

Plaintiff alleges that in order to (1) induce him to attend defendant Rosalind Franklin University of Medicine and Science ("RFUMS"); and (2) incur educational debt to do so, defendants made false statements bearing on plaintiff's ability to obtain employment in his chosen field after graduation. Plaintiff made the same or similar allegations against RFUMS and others in an Illinois state court action. His claims in that action were dismissed with prejudice. *See Abazari v. Rosalind Franklin University of Medicine and Science,* et al., 40 N.E. 3d 264 (2015); *Abazari v. Rosalind Franklin University of Medicine and Science,* et al., 2016 WL 6311338 (2016). Therefore, claim preclusion bars plaintiff's claims against RFUMS and its privities. Issue preclusion bars plaintiff's claims against all other defendants to the extent they are based on the same alleged false statements. As well, the *Rooker-Feldman* doctrine bars plaintiff's challenges to the judgment in the state court action.

Plaintiff's claims suffer from additional infirmities. He does not have a private right of action under the wire fraud, peonage, and involuntary servitude statutes; his peonage and involuntary servitude claims are frivolous, as are his allegations of conspiracy; the alleged wrongs do not implicate his constitutional rights; and the Eleventh Amendment bars his claims against the state of Illinois. Furthermore, the United States has not waived its sovereign immunity under the statutes in question, and it cannot be sued under the Federal Tort Claims Act for claims arising out of misrepresentation or deceit, 28 U.S.C. § 2680(h).

Finally, the foregoing deficiencies are not curable by amendment. Accordingly, leave to file *in forma pauperis* is denied and this action is dismissed.