1   Armin Abazari, DPM, JD Candidate
    Dr. Armin Abazari
2   DPM | JD Candidate
    arminabazari@yahoo.com
3   14 National Place
4   Irvine California 92602
    Telephone: (714) 930 5251
5
6   For The Plaintiffs/Appellants, Pro Se.

```
┌─────────────────────────────────┐
│            FILED                 │
│   CLERK, U.S. DISTRICT COURT     │
│                                  │
│       July 23, 2019              │
│                                  │
│ CENTRAL DISTRICT OF CALIFORNIA   │
│ BY:      DV        DEPUTY        │
└─────────────────────────────────┘
```

7   UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Fee due    8   SOUTHERN DIVISION – SANTA ANA

9

10  Armin Abazari, DPM, JD Candidate

11          Plaintiff,

12          vs.

13  United States Department of Education; State
14  of Illinois; Navient Solutions, LLC, a limited
    liability company; Rosalind Franklin University
15  of Medicine and Science, a corporation; and
    DOES 1 through 55,
16
17          Defendants.
18
19

Case No.: 8:19CV129

**CERTIFICATE OF SERVICE OF PAPER FILING**

ON APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 9th CIRCUIT FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA

Action Filed:        June 27, 2019
Proposed Order:      July 2,2019
Order Terminating:   July 5, 2019

_(sidebar, left margin:)_ Armin Abazari DPM | JD Candidate (714) 930-5251

20  On July 20, 2019, I certify that I served the forgoing documents described as:

21  **Group 1. UNITED STATES DEPARTMENT OF EDUCATION**
21  Plaintiff's **NOTICE OF APPEAL**, To Defendant, United States Department of Education;
23  Platintiff's **STATEMENT OF REPRESENTATION**, To Defendant, United States Department of Education;
24  Plaintiff's **STATEMENT OF ISSUES ON APPEAL**, To Defendant, United States Department of Education;
25  Plaintiff's **ORDERS OF THE DISTRICT COURT**, To Defendant, United States Department of Education;
26
27  Plaintiff's **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE ORDERED,** To Defendant, United States Department of Education;
28

Armin Abazari
DPM | JD Candidate
(714) 930-5251

**Group 2. AMERICAN PODIATRIC MEDICAL ASSOCIATION**
Plaintiff's **NOTICE OF APPEAL**, To Defendant, American Podiatric Medical Association;
Platintiff's **STATEMENT OF REPRESENTATION**, To Defendant, American Podiatric Medical Association;
Plaintiff's **STATEMENT OF ISSUES ON APPEAL**, To Defendant, American Podiatric Medical Association;
Plaintiff's **ORDERS OF THE DISTRICT COURT**, To Defendant, American Podiatric Medical Association;
Plaintiff's **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE ORDERED**, To Defendant, American Podiatric Medical Association;

**Group 3. STATE OF ILLINOIS**
Plaintiff's **NOTICE OF APPEAL**, To Defendant, State of Illinois;
Plaintiff's **STATEMENT OF REPRESENTATION**, To Defendant, State of Illinois;
Plaintiff's **STATEMENT OF ISSUES ON APPEAL**, To Defendant, State of Illinois;
Plaintiff's **ORDERS OF THE DISTRICT COURT**, To Defendant, State of Illinois;
Plaintiff's **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE ORDERED**, To Defendant, State of Illinois;

**Group 4. NAVIENT SOLUTIONS, LLC.**
Plaintiff's **NOTICE OF APPEAL**, To Defendant, Navient Solutions, LLC;
Plaintiff's **STATEMENT OF REPRESENTATION**, To Defendant, Navient Solutions, LLC;
Plaintiff's **STATEMENT OF ISSUES ON APPEAL**, To Defendant, Navient Solutions, LLC;
Plaintiff's **ORDERS OF THE DISTRICT COURT**, To Defendant, Navient Solutions, LLC;
Plaintiff's **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE ORDERED**, To Defendant, Navient Solutions, LLC;

**Group 5. ROSALIND FRANKLIN UNIVERSITY OF MEDICINE AND SCIENCE**
Plaintiff's **NOTICE OF APPEAL**, To Defendant, Rosalind Franklin University of Medicine and Science;
Platintiff's **STATEMENT OF REPRESENTATION**, To Defendant, Rosalind Franklin University of Medicine and Science;
Plaintiff's **STATEMENT OF ISSUES ON APPEAL**, To Defendant, Rosalind Franklin University of Medicine and Science;
Plaintiff's **ORDERS OF THE DISTRICT COURT**, To Defendant, Rosalind Franklin University of Medicine and Science;
Plaintiff's **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE ORDERED**, To Defendant, Rosalind Franklin University of Medicine and Science;

