UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARMIN ABAZARI, DPM, JD Candidate,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION; et al.,<br><br>　　　　　Defendants - Appellees. | No. 19-55854<br><br>D.C. No. 8:19-cv-01290-DMG-FFM<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered May 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Jessica Flores
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7