**Group 6. UNITED STATES ATTORNEY GENERAL'S OFFICE**
Plaintiff's **NOTICE OF APPEAL**, To the United States Attorney General's Office, Central District of California

1   Platintiff's **STATEMENT OF REPRESENTATION**, To the United States Attorney
General's Office, Central District of California

2   Plaintiff's **STATEMENT OF ISSUES ON APPEAL**, To the United States Attorney
General's Office, Central District of California;

3   Plaintiff's **ORDERS OF THE DISTRICT COURT**, To Defendant, United States
Attorney General's Office, Central District of California;

4   Plaintiff's **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE
ORDERED**, To Defendant, United States Attorney General's Office, Central District of

5   California;

6   on all interested parties in this action by placing two copies thereof enclosed in sealed

7   envelopes addressed as stated on the attached service list.

8   **[X] BY CERTIFIED MAIL** –

9       [X] I deposited the mail with the United States Postal Service on that same
day with postage fully paid at Irvine, California in the ordinary course of

10      business.

11

Executed on 20th of July, 2019, at Irvine, California.

12

13   NAME: Armin Abazari DPM | JD Candidate

14

15                                                          Signature

16

17

18

19

20

21

21

23

24

25

26

27

28

Armin Abazari
DPM | JD Candidate
(714) 930-5251

1

**SERVICE LIST**

2  ABAZARI v. UNITED STATES DEPARTMENT OF EDUCATION Et. Al.
CASE NO. 8:19CV129

3

4  1. American Podiatric Medical
Association ("APMA")
5  9312 Old Georgetown Rd.,
6  Bethesda Maryland 20814

7  2. United States Department of Education
("DOE")
8  Lyndon Baines Johnson, Department of
9  Education Building
400 Maryland Ave,
10  SW Washington, DC 20202

11
3. Navient Solutions, LLC ("Navient")
12  2001 Edmund Halley Drive
Reston, Virginia 20191
13

14  4. Rosalind Franklin University of
Medicine and Science ("RFUMS")
15  3333 Green Bay Rd.,
North Chicago, Illinois 60064
16

17  5. State of Illinois
207 State House,
18  Springfield, Illinois 62706

19  6. United States Attorney General Office,
Civil Process Clerk, United Attorney's
20  Office
Central District of California
21  300 North Los Angeles Street
21  Suite 7516
Los Angeles, California 90012
23

24
For the Defendants/Appellees:
25  United States Department of
Education; American Podiatric Medical
26  Association; Rosalind Franklin
University of Medicine and Science;
27  State of Illinois; Navient Solutions, LLC.

28

Armin Abazari
DPM | JD Candidate
(714) 930-5251

1   Armin Abazari, DPM, JD Candidate
    Dr. Armin Abazari
2   DPM | JD Candidate
    arminabazari@yahoo.com
3   14 National Place
    Irvine California 92602
4   Telephone: (714) 930 5251

5

6   For The Plaintiffs/Appellants, Pro Se.

7          UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

8                     SOUTHERN DIVISION – SANTA ANA

9                          District of California

10                       Case No.: 8:19CV129

11

12  Armin Abazari, DPM, JD Candidate          **NOTICE OF APPEAL**

13              Plaintiff,

                                              ON APPEAL FROM THE UNITED STATES
14              vs.                           DISTRICT COURT FOR THE CENTRAL
                                              DISTRICT OF CALIFORNIA-SANTA ANA
15
    United States Department of Education; State
16  of Illinois; Navient Solutions, LLC, a limited
    liability company; Rosalind Franklin University   Action Filed:       June 27, 2019
17  of Medicine and Science, a corporation; and        Proposed Order:     July 2, 2019
    DOES 1 through 55,                                  Order Terminating: July 5, 2019
18
19              Defendants.

20

21  Notice is hereby given that Armin Abazari, DPM, JD Candidate, Plaintiff in the above
    named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit
21  from the final Order Terminating the Filed Action, Order denying Plaintiff's Request to
23  Proceed Informa Pauperis, and Order denying service of Process by Federal Marshal
    Service, entered in this action on the 5th, day of July, 2019 by the United States District
24  Court Central District of California-Southern Division.
25  //
    //
26  //
    //
27  //
    //
28

Dated: July 20, 2019

Plaintiffs:
Dr. Armin Abazari
DPM | JD Candidate
arminabazari@yahoo.com
14 National Place
Irvine California 92602
Telephone: (714) 930 5251

For the Plaintiffs/Appellants, Pro Se.

**For Plaintiff/Appellant:**

Armin Abazari, DPM, JD Candidate
Dr. Armin Abazari
DPM | JD Candidate
arminabazari@yahoo.com
14 National Place
Irvine California 92602
Telephone: (714) 930 5251
Pro Se

**For Defendant/Appellee:**
[note: court denied motion for Oder requesting service of process by United States Marshals, and simultaneously terminated the action]

Defendant/Appellee:
United States Department of Education
LBJ, Department of Education Building
400 Maryland Ave,
SW Washington, DC 20202

Defendant/Appellee:
State of Illinois
207 State House,
Springfield, Illinois 62706

Defendant/Appellee
Navient Solutions, LLC
2001 Edmund Halley Drive
Reston, Virginia, 20191

Defendant/Appellee:
American Podiatric Medical Association
9312 Old Georgetown Rd.,
Bethesda, Maryland 20814

Defendant/Appellee:
Rosalind Franklin University of Medicine and Science, a corporation
3333 Green Bay Rd.,
North Chicago, Illinois 60064

Defendant/Appellee:
DOES 1 through 55,

Case No.: 8:19CV129

**STATEMENT OF REPRESENTATION**

ON APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 9th CIRCUIT FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA

Action Filed:          June 27, 2019
Proposed Order:    July 2, 2019
Order Terminating: July 5, 2019

Dated: July 20, 2019

Plaintiffs:
Dr. Armin Abazari
DPM | JD Candidate
arminabazari@yahoo.com
14 National Place
Irvine California 92602
Telephone: (714) 930 5251

For the Plaintiffs/Appellants, Pro Se.

Armin Abazari
DPM | JD Candidate
(714) 930-5251

1   Armin Abazari, DPM, JD Candidate
    Dr. Armin Abazari
2   DPM | JD Candidate
    arminabazari@yahoo.com
3   14 National Place
    Irvine California 92602
4   Telephone: (714) 930 5251

5

6   For The Plaintiffs/Appellants, Pro Se.

7   Armin Abazari, DPM, JD Candidate          Case No.: 8:19CV129

8              Plaintiff,                      **STATEMENT OF ISSUES ON APPEAL**

9
               vs.                            ON APPEAL TO THE UNITED STATES
10                                            COURT OF APPEALS FOR THE 9th
                                              CIRCUIT FROM THE UNITED STATES
11  United States Department of Education; State   DISTRICT COURT FOR THE CENTRAL
    of Illinois; Navient Solutions, LLC, a limited  DISTRICT OF CALIFORNIA-SANTA ANA
12  liability company; Rosalind Franklin University
    of Medicine and Science, a corporation; and  Action Filed:      June 27, 2019
13  DOES 1 through 55,                        Proposed Order:   July 2, 2019
                                              Order Terminating: July 5, 2019
14             Defendants.

15

16

17  _____

18          Dr. Abazari, by and through himself, pro se, presents the forgoing issues on

19  appeal:

20          A. Whether the District Court's Order terminating Dr. Abazari's Action violated

21  Plaintiff's Procedural Due Process Rights under the Fifth Amendment, where the District

21  Court terminated Plaintiff's entire action in violation of F.R.C.P. 72(b)(2), where it did

23  not afford Dr. Abazari the opportunity to make Objections pursuant to F.R.C.P. 72(b)(2)

24  as a matter of right, where it did not resolve objections de novo pursuant to F.R.C.P.

25  72(b)(3) as a matter of right, and where the District Court was not neutral and detached

26  on the basis of Dr. Abazari's Iranian descent and Shia Muslim religious persuasion.

27

28

Armin Abazari
DPM | JD Candidate
(714) 930-5251

B. Whether the District Court's Orders terminating Plaintiff's action violated

Plaintiff's 5th Amendment Equal Protection rights for the same basis alleged in Issue A.

C. Whether the District Court usurped Dr. Abazari's 7th Amendment Right by

forcing a decision through appeal, where the Order misrepresents the nature of the

Complaint—Cause of Action #10 and #16, and Declaratory Relief pursuant to Cause of

Action #18, which each individually assert separate RICO causes of action pursuant to 18

U.S.C. 1962(c), and each provided for separate private rights of action, and relief, for the

aggrieved party pursuant to 18 U.S.C. §1964, against all of the Defendants; where the

Order misrepresents the nature of the Complaint—Cause of Action #13, #17, and

Declaratory Relief pursuant to Cause of Action #18 assert claims pursuant to 42 U.S.C.

§1985(3), which each specifically provide for private rights of action and relief of the

aggrieved party; where the Order misrepresents the nature of the Complaint—Cause of

Action #12, and Declaratory Relief pursuant to Cause of Action #18, each assert claims

pursuant to 42 U.S.C. §1983, and each specifically provide for private rights of action

and relief of the aggrieved party; where Amendment 13th §2 and 42. U.S.C. §1994

strictly abrogates Amendment 11th sovereign immunity to commit 18 U.S.C. §1584(A),

18 U.S.C. §1581(A), and 18 U.S.C. §1581(B) offenses against Dr. Abazari.

D.  Whether The District Court has not met its burden of Poof for dismissing Dr.

Abazari's Causes where the District Court has not met its burden for its Sovereign

Immunity affirmative defense, where the District Court has not met its burden of proof

for its Issue Preclusion affirmative defense, and where the District Court based its Order

of dismissal on a "selective record."

//
//

Dated: July 20, 2019

Plaintiffs:
Dr. Armin Abazari
DPM | JD Candidate
arminabazari@yahoo.com
14 National Place
Irvine California 92602
Telephone: (714) 930 5251

For the Plaintiffs/Appellants, Pro Se

Armin Abazari
DPM | JD Candidate
(714) 930-5251

Case: 8:19cv1290  Doc: 8

Armin  Abazari
14 National Place
Irvine, CA 92602

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<27990079@cacd.uscourts.gov>Subject:Activity in Case 8:19-cv-01290-DMG-FFM
Armin Abazari et al v. United States Department of Education et al Order on Request to Proceed In
Forma Pauperis with Declaration in Support (CV-60) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/8/2019 at 11:08 AM PDT and filed on 7/5/2019

**Case Name:**   Armin Abazari et al v. United States Department of Education et al

**Case Number:**   8:19-cv-01290-DMG-FFM

**Filer:**

**WARNING: CASE CLOSED on 07/05/2019**

**Document Number:**   8

**Docket Text:**
**ORDER by Judge Dolly M. Gee: denying [3] REQUEST to Proceed in Forma Pauperis with
Declaration in Support (CV-60). MD JS-6, Case Terminated. (yl)**

**8:19-cv-01290-DMG-FFM Notice has been electronically mailed to:**
**8:19-cv-01290-DMG-FFM Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Armin Abazari
14 National Place
Irvine CA 92602

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ARMIN ABAZARI, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV 19-1290 DMG (FFMx) |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                      United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction

☒ Legally and/or factually patently frivolous          ☒ Immunity as to See attachment.

☒ Other:  See attachment.

Comments:
See attachment.

*July 2, 2019*
Date          United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above).  IT IS FURTHER ORDERED that:

    ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

    ☒ This case is hereby DISMISSED immediately.

    ☐ This case is hereby REMANDED to state court.

July 5, 2019
Date          United States District Judge

# ATTACHMENT

*Armin Abazari v. United States Department of Education*, et al.
8:19-cv–01290 DMG (FFMx)

Plaintiff alleges that in order to (1) induce him to attend defendant Rosalind Franklin University of Medicine and Science ("RFUMS"); and (2) incur educational debt to do so, defendants made false statements bearing on plaintiff's ability to obtain employment in his chosen field after graduation. Plaintiff made the same or similar allegations against RFUMS and others in an Illinois state court action. His claims in that action were dismissed with prejudice. *See Abazari v. Rosalind Franklin University of Medicine and Science,* et al., 40 N.E. 3d 264 (2015); *Abazari v. Rosalind Franklin University of Medicine and Science,* et al., 2016 WL 6311338 (2016). Therefore, claim preclusion bars plaintiff's claims against RFUMS and its privities. Issue preclusion bars plaintiff's claims against all other defendants to the extent they are based on the same alleged false statements. As well, the *Rooker-Feldman* doctrine bars plaintiff's challenges to the judgment in the state court action.

Plaintiff's claims suffer from additional infirmities. He does not have a private right of action under the wire fraud, peonage, and involuntary servitude statutes; his peonage and involuntary servitude claims are frivolous, as are his allegations of conspiracy; the alleged wrongs do not implicate his constitutional rights; and the Eleventh Amendment bars his claims against the state of Illinois. Furthermore, the United States has not waived its sovereign immunity under the statutes in question, and it cannot be sued under the Federal Tort Claims Act for claims arising out of misrepresentation or deceit, 28 U.S.C. § 2680(h).

Finally, the foregoing deficiencies are not curable by amendment. Accordingly, leave to file *in forma pauperis* is denied and this action is dismissed.

1   Armin Abazari, DPM, JD Candidate
    Dr. Armin Abazari
2   DPM | JD Candidate
    arminabazari@yahoo.com
3   14 National Place
    Irvine California 92602
4   Telephone: (714) 930 5251
5
6   For the Plaintiffs/Appellants, Pro Se.

7   UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

8   SOUTHERN DIVISION – SANTA ANA

9

| | |
|---|---|
| 10   Armin Abazari, DPM, JD Candidate | Case No.: 8:19CV129 |
| 11   Plaintiff, | **EXPRESS REQUEST FOR THE RECORD ON APPEAL TO BE ORDERED** |
| 12   vs. | |
| 13   United States Department of Education; State of Illinois; Navient Solutions, LLC, a limited liability company; Rosalind Franklin University of Medicine and Science, a corporation; and DOES 1 through 55, | ON APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 9th CIRCUIT FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA |
| 14 15 | |
| 16   Defendants. | Action Filed:      June 27, 2019 |
| 17 | Proposed Order:   July 2,2019 |
|  | Order Terminating: July 5, 2019 |
| 18 | |
| 19 | |

*(left margin, vertical text:)* Armin Abazari DPM | JD Candidate (714) 930-5251

20

21   Dr. Abazari, by and through himself, moves for a request that the Clerk of Court

21   for the United States District Court for the Central District of California at Santa Ana

23   prepare the FULL RECORD ON APPEAL for the NOTICE OF APPEAL as follows:

24   **Definitions**

25

26   1.      FULL RECORD ON APPEAL means and refers to all notices, orders,

27   complaints, amended complaints, responses, filings, answers, replies, motions,

28   transcripts, and documents on record and filed with the United States District Court for

1   the Central District of California at Santa Ana—otherwise noted as the "full record" as

2   used in the ordinary course of business—for the Case No. 8:19CV129 herein specified.

3   2.        NOTICE OF APPEAL means and refers to the filing of a Notice of Appeal in

4
    Case No. 8:19CV129 with the United States Postal Services by certified mail on the 20th

5
    of July, 2019.
6

7                                        **Instruction**

8   SPECIAL INSTRUCTION 1.

9
            Dr. Abazari respectfully moves the Clerk of District Court to make all necessary
10

11  preparations and filings of the FULL RECORD ON APPEAL in order to commence an

12  appeals process before the United States Court of Appeals for the 9th Circuit, with

13  respect to the NOTICE OF APPEAL herein specified.

14  SPECIAL INSTRUCTION 2.

15
            In and pertaining to the FULL RECORD ON APPEAL and NOTICE OF
16
    APPEAL, there were no proceedings prior to termination of Plaintiff's action so a formal
17

18  transcript does not exist and, respectively, transcripts can not be ordered by Dr. Abazari.

19

20  Dated: July 20, 2019

21

21                                        Plaintiffs:
                                          Dr. Armin Abazari
23                                        DPM | JD Candidate
                                          arminabazari@yahoo.com
24                                        14 National Place
25                                        Irvine California 92602
                                          Telephone: (714) 930 5251
26

27                                        For the Plaintiffs/Appellants, Pro Se

28

Armin Abazari
DPM | JD Candidate
(714) 930-5251

7018 3090 0000 4049 0139



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

PRIORITY MAIL
POSTAGE REQUIRED

Please Recycle 

7018 3090 0000 4049 0139


TUSTIN, CA 92

U.S. POSTAGE PAID
PM 2-Day
TUSTIN, CA
92781
JUL 20, 19
AMOUNT
**$10.85**
R2304N118458-04


UNITED STATES
POSTAL SERVICE

1006    92701

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14 © U.S. Postal Service; October 2018; All rights reserved.

**UNITED STATES**
**POSTAL SERVICE®**   |   **PRIORITY®**
★ **MAIL** ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Armih Abazari
14 National Place
Irvine Ca 92602

TO: Clerk of Court
US District court
Central District of California
Ronald Reagan Fed. Bldg.
411 West 4th Street
Santa Ana, Ca 92701-4516


RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Label 228-C, APRIL 2016           FOR DOMESTIC AND INTERNATIONAL USE

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP

DuPont™ Tyvek®
Protect What's Inside.™



# PRIORITY® MAIL

- Date of delivery specified for domestic use.
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.
- Order supplies online.
- When used internationally, a customs declaration may be required.

# MAILING ENVELOPE

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

TYVEK® IS RECYCLABLE.
©2003. DUPONT™ AND TYVEK® ARE TRADEMARKS OF DUPONT.
HDPE



PS00000000013

EP14 Oct 2018
OD: 11 5/8 x 15 1/8